Fee Paid 05-406
Summons Issued

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

(ERIE)

ORIGINAL

| | |
|---|---|
| TANIELLE SHURNEY,<br>　　　Plaintiff | : |
| VS. | : NO. CA 05-196 Erie |
| SCOTT ENTERPRISES INCORPORATED<br>T/D/B/A ECONOLODGE/SPLASH LAGOON | : |
| SEAN PIERCE, INDIVIDUALLY AND IN<br>HIS CAPACITY AS A TROOPER OF THE<br>PENNSYLVANIA STATE POLICE | : |
| JOHN DOE, INDIVIDUALLY AND IN HIS<br>CAPACITY AS THE SUPERVISOR OF<br>TROOPER SEAN PIERCE OF THE<br>PENNSYLVANIA STATE POLICE,<br>　　　Defendants | : |

Jury Trial Requested

**COMPLAINT**

I. STATEMENT OF THE CASE

This Complaint seeks injunctive relief and damages for emotional distress, defamation, humiliation, lost wages, pain and suffering, punitive damages, attorney's fees and costs from the Defendants for their respective roles in causing the Plaintiff to be subject to a warrantless felony arrest and subsequent incarceration when there was an insufficient basis to effectuate the arrest and the charges were dismissed by a court of competent jurisdiction for lack of probable cause, a copy of the criminal complaint and case dismissal is attached hereto as Plaintiff's Exhibit 1.

II. JURISDICTION

The Plaintiff is a citizen of the State of Ohio and the Defendants are residents of the Commonwealth of Pennsylvania. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

This action arises under the Fourth Amendment to the Constitution of the United States and 42 U.S.C. 1983, 1988, et seq. which was enacted pursuant to Section 5 of the Fourteenth Amendment. The jurisdictional counterpart of §1983 is 28 U.S.C. §1343(3).

III. PARTIES

1. The Plaintiff, Tanielle Shurney, is an African-American adult individual who resides at 13411 6th Avenue, East Cleveland, Ohio 44112.

2. Defendant, Scott Enterprises, t/d/b/a Econolodge and the Splash Lagoon, is located at 8040 Peach Street, Erie, Pennsylvania 16509.

3. Defendant, Sean Pierce, is a trooper for the Pennsylvania State Police, 4320 Iroquois Avenue, Erie, Pennsylvania 16511.

4. Trooper "John Doe" was the supervisor of Defendant Pierce at the Pennsylvania State Police Station, 4320 Iroquois Avenue, Erie, Pennsylvania 16511.

IV. FACTUAL BASIS

5. On July 3, 2004, the Plaintiff, accompanied by a second adult, the Plaintiff's child and two other minor children registered at the Econolodge/Splash Lagoon. A copy of the registration is attached as Plaintiff's Exhibit 2.

6. After registering, the Plaintiff returned to her vehicle to obtain the other persons and their luggage when she was subject to a warrantless felony arrest by Defendant Pierce who at the time was supervised by Trooper Defendant John Doe.

7. Defendant Scott Enterprises, t/d/b/a Econolodge/Splash Lagoon requested and/or instigated the arrest of the Plaintiff.

8. Defendant Scott Enterprises ratified the warrantless arrest of the Plaintiff by aiding in the investigation, arrest and prosecution of the Plaintiff.

9. Employees of Defendant Scott Enterprises acted within the scope of their employment when they aided the Defendant State Trooper in the investigation, arrest and prosecution of the Plaintiff.

10. The employees of Defendant Scott Enterprises, in aiding in the investigation, arrest and prosecution of the Plaintiff, did so to protect the property interests of the Defendant Scott Enterprises.

11. Defendant Scott Enterprises has a policy of pursuing the warrantless arrest of individuals who register at their hotels when the reservation was secured via telephone utilizing purportedly stolen credit card information.

12. On October 2, 2004, two months after the Plaintiff's identical charges were dismissed, the same court of competent jurisdiction dismissed the case of Commonwealth v. "E.M.", who is also an African-American woman from Ohio.

13. "E.M." was arrested by a Trooper from the same state police barracks which caused the Plaintiff's arrest.

14. Employees of Defendant Scott Enterprises aided in the investigation, arrest and prosecution of "E.M."

15. Since the dismissal of the Plaintiff's charges did nothing to change the policy of the Defendant Troopers and Defendant Scott Enterprises of effectuating warrantless arrests of African-Americans who attempted to register at the hotels, injunction relief is required.

16. The Plaintiff was arraigned on July 3, 2004 and remanded to the Erie County Prison until July 9, 2004 when she was released upon payment if $1,000.00 to a bail bondsman.

17. As a result of her arrest and incarceration, the Plaintiff and her minor child are subject to emotional distress, humiliation, lost wages, pain and suffering and defamation.

