IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

(ERIE)

| | |
|---|---|
| TANIELLE SHURNEY,<br>    Plaintiff<br><br>VS.<br><br>SCOTT ENTERPRISES INCORPORATED<br>T/D/B/A ECONOLODGE/SPLASH LAGOON<br><br>SEAN PIERCE, INDIVIDUALLY AND IN<br>HIS CAPACITY AS A TROOPER OF THE<br>PENNSYLVANIA STATE POLICE<br><br>JOHN DOE, INDIVIDUALLY AND IN HIS<br>CAPACITY AS THE SUPERVISOR OF<br>TROOPER SEAN PIERCE OF THE<br>PENNSYLVANIA STATE POLICE,<br>    Defendants | NO. CA 05-196E<br><br>JURY TRIAL REQUESTED |

## AFFIDAVIT OF SERVICE

A. J. Adams, counsel for the Plaintiff, being duly sworn according to law, hereby deposes and states that a true and correct copy of the Summons and Complaint was served upon Trooper Sean Pierce and Trooper John Doe by delivering same to their office address 4320 Iroquois Avenue, Erie, Pennsylvania 16511 via personal service on June 23, 2005.

Acknowledgment of service was received via telephone on June 24, 2005.

A true and correct copy of the Summons and Complaint was served by agreement upon Michael Agresti, Esquire, counsel for Scott Enterprises, Inc. by delivering same to his office address. By agreement, Scott Enterprises has been

granted an extension until August 23, 2005 for purposes of answering the instant complaint.

                                                                               A. J. Adams

Sworn and subscribed before me this

12th day of July, 2005.

NOTARIAL SEAL
LAURIE A. ROGAN, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNSYLVANIA
MY COMMISSION EXPIRES JUNE 3, 2006

Notary Public