IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY, )<br> )<br> Plaintiff, )<br> ) Civil Action No. 05-196E<br> V. ) Judge Sean J. McLaughlin<br> )<br>SCOTT ENTERPRISES, INC.; )<br>TROOPER SEAN PIERCE; )<br>JOHN DOE, )<br> )<br> Defendants. ) | |

## DEFENDANT PIERCE'S MOTION TO DISMISS

AND NOW, comes the Defendant, Trooper Sean Pierce, by his attorneys, Thomas W. Corbett, Jr., Attorney General, Christian D. Bareford, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and respectfully moves for the following:

1. The claims within the complaint against Trooper Sean Pierce should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim for which relief can be granted.

2. A brief in support of this motion is filed separately and incorporated by reference.

**RELIEF REQUESTED**

WHEREFORE, defendant Pierce respectfully requests Plaintiff's claims against defendant Pierce be dismissed.

                                        Respectfully submitted,

                                        **Thomas W. Corbett, Jr.**
                                        Attorney General

BY:    \s\ Christian D. Bareford
          CHRISTIAN D. BAREFORD
          Deputy Attorney General
          PA I.D. No. 83982

          SUSAN J. FORNEY
          Chief Deputy Attorney General
          Chief Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-7680

Date: July 15, 2005