IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-196E |
| V. ) | Judge Sean J. McLaughlin |
| ) | |
| SCOTT ENTERPRISES, INC.; ) | |
| TROOPER SEAN PIERCE; ) | |
| JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing **Defendant Pierce's Motion to Dismiss**, it is hereby **ORDERED** that the motion is granted and all claims contained within the complaint against defendant Pierce are dismissed.

BY THE COURT:

_____
J.