IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY, )<br>               Plaintiff, )<br>               )<br>    v.             )<br>               )<br>SCOTT ENTERPRISES, INC., )<br>et al., )<br>               )<br>             Defendants. ) | Civil Action No. 05-196 Erie |

## ORDER OF COURT

AND NOW, this 15th day of July, 2005, the Defendant, Trooper Sean Pierce, having filed with the Court a Motion [Doc. No. 3] to Dismiss the Complaint in the above-captioned matter,

IT IS HEREBY ORDERED that the Plaintiff file a brief in response to said motion on or before August 4, 2005.

                                                            s/ Sean J. McLaughlin
                                                            United States District Judge

cc: All counsel of record.