IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SCOTT ENTERPRISES, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 05-196 Erie |

## NOTICE

TAKE NOTICE that oral argument is scheduled in the above-captioned case before the Honorable Sean J. McLaughlin, on **FRIDAY, SEPTEMBER 2, 2005, at 10:00 a.m.**, in Courtroom C, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.  The argument will address the motion to dismiss filed by Defendant Trooper Sean Pierce.

                                           s/ Kathleen A. Scibetta
                                              Law Clerk to Judge McLaughlin

Dated:  August 4, 2005

cm:    All counsel of record.