IN THE UNITED STATES DISTRICT COURT  SCANNED
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY, | NO 05-196 |
| Plaintiff, | (ERIE) |
| vs. | |
| SCOTT ENTERPRISES INCORPORATED t/d/b/a ECOOLODGE/SPLASH LAGOON, et al | |
| Defendants. | |

## APPEARANCE

Enter the appearance of Gerald J. Hutton, Esquire as attorney for defendant, Scott's Econo Inn Inc. (improperly identified by plaintiff as Scott's Enterprises Inc. t/d/b/a Econolodge/Splash Lagoon).

JURY TRIAL DEMANDED.

DATE: August 29, 2005

BASHLINE & HUTTON

By: _____
Gerald J. Hutton, Esq.
PA I.D. # 23098
Attorney for defendant, Scott's Econo Inn, Inc.(improperly identified as Scott's Enterprises Inc. t/d/b/a Econolodge/Splash Lagoon).

Bashline & Hutton
One Oliver Plaza,
210 Sixth Ave., suite 3500
Pittsburgh, PA 15222

Tel. 412-434-0201
Fax 412-434-0521

# CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Appearance was served via U.S. First Class Mail, postage pre-paid, on this _____ day of August, 2005, upon the following counsel of record:

*(Attorney for Plaintiff)*
Adams, A.J Esq.
602 West 9TH Street
Erie, PA 16502

*(Attorney For Trooper Sean Pierce)*
Christian D. Barefoot,
OFFICE OF ATTORNEY GENERAL
6th Floor Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

*(Attorney For Scott's Splash Lagoon, Inc.)*
Gary D. Bax, Esq.
900 State Street, Suite 202
Erie, PA 16501

_____
Gerald J. Hutton
Attorney for Defendant,
Scott's Econo Inn, Inc.
PA I.D. 23098

Bashline & Hutton
One Oliver Plaza,
210 Sixth Ave., suite 3500
Pittsburgh, PA 15222

Tel. 412-434-0201
Fax 412-434-0521