IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**TANIELLE SHURNEY,**

            *Plaintiff,*

vs.

**SCOTT ENTERPRISES INCORPORATED t/d/b/a ECONOLODGE/SPLASH LAGOON, SEAN PIERCE, individually and in his capacity as a Trooper of the Pennsylvania State Police, JOHN DOE, individually and in his capacity as the supervisor of Trooper Sean Pierce of the Pennsylvania State Police,**

            *Defendants*

No. CA 05-196 Erie

**APPEARANCE**

Filed on behalf of Scott's Splash Lagoon, Inc.

Counsel of Record for these parties:

Gary D. Bax, Esq.

MURPHY TAYLOR, L.L.C.
900 State Street, Suite 202
Erie, Pennsylvania 16501
Telephone: (814) 459-0234
Fax: (814) 456-2540
Email: G_Bax@msn.com
PA38520

**JURY TRIAL DEMANDED**

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA:

Please enter the appearance of Gary D. Bax, Esquire of MURPHY TAYLOR, L.L.C., for the Defendant, Scott's Splash Lagoon, Inc., improperly identified by Plaintiff as Scott Enterprises Incorporated t/d/b/a Econolodge/Splash Lagoon.

**JURY TRIAL OF TWELVE DEMANDED**

        Respectfully submitted,

        MURPHY TAYLOR, L.L.C.

        By:_____"s/"Gary D. Bax, Esq._____

        Gary D. Bax, Esq.
        900 State Street, Suite 202
        Erie, Pennsylvania  16501
        Telephone:  (814) 459-0234
        Fax: (814)456-2540
        Email: G_Bax@msn.com
        PA38520
        *Attorneys for Scott's Splash Lagoon, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**TANIELLE SHURNEY,**

                *Plaintiff,*

    vs.                                  No. CA 05-196 Erie

**SCOTT ENTERPRISES INCORPORATED t/d/b/a ECONOLODGE/SPLASH LAGOON, SEAN PIERCE, individually and in his capacity as a Trooper of the Pennsylvania State Police, JOHN DOE, individually and in his capacity as the supervisor of Trooper Sean Pierce of the Pennsylvania State Police,**

                *Defendants*

**CERTIFICATE OF SERVICE**

Filed on behalf of Scott's Splash Lagoon, Inc.

Counsel of Record for these parties:

Gary D. Bax, Esq.

MURPHY TAYLOR, L.L.C.
900 State Street, Suite 202
Erie, Pennsylvania 16501
Telephone: (814) 459-0234
Fax: (814) 456-2540
Email: G_Bax@msn.com
PA38520

**JURY TRIAL DEMANDED**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of Defendant Scott's Splash Lagoon, Inc.'s Appearance was electronically served upon all counsel of record, this 31st day of September, 2005:

Respectfully submitted,

MURPHY TAYLOR, L.L.C.

By: "s/"Gary D. Bax, Esq.

Gary D. Bax, Esq.
900 State Street, Suite 202
Erie, Pennsylvania  16501
Telephone:  (814) 459-0234
Fax: (814)456-2540
Email: G_Bax@msn.com
PA38520
*Attorneys for Scott's Splash Lagoon, Inc.*