WESTERN DISTRICT OF PENNSYLVANIA

(ERIE)

| | |
|---|---|
| TANIELLE SHURNEY,<br>    Plaintiff | : <br> : <br> : |
| VS. | : NO. CA 05-196E <br> : |
| SCOTT'S ECONO INN, INC. <br> SCOTT'S SPLASH LAGOON, INC. | : <br> : JURY TRIAL REQUESTED <br> : |
| SEAN PIERCE, INDIVIDUALLY AND IN HIS CAPACITY AS A TROOPER OF THE PENNSYLVANIA STATE POLICE | : <br> : <br> : <br> : |
| JOHN DOE, INDIVIDUALLY AND IN HIS CAPACITY AS THE SUPERVISOR OF TROOPER SEAN PIERCE OF THE PENNSYLVANIA STATE POLICE,<br>    Defendants | : <br> : <br> : <br> : <br> : |

## AMENDED COMPLAINT

On September 2, 2005, the Plaintiff was granted leave to amend the complaint to correctly identify the two above-captioned named Defendants which were erroneously indicated as Scott Enterprises Incorporated t/d/b/a Econolodge/Splash Lagoon.

The averments filed in the original complaint are hereby incorporated by reference.

Respectfully submitted,

_____
A. J. Adams
Attorney for Plaintiff