IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

TANIELLE SHURNEY,    NO 05-196

    Plaintiff,

                                                   (ERIE)

vs.

SCOTT'S ECONO INN, INC.,
SCOTT'S SPLASH LAGOON, INC.

SEAN PIERCE, INDIVIDUALLY
AND IN HIS CAPACITY AS
TROOPER OF THE PENNSYLVANIA
STATE POLICE

JOHN DOE, INDIVIDUALLY AND IN
HIS CAPACITY AS THE SUPERVISOR
OF TROPPER SEAN PIERCE OF THE
PENNSYLVANIA STATE POLICE,

    Defendants.

## ANSWER TO AMENDED COMPLAINT

AND NOW, comes the defendant, Scott's Econo Inn, Inc., by its attorneys, BASHLINE & HUTTON, and Gerald J. Hutton, Esquire and states that it has a full, just, complete and legal defense to the allegations contained in the plaintiff's Amended Complaint and in support thereof sets forth the following:

In answer to Plaintiff's Amended Complaint, defendant Scott's Econo Inn, Inc., expressly incorporates by reference, the Answer previously filed on its behalf in this action, First Defense through Twelfth Defense, paragraphs 1 through 31 inclusive, as though said Answer were set forth at length and in full here.

WHEREFORE, defendant Scott's Economy Inn, Inc., demands that judgment be entered in its favor with costs in its behalf sustained.

JURY TRIAL DEMANDED.

DATE: August 29, 2005

Respectfully Submitted,
BASHLINE & HUTTON

BY _____
GERALD J. HUTTON, ESQ.,
PA. I.D. # 23098
ATTORNEY FOR DEFENDANT
SCOTT'S ECONO INN, INC.

ONE OLIVER PLAZA
210 SIXTH AVEUE, SUITE 3500
PITTSBURGH, PA   15222

Tel. (412)434-0201

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Answer was served via U.S. First Class Mail, postage pre-paid, on this 16th day of September, 2005, upon the following counsel of record:

*(Attorney for Plaintiff)*
Adams, A.J Esq.
602 West 9TH Street
Erie, PA 16502

*(Attorney For Trooper Sean Pierce)*
Christian D. Barefoot,
Office of Attorney General
6th Floor Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

*(Attorney For Scott's Splash Lagoon, Inc.)*
Gary D. Bax, Esq.
900 State Street, Suite 202
Erie, PA 16501

_____
Gerald J. Hutton
Attorney for Defendant,
Scott's Econo Inn, Inc.