IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 05-196E <br> V. ) Judge Sean J. McLaughlin <br> ) <br> SCOTT ENTERPRISES, INC.; ) <br> TROOPER SEAN PIERCE; ) <br> JOHN DOE, ) <br> ) <br> Defendants. ) | |

## ORDER OF COURT

AND NOW, to-wit, this 19th day of September, 2005, upon consideration of the foregoing **Defendant Pierce's Motion for Reconsideration [Doc. No. 16]**, it is hereby **ORDERED** that the motion is DENIED.

BY THE COURT:

_____
 J.