## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**TANIELLE SHURNEY,**

*Plaintiff,*

vs.                                             No.  CA 05-196 Erie

**SCOTT'S ECONO INN, INC.**
**SCOTT'S SPLASH LAGOON, INC.**

**SEAN PIERCE, INDIVIDUALLY AND IN**
**HIS CAPACITY AS A TROOPER OF**
**THE PENNSYLVANIA STATE POLICE**

**JOHN DOE, INDIVIDUALLY AND IN**
**HIS CAPACITY AS THE SUPERVISOR**
**OF TROOPER SEAN PIERCE OF THE**
**PENNSYLVANIA STATE POLICE**

*Defendants*

**DEFENDANT SCOTT'S SPLASH LAGOON, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

Filed on behalf of Scott's Splash Lagoon, Inc.

Counsel of Record for these parties:

Gary D. Bax, Esq.

MURPHY TAYLOR, L.L.C.
900 State Street, Suite 202
Erie, Pennsylvania 16501
Telephone:  (814) 459-0234
Fax: (814) 456-2540
Email: G_Bax@msn.com
PA38520

**JURY TRIAL DEMANDED**

## DEFENDANT SCOTT'S SPLASH LAGOON, INC.'S ANSWER
## AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

NOW COMES the Defendant, Scott's Splash Lagoon, Inc., by and through its attorneys, Murphy Taylor, L.L.C., and denies all liability to Plaintiff as stated in her original and Amended Complaints, and in support thereof states the following:

1.      Defendant Scott's Splash Lagoon, Inc., hereby incorporates by reference as if set forth in full all of its prior Answer and Affirmative Defenses.

2.      Defendant Scott's Splash Lagoon, Inc. further raises the additional defense of its privilege to report the conduct of Plaintiff Tanielle Shurney to the Pennsylvania State Police.

WHEREFORE, Defendant Scott's Splash Lagoon, Inc., demands judgment in its favor and against the Plaintiff with costs, attorneys' fees, and such other relief that the Court deems appropriate.

**JURY TRIAL DEMANDED**


DATE:   September 20, 2005

                              Respectfully submitted,

                              MURPHY TAYLOR, L.L.C.


                              By: "s/"Gary D. Bax, Esq.
                              Gary D. Bax, Esq.
                              900 State Street, Suite 202
                              Erie, Pennsylvania  16501
                              Telephone:  (814) 459-0234
                              Fax: (814)456-2540
                              Email: G_Bax@msn.com
                              PA38520
                              *Attorneys for Scott's Splash Lagoon, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**TANIELLE SHURNEY,**

*Plaintiff,*

vs.                                                                     No.  CA 05-196 Erie

 **SCOTT'S ECONO INN, INC.**
**SCOTT'S SPLASH LAGOON, INC.**

**SEAN PIERCE, INDIVIDUALLY AND IN**
**HIS CAPACITY AS A TROOPER OF**
**THE PENNSYLVANIA STATE POLICE**

**JOHN DOE, INDIVIDUALLY AND IN**
**HIS CAPACITY AS THE SUPERVISOR**
**OF TROOPER SEAN PIERCE OF THE**
**PENNSYLVANIA STATE POLICE**
*Defendants*

**CERTIFICATE OF SERVICE**

Filed on behalf of Scott's Splash Lagoon, Inc.

Counsel of Record for these parties:

Gary D. Bax, Esq.

MURPHY TAYLOR, L.L.C.
900 State Street, Suite 202
Erie, Pennsylvania 16501
Telephone:  (814) 459-0234
Fax: (814) 456-2540
Email: G_Bax@msn.com
PA38520

**JURY TRIAL DEMANDED**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant Scott's Splash Lagoon,

Inc.'s Answer with Affirmative Defenses was electronically served upon all counsel of record,

this 20th day of September, 2005:


Respectfully submitted,

MURPHY TAYLOR, L.L.C.


By: "s/"Gary D. Bax, Esq.
Gary D. Bax, Esq.
900 State Street, Suite 202
Erie, Pennsylvania 16501
Telephone: (814) 459-0234
Fax: (814)456-2540
Email: G_Bax@msn.com
PA38520
*Attorneys for Scott's Splash Lagoon, Inc.*