IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIEILLE SHURNEY,           )<br>                              )<br>      Plaintiff,             )<br>   v.                         ) Civil Action No. 05-196 Erie<br>                              )<br>SEAN PIERCE, et al.,          )<br>      Defendant.              ) | |

**PRELIMINARY SCHEDULING ORDER**

AND NOW, this 4th day of October, 2005, it is hereby ORDERED that all parties are to strictly conform to Fed. R. Civ. P. 26, and particularly Rule 26(f). Therefore, IT IS HEREBY ORDERED THAT the parties will conduct their Rule 26(f) meeting on or before **October 17, 2005.** The parties will then exchange their initial disclosures per Fed. R. Civ. P. 26(a)(1)(A)(B)(C) and (D). A joint or individualized report of the Rule 26(f) discovery plan that includes stipulated exceptions to disclosure per Rule 26(a)(1) not to exceed 3 pages in length shall be filed on or before **November 15, 2005**  A Fed. R. Civ. P. 16(b) and Local Rule 16.1.1 Case Management Conference will be held before the undersigned on **November 21, 2005**, at **9:00 a.m.** Room A-250, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

At the case management conference all counsel from the Western District of Pennsylvania, Northern District of Ohio and Western District of New York are to be present in person unless excused due to extreme inclement weather or other good cause.

                                                S/Sean J. McLaughlin
                                                Sean J. McLaughlin
                                                United States District Judge

cc: All counsel of record. nmk