MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Tanielle Shurney

*Plaintiff*

vs.

Scott Enterprises Inc., et. al.,

*Defendant*

No. CA 05-196 E

HEARING ON Case Management Conference

Before Judge McLaughlin

A.J. Adams

*Appear for Plaintiff*

Christian Bareford
Gary Bax, Gerald Hutton

*Appear for Defendant*

Hearing begun 11-21-05 @ 9:04 a.m.   Hearing adjourned to 9:28 a.m.

Hearing concluded C.A.V.   Stenographer Ron Bunch

WITNESSES:

For Plaintiff               For Defendant

Disc. Ddl. 3-3-06
π's Pre-trial Stmts. 3-20-06
Δ's Pre-trial Stmts. 4-10-06
Motion filing ddl. 3-20-06
Response to Mtn ddl. 4-10-06