IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY,          ) | |
|                            ) | |
|    Plaintiff,    ) | |
|                            ) | Civil Action No. 05-196E |
| V.                         ) | Judge Sean J. McLaughlin |
|                            ) | |
| SCOTT ENTERPRISES, INC.;   ) | |
| TROOPER SEAN PIERCE;       ) | |
| JOHN DOE,                  ) | |
|                            ) | |
|    Defendants.   ) | |

## NOTICE OF APPEARANCE

AND NOW, comes defendant, Trooper Sean Pierce, by his attorneys, Thomas W. Corbett Jr., Attorney General, Susan H. Malone, Chief Deputy Attorney General for the Western Regional Office, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submits the following:

1. Please enter the appearance of Susan H. Malone, Chief Deputy Attorney General for the Western Regional Office, for defendant, Trooper Sean Pierce in the above captioned case.

                                                Respectfully submitted:

                                                Thomas W. Corbett, Jr.
                                                Attorney General

                                  By:    /s/ Susan H. Malone_____
                                                SUSAN H. MALONE
                                                Chief Deputy Attorney General
                                                Attorney I.D. No. 30280

| | |
|---|---|
| Office of Attorney General | Christian D. Bareford |
| 6th Fl., Manor Complex | Deputy Attorney General |
| 564 Forbes Avenue | Attorney I.D. No. 83982 |
| Pittsburgh, PA  15219 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system. Counsel for plaintiff and the other defendants are participants of the CM/ECF system and will be electronically noticed.

By:  /s/ Susan H. Malone
SUSAN H. MALONE
Chief Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219