IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**TANIELLE SHURNEY,**
        *Plaintiff,*

    vs.                                    No. CA 05-196 Erie
                                                CIVIL ACTION
                                                ELECTRONICALLY FILED PLEADING

**SCOTT'S ECONO INN, INC.**
**SCOTT'S SPLASH LAGOON, INC.**

**SEAN PIERCE, INDIVIDUALLY AND IN**
**HIS CAPACITY AS A TROOPER OF**
**THE PENNSYLVANIA STATE POLICE**

**JOHN DOE, INDIVIDUALLY AND IN**
**HIS CAPACITY AS THE SUPERVISOR**
**OF TROOPER SEAN PIERCE OF THE**
**PENNSYLVANIA STATE POLICE**
        *Defendants*

## ORDER

AND NOW, to-wit, this _____ day of _____, 2006, upon review of Defendant Scott's Splash Lagoon, Inc.'s Motion to Determine Admissions, it is hereby ordered, adjudged, and decreed that those matters set forth in Defendant Scott's Splash Lagoon, Inc.'s Request for Admissions to Plaintiff are hereby deemed admitted, as Plaintiff did not answer or object to the Requests as required by F.R.C.P. 36(a).

                                                                                      _____
                                                                                                J.