# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**TANIELLE SHURNEY,**
*Plaintiff,*

vs.

No.  CA 05-196 Erie
CIVIL ACTION
ELECTRONICALLY FILED PLEADING

**SCOTT'S ECONO INN, INC.**
**SCOTT'S SPLASH LAGOON, INC.**

**SEAN PIERCE, INDIVIDUALLY AND IN HIS CAPACITY AS A TROOPER OF THE PENNSYLVANIA STATE POLICE**

**JOHN DOE, INDIVIDUALLY AND IN HIS CAPACITY AS THE SUPERVISOR OF TROOPER SEAN PIERCE OF THE PENNSYLVANIA STATE POLICE**
*Defendants*

**RECORD IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT**

Filed on behalf of Scott's Splash Lagoon, Inc. and Scott's Econo Inn, Inc.

Counsel of Record for these parties:

Gary D. Bax, Esq.

MURPHY TAYLOR, L.L.C.
900 State Street, Suite 202
Erie, Pennsylvania 16501
Telephone:  (814) 459-0234
Fax: (814) 456-2540
Email: G_Bax@msn.com
PA38520
*Attorneys for Scott's Splash Lagoon, Inc.*

Gerald J. Hutton, Esq.
BASHLINE & HUTTON
One Oliver Plaza, Suite 3500
210 Sixth Ave.
Pittsburgh, PA 15222
Telephone: (412) 434-0201
Fax: (412) 434-0521
E-mail: Gerald.Hutton@LibertyMutual.com
PA23098
*Attorneys for Scott's Econo Inn, Inc.*

**JURY TRIAL DEMANDED**

## RECORD IN SUPPORT OF
## JOINT MOTION  FOR SUMMARY JUDGMENT

NOW COME the Defendants, Scott's Splash Lagoon, Inc. and Scott's Econo Inn., Inc., by

and through their undersigned counsel, and submit the following Record in Support of their Motion

for Summary Judgment as follows:

1.    Deposition Transcript of Tonya Traylor;

2.    Deposition Transcript of Streetsboro, Ohio Police Officer Jon Hurley;

3.    Deposition Transcript of Pennsylvania State Police Trooper Sean Pierce;

4.    Deposition Transcript of Splash Lagoon reservation manager Patricia Purchase;

5.    Plaintiff's Answers to Scott's Splash Lagoon, Inc.'s Request for Admissions;

6.    Subpoena and document response from Erie County Assistant Prison Warden Senyo.

7.    Plaintiff's Answers to Scott's Splash Lagoon's Interrogatories; and

8.    Plaintiff's Answers to Scott's Econo Inn, Inc.'s Interrogatories.


Respectfully submitted,

MURPHY TAYLOR, L.L.C.


By: "s/"Gary D. Bax, Esq.
        Gary D. Bax, Esq.
        900 State Street, Suite 202
        Erie, Pennsylvania  16501
        Telephone:  (814) 459-0234
        Fax: (814)456-2540
        Email: G_Bax@msn.com
        PA38520
        *Attorneys for Scott's Splash Lagoon, Inc.*


3

BASHLINE & HUTTON


By: "s/" Gerald J. Hutton, Esq.
    Gerald J. Hutton, Esq.
    One Oliver Plaza, Suite 3500
    210 Sixth Ave.
    Pittsburgh, PA 15222
    Telephone: (412) 434-0201
    Fax: (412) 434-0521
    E-mail: Gerald.Hutton@LibertyMutual.com
    PA23098
    *Attorneys for Scott's Econo Inn, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**TANIELLE SHURNEY,**

*Plaintiff,*

vs.

No.  CA 05-196 Erie
CIVIL ACTION
ELECTRONICALLY FILED PLEADING

**SCOTT'S ECONO INN, INC.**
**SCOTT'S SPLASH LAGOON, INC.**

**SEAN PIERCE, INDIVIDUALLY AND IN**
**HIS CAPACITY AS A TROOPER OF**
**THE PENNSYLVANIA STATE POLICE**

**JOHN DOE, INDIVIDUALLY AND IN**
**HIS CAPACITY AS THE SUPERVISOR**
**OF TROOPER SEAN PIERCE OF THE**
**PENNSYLVANIA STATE POLICE**

*Defendants*

**CERTIFICATE OF SERVICE**

Filed on behalf of Scott's Splash Lagoon, Inc.

Counsel of Record for these parties:

Gary D. Bax, Esq.

MURPHY TAYLOR, L.L.C.
900 State Street, Suite 202
Erie, Pennsylvania 16501
Telephone:  (814) 459-0234
Fax: (814) 456-2540
Email: G_Bax@msn.com
PA38520

**JURY TRIAL DEMANDED**

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Record in Support of Joint Motion for

Summary Judgment was electronically served upon all counsel of record, this the 28th day of March,

2006:

Respectfully submitted,

MURPHY TAYLOR, L.L.C.

By: "s/"Gary D. Bax, Esq.
    Gary D. Bax, Esq.
    900 State Street, Suite 202
    Erie, Pennsylvania 16501
    Telephone: (814) 459-0234
    Fax: (814)456-2540
    Email: G_Bax@msn.com
    PA38520
    *Attorneys for Scott's Splash Lagoon, Inc.*