18. The actions of all of the Defendants reflect, at minimum, a reckless and callous indifference to the Plaintiff's federally protected rights.

19. The Defendant's continuation of a policy of warrantless arrests of African-Americans magnifies the reckless and callous indifference exhibited in the Plaintiff's arrest.

20. The Plaintiff exhausted all reasonable means of deterring this policy by directly contacting, via certified mail, Defendant Scott Enterprises but to no avail.

WHEREFORE, the Plaintiff prays that:

1. The Defendants be enjoined from securing the warrantless arrest of African-Americans who register at the Defendant's hotels;

2. Provide the Plaintiff with compensatory damages as reflected above;

3. Award punitive damages;

4. Award reasonable attorney's fees, costs and expenses.

                                                Respectfully submitted,

                                                A. J. Adams    # 34345
                                                Attorney for Plaintiff
                                                602 West 9th Street
                                                Erie, PA  16502
                                                (814) 456-3681

| COMMONWEALTH OF PENNSYLVANIA | |
|---|---|
| COUNTY OF: | ERIE |

**POLICE CRIMINAL COMPLAINT**

Magisterial District Number: 06-3-05
District Justice Name: Hon. James J. DWYER
Address: 8900 Old French Rd
Erie, PA 16509

Telephone:

| Docket No: | |
| Date Filed: | |
| OTN: | L199405-3 |

**COMMONWEALTH OF PENNSYLVANIA**
**VS.**
**DEFENDANT:**

Tanielle L SHURNEY
12626 Brackland Up
Cleveland, OH 44108

*[handwritten]* 13411 6th Ave East Cleveland Oh. 44112

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID (State Identification Number) |
|---|---|---|---|---|
| ☐ White ☑ Black ☐ Asian ☐ Native American ☐ Hispanic ☐ Unknown | ☑ Female ☐ Male | 04/12/1972 | 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 | |

| Defendant's A.K.A (also known as) | Defendant's Vehicle Information Plate Number / State / Registration Sticker (MM/YY) | Defendant's Driver's License Number State / OH / RP639298 |
|---|---|---|

| Complaint/Incident Number E01-1097681 | LiveScan Tracking Number | Complaint/Incident Number if other Participants | UCR/NIBRS Code |
|---|---|---|---|

Office of the Attorney for the Commonwealth ☐ Approved ☐ Disapproved because: _____
(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crim.P.507.)

(Name of Attorney for Commonwealth) _____   (Signature of Attorney for Commonwealth) _____   (Date) _____

I, **TPR. SEAN PIERCE**
(Name of Affiant)

08961/00543369
(Officer Badge Num (M.D.))

of the **Pennsylvania State Police, Troop E - Erie Station**
(Agency Represented)

2500 (PSP Agency or ORI Number)   E01-1097681 (Originating Agency Case Number (OCA))

do hereby state: (check appropriate box)

1.
☑ I accuse the above named defendant who lives at the address set forth above
☐ I accuse the defendant whose name is unknown to me but who is described as
☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at
**8050 Peach St. Erie, PA 16509 Summit Twp.**
(Place-Political Subdivision)

in **ERIE** County on or about **07/03/04 at 1357hrs**

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)
Tanielle L SHURNEY

☑ Lab user fee applies
AOPC-412SPA (7/3/2003)



| Defendant's Name: | Tanielle L SHURNEY |
|---|---|
| Docket Number: | |

# POLICE CRIMINAL COMPLAINT

2. The acts committed by the accused were:

CC 3922(a)(1) Theft by Deception, M1,

IN THAT, on or about said date, THE DEFENDANT intentionally obtained or withheld property, namely, deprived the hotel of $198.79 for cost of room, belonging to Econo Lodge, by creating or reinforcing a false impression, namely using a stolen credit card to cover the purchase price of the hotel room, in violation of Section 3922(a)(1) of the PA Crimes Code.

CC 4106(a)(1)(ii) Access Device Fraud, M1,

IN THAT, or about said date, THE DEFENDANT did use an access device to obtain or attempt to obtain accommodations at the Econo Lodge located at 8050 Peach St. Erie, PA 16509, with knowledge that the access device was issued to another person, namely, Tonya Y TRAYLOR of 10039 Delores, Streetsboro OH, who did not authorize its use, in violation of Section 4106(a)(1)(ii) of the PA Crimes Code.

### AFFIDAVIT OF PROBABLE CAUSE

The accused did try to use a stolen credit card, MasterCard account# 5449270911030937 to gain accommodations at the Econo Lodge located at 8050 Peach St Erie, PA 16509. The accused then went to the Econo Lodge on 07/03/04, and signed for the room under the name SHURNEY, Tanielle attempting to pay for the room by using a credit card that did not belong to her.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| # | Section(SubSection) | (PA Statute) | (counts) | (grade) |
|---|---|---|---|---|
| 1. | 3922(a)(1) of the | Title 18, PA Crimes Code | 1 | M1 |
| 2. | 4106(a)(1)(ii) of the | Title 18, PA Crimes Code | 1 | M1 |
| 3. | ___ of the | ___ | ___ | ___ |
| 4. | ___ of the | ___ | ___ | ___ |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)**

4. I verify that the facts set forth in the complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.§4904) relating to unsworn falsification to authorities.

July 3, 2004 , _____TPR_____
(Date)                                    (Signature of Affiant)

AND NOW, on this date, 3 July, 04 I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

06-3-02
(Magisterial District)                      (Issuing Authority)              **SEAL**

AOPC-412SPB (7/3/2003)

| 1. Docket Number of Final Issuing Authority | 2. Common Pleas Docket Number | 3. State Identification Number | OTN | L 199405-3 |
|---|---|---|---|---|
| CR-0000204-04 | | | | |

| Final Issuing Authority/to be completed by Final Issuing Authority | DISTRICT NO. | 5. Transferred from Initial Issuing Authority | DISTRICT NO. |
|---|---|---|---|
| JAMES J. DWYER, III | 06 3 05 | FRANK ABATE, JR. | 06 3 02 |

| 6. Name and Address (Last Name First) | 7. Date of Transfer | 8. Docket No. of Initial Issuing Authority |
|---|---|---|
| SHURNEY, TANIELLE L.<br>13411 6TH AVE<br>EAST CLEVELAND, OH 44112 | 07 03 04 | CR-0000082-04 |

9. Affiant Who Signed Complaint (Name and Address)
SEAN T. PIERCE
PA STATE POLICE
4320 IROQUOIS AVENUE
ERIE, PA 16514

| 10. Date of Birth | 11. Sex | 12. Race | 13. Operator License Number | 14. State | 15. ORI | 16. OCA | 17. Badge Number/Officer I.D. |
|---|---|---|---|---|---|---|---|
| 04 12 72 | F | | RP839298 | OH | PAPSP2500 | | SP543369 |

| 18. Date of Arrest | 19. Date Complaint Filed or Citation Issued or Filed | 20. Summons Date Issued | 21. Warrant | 22. Summons Returned | 23. Preliminary Arraignment Date | 24. Time | 25. Date Waived to Court |
|---|---|---|---|---|---|---|---|
| 07 03 04 | | 07 03 04 | 07 03 04 | | 07 03 04 | 5:30P | |

| 26. Prelim. Hear./Sum. Trial | 27. Address of Preliminary Hearing/Summary Trial | 32. Date Set For Preliminary Hearing | 33. CONT. |
|---|---|---|---|
| 08 13 04 | 8900 OLD FRENCH RD., ERIE, PA 16509 | | |

| | 28. Description of Charges | Off. Char | Grading | 29. Offense Date | 30. Section and Subsection | 31. Disposition | | |
|---|---|---|---|---|---|---|---|---|
| A | THEFT BY DECEP-FALSE IMPRESSION | | | 07 03 04 | CC3922A1 | DIS | 08 13 04 | |
| B | ACCESS DEVICE ISSD TO ANOTHER WHO DID | | | 07 03 04 | CC4106A1 | DIS | 07 12 04 | D |

| 34. Advised of His Right to Apply for Assignment of Counsel? | Yes X / No | 35. Public Defender Requested by the Defendant? | Yes / No X | 36. Application Provided for Appointment of Public Defender? | Yes / No X | 37. In cases where so required, I the within named Issuing Authority, did make a reasonable effort to settle the difference between the Defendant and the Complainant on: | Date MM DD YY |
|---|---|---|---|---|---|---|---|

| 38. Codefendant(s) Name | 39. OTN | 38. Codefendant(s) Name | 39. OTN |
|---|---|---|---|
| a | | c | |
| b | | d | |

| 40. Enter 'C' for witness for Complainant- Enter 'D' for Witness for Defendant | 41. Witnesses Names and Addresses and Names and Addresses of persons (not more than 2), Defendant wishes to be Notified for trial | 42. Sworn | 43. Testified | 44. Defense Persons to be notified |
|---|---|---|---|---|
| | | | | |

Attorney's Name and Address for:                                              45. I.D. No.

46. Commonwealth

46. Complainant

| 47. Defendant | | |
|---|---|---|
| CLELLAND, KEITH H<br>246 W. TENTH ST.,<br>ERIE, PA 16501 | | Private |
| | X | Other |

| 49. Date of Decision | 50. Fines Amount | 51. Costs | 52. Judgment of Sentence | | BAL: $ .00 |
|---|---|---|---|---|---|
| 08 13 04 | $ .00 | $ .00 | | | |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Arraignment

| Bail at Preliminary Arraignment | | | | | 56. Date Bail Posted |
|---|---|---|---|---|---|
| 53. Type | 54. Amount | 55. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | | MM DD YY |
| | $ | | | | |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Hearing

| Current Bail/Bail at Preliminary Hearing | | | | | 60. Date Bail Posted |
|---|---|---|---|---|---|
| 57. Type | 58. Amount | 59. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | | MM DD YY |
| | $ | | | | |

| 61. Committed Date | 62. Code | 63. Place of Commitment | |
|---|---|---|---|
| 07 03 04 | C | ERIE COUNTY PRISON | ERIE |

COPY: DISTRICT JUSTICE

| 64. Date Transcript Sent to Court |
|---|
| MM DD YY |
| 08 13 04 |

Certified this __13th__ day of __August__ 2004

My commission expires first Monday of January, 2006

I, the above named Issuing Authority certify that this Transcript is a true correct Transcript of the Docket.

SHURNEY, TANIELLE                Room: 114
Arrive:    07/03/04              Account Number: 236872
Depart:    07/04/04              Adults: 2
Room Type:    DD                 Children: 3

Your rate(s) are as follows
From        To         Rate
7/3/04      7/3/04     89.00

Rate Acceptance: _____TS._____
GTD/Payment: GM

Frequent Traveler ID:
Address:
E-Mail: _____
Guest ID: _____
License Plate: DAA S438      State: OH

If payment is by credit card, you are authorized to charge my account for the total amount due. The undersigned guest acknowledges all charges are personal indebtedness.
"I have requested weekday delivery of the USA TODAY. If refused, a credit of $.50 will be applied to my account."

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay the full amount of these charges.

Notes:
NEEDS 1 EXTRA PASS

SEE SANDY FOR PAYMENT METHOD........SHE HAS ALL THE INFO

Guest Signature: _Tanielle Shurney_
Imprint Credit Card Below

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tanielle Shumey

**DEFENDANTS**
Scott Enterprises Inc.
Sean Pierce
John Doe

(b) County of Residence of First Listed Plaintiff: Cuyahoga (Ohio)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Erie
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): A.J. Adams, 602 West 9th, Erie, PA 16502, 814-456-3601

Attorneys (If Known): Michael Agresti - for Scott; Commonwealth of PA Attorney General; Counsel for PA State Police

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability |  | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 365 Personal Injury - Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 U.S.C. 1983 et seq.
Brief description of cause: Civil Rights Action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE
DOCKET NUMBER

DATE: 6/22/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44A                                                                                      REVISED OCTOBER, 1993

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**
This case belongs on the ( _X_ Erie _____ Johnstown _____ Pittsburgh) calendar.

1. ERIE CALENDAR - If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean, Venango or Warren, OR any plaintiff or defendant resides in one of said counties.
2. JOHNSTOWN CALENDAR - If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset, OR any plaintiff or defendant resides in one of said counties.
3. Complete if on ERIE CALENDAR: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.
4. Complete if on JOHNSTOWN CALENDAR: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.

**PART B** (You are to check ONE of the following)
1. _____ This case is related to Number _____, Judge _____.
2. _X_ This case is not related to a pending or terminated case.

**DEFINITIONS OF RELATED CASES:**
CIVIL: Civil cases are deemed related when a case filed relates to property included in another suit, or involves the same issues of fact or it grows out of the same transactions as another suit, or involves the validity or infringement of a patent involved in another suit.
EMINENT DOMAIN: Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related.
HABEAS CORPUS & CIVIL RIGHTS: All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

**PART C**
1. CIVIL CATEGORY (Place x in only applicable category).
    1. ( ) Antitrust and Securities Act Cases
    2. ( ) Labor-Management Relations
    3. ( ) Habeas Corpus
    4. (X) Civil Rights
    5. ( ) Patent, Copyright, and Trademark
    6. ( ) Eminent Domain
    7. ( ) All other federal question cases
    8. ( ) All personal and property damage tort cases, including maritime, FELA, Jones Act, Motor vehicle, products liability, assault, defamation, malicious prosecution, and false arrest.
    9. ( ) Insurance indemnity, contract, and other diversity cases.
    10. ( ) Government Collection Cases (shall include HEW Student Loans (Education), VA Overpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.), HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, S.B.A. Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct.

Date: __6/22/__                                                  _____
                                                                                ATTORNEY AT LAW

NOTE: ALL SECTIONS OF BOTH SIDES MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.