REPORTER'S CERTIFICATE

I HEREBY CERTIFY that the above and foregoing is a true and correct transcript of all the testimony introduced and proceedings had in the taking of the testimony in the above-entitled matter, as shown by my stenotype notes taken by me at the time said testimony was taken.

*[signature]*
Jodie L. Algarin
Registered Professional Reporter

NAGY-BAKER COURT REPORTING, INC.
(330) 746-7479
1-800-964-3376

```
 1  STATE OF OHIO       )
                        )  SS:         NOTARY CERTIFICATE
 2  MAHONING COUNTY     )

 3

 4              I, Jodie L. Algarin, Notary Public

 5  within the State and County aforesaid, duly commissioned

 6  and qualified, do hereby certify that the within-named

 7  deponent was by me first duly sworn to testify the

 8  truth, the whole truth, and nothing but the truth, and

 9  that the foregoing testimony was written by me in

10  stenotype in the presence of the witness; that by

11  agreement of counsel, signature was waived.

12

13              I do further certify that I am not

14  of counsel, attorney or relative to either party, or

15  otherwise interested in the event of this action or

16  proceeding.

17

18              IN WITNESS WHEREOF, I have hereunto

19  set my hand and seal of office at Youngstown, Ohio, this

20  25th Day of January, 2006.

21

22                          _____
23                          Jodie L. Algarin, Notary Public
                            My Commission Expires 04/24/06
24

25
```

NAGY-BAKER COURT REPORTING, INC.
(330) 746-7479
1-800-964-3376

**$**

$180  41:24
$198.79
  13:16, 19:1,
  39:16
$40  13:19,
  19:5

**0**

04/24/06
  52:23
05-196  1:3

**1**

1  4:18,
  21:7, 21:7,
  33:3
1-800-KEY2YOU
  14:9
105  5:17
11  3:6,
  4:19, 22:20,
  39:13,
  48:14, 48:22
11th  1:14
14  8:14,
  8:16
15219  2:21
15222-5409
  2:11
16501  2:15
16502  2:6
180  41:4
19  22:20
190  41:4
196  5:17
1985  9:16,
  10:7
1990  10:4
1:05  3:6

**2**

2  4:19,
  11:24, 12:1,
  15:12, 16:7,
  18:6, 21:5,
  21:15, 24:5,
  26:10,
  28:25,
  29:11,
  29:20,
  30:17,
  30:19,
  30:25, 32:2,
  32:23, 33:3,
  33:7, 37:24,
  41:20, 43:24
2004  9:3,
  9:5, 11:8,
  11:11,
  11:17, 12:7,
  13:21, 14:2,
  16:7, 17:20,
  18:7, 18:20,
  22:4, 22:7,
  22:19,
  22:20,
  22:20,
  22:20, 23:1,
  24:5, 26:10,
  32:11,
  33:18,
  35:13,
  40:13,
  40:24, 41:3,
  42:19
2006  1:14,
  3:6, 52:20
202  2:15
2080  3:7
21  4:18
22nd  35:8
2507  35:8
25th  52:20
26  4:6,
  32:11,
  32:14, 33:6,
  40:13, 41:3,
  46:24
27  33:3
29  4:12,
  4:13
2910  2:10

**3**

3  16:16,
  17:6, 19:19,
  22:25
30  4:12,
  4:13, 11:17,
  12:6, 13:6,
  15:2, 15:15,
  15:17,
  15:18, 16:4,
  17:20, 18:7,
  18:20,
  27:10,
  27:11,
  27:11,
  27:21, 28:8,
  28:16,
  32:12,
  38:16,
  40:23,
  40:24, 43:1,
  43:4, 43:14
303  3:8
31  4:13
32  4:13
33  4:13
35  4:12
36  4:13

**4**

4  19:19,
  42:18
4.95  19:9
40  4:7
44112  46:8
44115  35:11

**5**

5  4:5
5449270911030937
  11:16, 12:10
564  2:20

**6**

602  2:5
6th  2:20

**7**

7  22:19,
  33:18

**9**

9  22:4,
  22:7, 22:20,
  39:17
900  2:14
9th  2:5

**A**

A.J  2:5,
  5:22
abide  6:25
able  16:14,
  34:8, 40:15
above-entitled
  51:10
access
  40:15, 41:18
accommodation
  42:2
According
  39:12
account
  11:12,
  11:15,
  11:17, 12:6,
  13:2, 13:7,
  13:8, 14:11,
  14:18,
  19:17, 20:5,
  22:9, 22:16,
  27:8, 28:3,
  30:21,
  32:11,
  33:23,
  38:18,
  38:19,
  39:17, 40:7,
  40:16,
  40:17,
  40:22, 41:2,
  41:8, 41:8,
  41:12,
  41:14,
  41:20,
  41:21,
  41:24,
  42:18,
  42:22,
  43:15,
  43:21,
  46:23, 46:25
accountant
  8:9, 8:21,
  8:23, 8:24,
  9:6
accounting
  9:7, 9:7,
  31:15
accounts
  8:19, 34:5,
  44:19
accuracy
  47:21
accurate
  40:6, 40:21,
  40:24,
  44:17, 47:15
accurately
  6:22, 22:14
across  6:4
action  1:17,
  3:18, 48:19,
  48:20, 52:15
actual  14:14
Adams  2:5,
  4:6, 5:22,
  26:18,
  39:24, 47:6,
  48:1
additional
  42:6, 47:10
additionally
  48:23
address
  44:14, 46:4,
  46:9
Adelphia
  13:17,
  13:17,
  13:19, 19:5,
  33:21, 34:1,
  34:3, 42:11
affixed  40:7
aforesaid
  1:17, 3:17,
  52:5
African-american
  8:1
afterwards
  23:19
against
  40:17, 41:2,
  41:24, 42:7
age  5:3,
  7:23
agree  6:25
agreed  3:4,
  3:9
agreement
  1:17, 3:15,
  52:11
ahead  24:25,
  28:12, 30:1,
  33:14
AL  1:9
Algarin
  1:12, 3:11,
  51:14, 52:4,
  52:23
allegations
  48:15, 48:17
allowed  7:4
already
  33:19, 38:6
amount  19:1,
  39:4, 39:16,
  41:4, 41:5,
  41:25
answered
  29:15, 29:17
answers  7:3,
  7:15
anymore
  25:18
APPEARANCES
  2:2
appeared
  21:14
appearing
  48:17
applied
  39:18
appropriate
  7:17
approved
  42:11
approximately
  29:19
Army  8:6,
  8:8, 8:11,
  8:14, 9:4,
  35:6
arrange  26:2
arrested
  6:9, 24:14,
  24:21
arrests
  23:14
arrive  16:16
asking  30:16
assume  6:21,
  46:10
assumes
  35:3, 36:6
ate  35:24
attached
  18:5, 22:4,
  41:20
attempt  20:7
attempts
  38:10
attention
  12:22
attorney
  2:5, 2:9,
  2:14, 2:18,
  2:18, 5:13,
  5:22, 6:3,
  6:5, 6:7,
  36:19,
  36:24, 52:14
attorneys
  6:17, 6:18,
  7:11, 48:11
auditor  8:9,
  8:21, 8:23,
  8:25
August
  22:20,
  39:13, 39:17
authored
  22:6
authorization
  48:24
authorize
  13:24,
  42:17, 43:15
authorized
  15:19,
  19:22,
  26:11, 48:16
Avenue  2:20

**B**

BA  10:1,
  10:2
bachelor's
  9:24
background
  6:11, 9:10
bad  48:10,
  48:20
Baginski  2:9
balance
  41:25
bank  11:12,
  11:15,
  11:18, 13:2,
  14:14,
  19:16,
  19:16, 20:4,
  20:6, 20:13,
  21:25,
  22:15, 25:1,
  25:8, 25:11,
  27:17,
  27:17,
  32:21, 33:8,
  33:10, 34:2,
  38:17,
  38:18,
  38:25, 39:4,
  39:9, 39:13,
  40:7, 40:10,
  40:10,
  40:11,
  40:16,
  40:17,
  40:23,
  41:14,
  41:18, 43:5,
  43:5, 43:9,
  43:10,
  43:21,
  44:19,
  45:11, 46:24
Bank's  22:21
Bashline  2:9
basically
  5:24, 16:14
Bax  2:14,
  4:5, 4:13,
  5:9, 5:12,
  26:15, 27:1,
  29:4, 30:9,
  31:1, 31:21,
  32:18,
  33:11, 36:5,
  47:5, 47:7,
  48:1
Beaver  17:25
behalf  2:4,
  2:7, 2:12,
  2:17, 3:17
belated  35:2
belief  17:15
benefits
  8:20
best  20:25
bit  6:11,
  9:9
block  18:15
booked  17:13
bookkeeper
  8:20, 9:6,
  9:8
booklet
  5:20, 47:9
bring  39:10
broad  29:8
brought
  11:23, 12:2,
  21:3
Bry  19:13,
  19:14,
  19:15, 34:8,
  45:10

Bryant
  42:10, 45:9,
  45:9
BS  10:1,
  10:2
busted  17:11

**C**

CA  1:3
cable  13:18,
  33:22
calling  38:2
can't  15:1,
  27:18,
  35:24, 47:11
cancel
  14:13, 28:8,
  28:13, 31:7,
  38:17, 44:8,
  44:9
cancelled
  38:1, 38:4,
  38:17
cannot  23:19
card  12:6,
  12:12,
  12:15,
  12:16,
  12:24,
  13:25,
  13:25,
  15:20, 17:9,
  17:15,
  17:17, 20:3,
  20:4, 22:1,
  22:22,
  22:23,
  26:12,
  28:17,
  28:20,
  29:24, 30:4,
  30:8, 30:14,
  33:24, 34:9,
  34:22,
  35:14,
  38:10,
  38:15,
  38:18,
  38:19, 40:6,
  40:8, 40:9,
  40:12,
  48:15, 48:17
case  5:23,
  5:25, 7:18,
  21:25, 48:6
cases  34:10
caught
  17:14, 42:24
cause  1:17,
  3:17
center
  14:22, 15:10
CERTIFICATE
  51:5, 52:1
certified
  5:6
certify
  51:7, 52:6,
  52:13
Champman
  11:6
chance  7:11
change  47:11

Chapman
  11:6, 19:20,
  19:20,
  19:22, 34:9,
  34:13,
  34:17,
  34:19, 35:4,
  46:7
Chapman's
  34:4, 34:22,
  35:5
charge
  13:16, 35:5,
  41:3, 41:7,
  41:18,
  41:24, 43:6,
  43:15,
  43:20, 45:8
charged
  44:19, 45:1,
  46:24
charges
  13:7, 14:10,
  40:16,
  40:22, 41:1,
  42:3, 42:6,
  42:7, 42:10,
  42:11
check  39:4,
  39:5, 39:14,
  39:16
checked
  13:2, 13:7
checking
  42:22
checks  38:22
choice  47:16
circumstances
  22:15, 37:14
civil  1:3,
  1:16, 5:23,
  9:1, 10:9
claim  5:25
claiming
  25:17
cleaning
  44:22
clear  37:24,
  37:25, 46:23
clearly  25:7
clerk  8:20,
  8:20
Cleveland
  35:8, 35:9,
  35:10, 35:11
close  20:4,
  35:25, 36:1
closed  20:3,
  38:20
Clothes
  45:16
clothing
  45:9, 45:17,
  45:18,
  45:19,
  45:20, 46:10
code  35:11,
  46:8
commenced
  5:15
comments
  5:21, 47:10,
  47:12
Commission

52:23
commissioned
  52:5
Commonwealth
  2:19
communication
  26:23
company
  13:18, 33:22
compelled
  21:11
compensated
  34:21
complaint
  48:15
complete
  22:2
completed
  18:19,
  20:25, 22:3,
  48:2
Complex  2:20
computer
  10:24, 13:4
computer-assisted
  3:13
concern
  24:19
concerned
  9:3
conference
  48:19, 48:25
consider
  48:9
contact
  10:24, 11:3,
  11:6, 14:21,
  15:9, 16:23,
  17:8, 23:22,
  23:25, 24:3,
  24:8, 25:12,
  25:15, 26:1,
  28:23,
  31:14,
  31:19,
  34:16, 36:3,
  36:6, 36:7,
  36:9
contacted
  16:9, 22:25,
  23:11,
  25:22, 37:1,
  43:9, 43:9,
  43:11
contacting
  25:18, 34:12
contacts
  25:23
contains
  20:22
continuation
  48:10
continue
  20:6, 48:19
conversation
  16:12,
  23:18, 28:1,
  29:3, 30:16,
  30:25, 31:4,
  31:9, 31:13,
  32:1, 34:11,
  39:15
correct
  10:19,

10:20,
10:22,
10:23,
10:25, 11:1,
16:1, 16:9,
18:11,
18:23, 19:2,
19:5, 19:23,
19:24,
21:12, 22:4,
22:10,
22:23,
25:24, 26:3,
26:7, 26:20,
27:12,
27:23,
27:24,
28:17,
28:18,
32:11,
32:16,
36:14, 37:2,
41:22, 42:9,
42:13,
42:16,
42:20, 43:3,
45:24, 51:8
correction
  47:11
corrections
  47:9, 47:13
corresponded
  10:21
correspondence
  21:24,
  22:19, 22:19
Cosmetic
  19:8
Cosmetique
  34:7
cost  48:21
costs  48:21
counsel
  1:17, 3:5,
  3:10, 52:11,
  52:14
County  52:2,
  52:5
couple
  24:11,
  24:23, 32:9,
  42:3, 45:6
course  5:21,
  9:22, 31:4,
  39:21
court  1:1,
  1:18, 5:16,
  5:16, 5:19,
  47:15
covered  25:8
credit
  13:18,
  22:22, 34:8,
  38:25,
  39:18, 40:6,
  44:22,
  44:24, 45:6,
  48:17
curious
  24:15,
  24:17, 30:13
currently
  8:3
CV  5:17

**D**

date  15:1,
  20:22,
  20:24,
  20:24,
  32:14, 33:6,
  36:13, 38:20
dated  18:7,
  22:7
dates  32:3,
  33:1
daytime  15:7
dealt  18:3
debit  12:6,
  12:16,
  13:25,
  13:25,
  15:20, 17:9,
  17:15, 20:3,
  22:1, 22:16,
  22:22,
  26:12,
  28:16,
  28:20,
  29:24, 30:4,
  30:8, 33:24,
  35:14,
  38:18,
  38:19, 40:8,
  40:9
debits  41:19
defendant
  2:7, 2:12,
  2:17, 5:14
Defendant's
  4:17, 11:24
defendants
  1:10, 5:24,
  48:6
defense
  48:21
Definitely
  30:5
degree  9:24
department
  3:7, 11:14,
  16:25,
  17:20,
  18:20,
  23:12,
  25:16, 31:15
deponent
  52:7
deposes  5:6
deposited
  25:7, 39:14
depositing
  39:6
deposition
  1:7, 1:12,
  3:5, 3:10,
  3:15, 3:16,
  5:22, 6:12,
  12:3, 21:8,
  21:8, 26:2,
  44:7
depositions
  48:2, 48:4
describe
  13:1, 21:17
detail
  13:12, 22:9

details
  25:23
Direct  19:8,
  19:12
directions
  6:24
directly
  14:13, 36:19
Director
  2:19
discontinue
  48:7
discovered
  19:8
discovery
  5:21
discussed
  23:20
discussion
  11:10, 47:19
dismiss
  48:18
dismissed
  48:23
dispute
  22:1, 22:10
District
  1:1, 1:2,
  1:18, 1:19,
  5:16, 5:17
Docket  5:17
documents
  12:2, 12:5,
  21:3, 21:4,
  21:5, 21:15,
  21:18
dollars  41:4
Downtown
  35:11
draft  43:5
duly  5:3,
  52:5, 52:7
duplicate
  39:18

**E**

earn  10:3
earned  20:7
easily  27:19
East  35:8,
  35:9
eat  35:16
Econo  1:9,
  2:7, 6:3,
  13:21, 14:1,
  14:22,
  26:12,
  27:12,
  28:24,
  29:11,
  39:20, 40:4
education
  9:17, 9:20
educational
  9:10
effect
  40:12, 41:9,
  42:4
effort  45:3,
  46:21
efforts
  34:12,
  46:14, 46:18

either
  26:12,
  26:23,
  36:19, 52:14
employed
  8:3, 8:10
employer  8:5
encompassing
  30:17
ended  38:15
Erie  1:3,
  2:6, 2:15,
  9:2, 13:22,
  14:2, 19:1
errors  47:10
ET  1:9
event  52:15
events  26:6
everybody
  25:12
exactly
  7:10, 14:12,
  19:17, 34:23
EXAMINATION
  4:5, 4:6,
  4:7, 5:8,
  26:17, 40:1
exciting
  24:16
exhibit
  4:18, 4:19,
  11:24, 12:1,
  18:5, 18:6,
  21:5, 21:7,
  21:7, 21:15,
  41:20
EXHIBITS
  4:17
expand  17:2
expected
  16:16, 17:5
Expires
  52:23
explanation
  33:5
extent  3:18

**F**

fair  20:23,
  22:18,
  41:21,
  42:15,
  43:16, 44:3,
  44:5, 44:11,
  44:22, 45:22
faith  48:11,
  48:20
false  5:25,
  5:25
Federal  5:15
fees  48:11
file  20:5,
  20:11, 34:2
filed  9:2,
  14:15, 23:13
fine  11:23,
  23:15,
  23:21,
  24:25, 32:23
finished
  3:14
five  8:25
Floor  2:20

follow  17:6,
  31:16
follows  5:7
Forbes  2:20
foregoing
  51:7, 52:9
forth  21:24,
  45:3
Fourteen
  8:12
fourth  19:11
frame  25:15
fraudulent
  38:12, 48:16
front  21:20
fully  3:18
funds  41:18,
  46:19

**G**

Gary  2:14,
  5:12, 6:3
general
  2:18, 36:24,
  37:9
general's
  6:7, 36:20
generated
  22:1
Gerald  2:9
girls  45:21
given  33:19,
  41:16, 41:17
gives  7:11
glad  17:12,
  27:5
goods  46:10
graduate
  9:11, 9:14
graduated
  9:16, 10:6
graduation
  9:18
group  12:1
guess  7:15,
  35:15,
  44:16, 45:8

**H**

habit  42:21
hadn't
  41:16, 41:17
halt  14:12
handles
  31:15
handwriting
  18:13
handwritten
  18:6, 20:25
happen  35:12
happened
  14:8, 23:5,
  23:6, 24:19,
  35:20,
  36:17, 37:7,
  37:19,
  37:20,
  40:19, 43:6
having  44:5
hear  6:16
heard  6:21,
  27:20,

36:11,
  36:15, 37:12
heck  38:5
held  8:13
here's  43:6
hereby  3:15,
  51:7, 52:6
hereinafter
  5:6
hereto  3:5
hereunto
  52:18
his/her  3:14
hotel  6:4,
  16:16, 38:23
hours  15:6,
  15:7
however
  7:13, 27:22
huh-uh  7:6,
  15:24
Hurley
  16:24, 17:8,
  17:22, 18:3,
  18:6, 23:1,
  23:19,
  23:22,
  25:24,
  34:12, 48:2
Hutton  2:9,
  4:7, 4:12,
  6:3, 28:10,
  29:8, 30:15,
  35:2, 40:2,
  40:3, 47:2,
  47:18,
  47:22, 48:13

**I**

idea  39:7,
  45:13
identified
  12:17
identify
  46:4
immediately
  14:10, 48:7
impression
  28:15,
  37:25, 43:19
imprisonment
  6:1
improper
  43:21
improperly
  17:16, 40:22
in-person
  14:19, 14:20
incident
  36:16,
  36:24, 37:5
include  9:7
included
  33:7
inconvenience
  45:2, 45:4
Incorporated
  5:14, 6:2
INDEX  4:2
indicate
  31:7, 37:13
indicated
  27:7

indicates
  11:15
information
  34:1, 46:3
initial  13:8
Inn  1:9, 2:8
inquiry
  30:19
instructions
  6:16, 43:10
intention
  22:14
interested
  52:15
Internet
  10:25, 27:19
interpose
  7:12
introduced
  4:17, 51:9
investigating
  39:1
investigation
  23:14
isn't  33:6
issue  33:18
issued  39:3
items  46:6

**J**

January
  1:14, 3:6,
  52:20
Jerry  40:3
Jodie  1:12,
  3:11, 51:14,
  52:4, 52:23
join  29:9
Jon  16:24
Judge  48:25
July  9:3,
  9:5, 11:8,
  11:11,
  13:21, 14:2,
  15:12, 16:7,
  16:16, 17:6,
  22:4, 22:7,
  22:20,
  22:20,
  22:25, 24:5,
  26:10,
  28:25,
  29:11,
  29:20,
  30:16,
  30:19,
  30:25, 32:2,
  33:3, 33:3,
  37:24,
  42:18, 43:24
June  9:3,
  9:4, 11:8,
  11:11,
  11:17, 12:6,
  13:6, 13:21,
  14:2, 15:2,
  15:15,
  15:17,
  15:18, 16:4,
  17:20, 18:7,
  18:20,
  27:10,
  27:11,

27:11,
  27:21, 28:8,
  28:15,
  32:11,
  32:12,
  32:14, 33:3,
  33:6, 35:13,
  38:16,
  40:13,
  40:23,
  40:24, 41:3,
  43:1, 43:14,
  46:24

**K**

Key  11:12,
  11:15,
  11:18,
  14:14,
  21:23,
  22:15,
  22:21,
  40:10,
  40:11, 40:22
Key.com  13:5
Keystone
  40:10
knowing
  23:9, 24:18
knowledge
  6:23, 21:1,
  37:20, 44:12

**L**

labeled  21:4
lady  25:16,
  45:22
lady's
  45:18,
  45:19, 45:20
Lagoon  2:13,
  5:13, 6:2,
  6:5, 13:16,
  13:21, 14:1,
  14:22, 15:2,
  15:4, 15:10,
  15:18, 17:5,
  18:25, 24:4,
  25:2, 25:23,
  26:10,
  26:13, 27:8,
  27:12,
  27:16,
  27:19,
  28:24,
  29:11, 32:8,
  33:6, 33:19,
  38:23, 39:2,
  39:3, 39:5,
  39:14,
  39:15,
  39:21, 41:4,
  41:23,
  42:11,
  42:15,
  43:11,
  43:13,
  43:19,
  43:20,
  43:25,
  44:13, 48:5
Lane  19:12,

19:13,
  19:14,
  19:15, 34:8,
  42:10, 45:9,
  45:10
Lanebryant.com
  45:12
later  43:5,
  43:23
Law  2:5,
  2:9, 2:9,
  2:14, 2:18
lawful  5:3
lawsuit
  5:14, 9:2,
  10:9, 48:7
learn  29:23,
  33:22, 34:4
learned
  27:7, 40:21,
  41:2, 41:23
least  37:25
led  37:14
letter  22:4,
  22:6, 25:6,
  25:9, 33:17,
  39:12
letters
  21:22
Lisa  11:6,
  19:19,
  19:20,
  19:22, 34:9,
  46:7
listed  41:19
lists  44:17
literally
  19:16
litigation
  48:10
locale  46:4
location
  46:10
Lodge  6:3,
  13:22, 14:1,
  14:23,
  26:13,
  27:12,
  28:24,
  29:11,
  39:20, 40:4
looking
  32:13
lose  12:11
lost  46:1
loud  20:2
luck  43:1

**M**

mad  17:11
MAHONING
  52:2
maintain
  12:14
making  5:19,
  7:2, 35:5
Malone  2:18,
  6:6, 6:6,
  47:4
management
  9:25
manager
  15:13, 28:5

Manor 2:20
marked 11:24, 12:1, 18:6, 21:15
Marketing 19:8, 19:12
married 10:13
matter 36:4, 41:17, 48:22, 51:10
maybe 17:13, 35:17, 37:11
McLaughlin 48:25
meet 17:22
meeting 26:20
memorized 11:19
mention 37:10
merchants 44:21
met 10:18
mine 14:11, 38:3
minute 11:9, 45:5
Mischaracterizes 31:2
moment 13:12
money 20:7, 25:2, 25:3, 25:11, 25:18, 31:11, 31:16, 32:8, 32:10, 33:20, 38:25, 39:2, 44:23, 45:4, 45:7
moneys 46:15, 46:24
month 32:7, 43:6
motion 48:18
MOTIONS 4:11
move 33:12
myself 25:8, 38:7

**N**
named 5:15, 10:16, 11:3, 11:6, 37:11
names 19:15
nature 24:7
needed 28:5, 31:14, 46:2
negative 13:9
nerve 17:12
nobody's 37:1
none 42:9
Nope 46:13
Notary 1:13, 3:11, 3:20, 52:1, 52:4, 52:23
note 18:22
noted 19:20
notes 51:11
nothing 5:5, 35:18, 39:24, 52:8
notice 1:14, 21:7, 21:8, 28:2, 48:9
noticed 13:12, 25:3, 32:12
notified 48:22
numbers 13:25

**O**
object 28:10, 29:4, 30:9, 30:15, 31:1, 31:21, 33:11, 36:5
objection 7:12, 7:12, 7:13, 29:9, 35:3
OBJECTIONS 4:11
obviously 24:15, 32:6, 35:15
occurred 13:1, 26:6, 42:3
off-the-record 11:10, 47:19
office 2:9, 2:18, 6:7, 35:6, 35:25, 36:20, 39:18, 52:19
officer 16:24, 17:8, 17:22, 17:25, 17:25, 18:3, 23:1, 23:19, 23:22, 25:24, 34:12, 48:2
offices 3:7
Ohio 1:13, 3:8, 3:12, 7:21, 9:16, 13:17, 18:19, 19:5, 23:12, 52:1, 52:19
okays 5:20
open 41:8
opinion 33:9
opportunity 47:8
ordered 48:25
organization 8:18
Originally 8:19
otherwise 52:15
overdraft 42:7
overdrafts 42:4
overdrawn 13:10, 13:11
Overly 29:8
Oversized 45:20
owned 40:6

**P**
p.m 3:6
PAGE(S 4:12, 4:13
pages 21:25
paid 38:6
paragraph 20:1
particular 13:6, 13:12, 34:10, 48:14
particularly 48:13
parties 3:5, 3:16, 3:17
party 52:14
Patty 15:13, 16:7, 24:4, 24:9, 24:23, 26:9, 29:1, 29:16, 29:18
pay 33:23
payable 8:20
pending 1:18
Pennsylvania 1:2, 1:19, 2:6, 2:11, 2:15, 2:19, 2:21, 5:17, 9:2, 13:22, 14:2, 19:1, 23:23, 24:1, 36:3, 36:8, 36:10, 36:12, 36:16, 36:23, 36:23
per 39:15
perfectly 7:17
period 8:22, 9:3
permission 41:16, 41:18
person's 33:23
personal 6:23, 23:21, 23:25
persons 15:17
photocopies 12:2
phrase 20:10, 30:17
physical 46:10
Pierce 2:17, 36:12
Pittsburgh 2:11, 2:21
placed 12:24, 40:22, 41:7,
41:24
plaintiff 1:7, 2:4, 5:23
plaintiff's 48:18
Plan 20:4
please 5:10, 6:19, 17:3
plus 8:12
point 12:23, 16:18, 29:23, 31:6, 32:5
police 3:7, 11:14, 16:24, 17:7, 17:20, 18:20, 20:6, 20:11, 23:12, 23:23, 24:1, 25:16, 36:4, 36:8, 36:9, 36:12, 36:16, 36:23, 40:24, 43:9, 43:10, 44:16
popped 13:8
posed 42:6
position 8:7, 8:13, 8:17, 9:4, 9:8
possession 12:15, 12:19
posted 28:3, 39:16, 41:2, 41:3
PPG 2:10
presence 3:19, 3:20, 52:10
previously 10:8, 39:18
probably 11:21, 27:16
problem 31:19, 44:20, 44:21
Procedure 1:16
proceeding 52:16
proceedings 51:9
process 38:3, 39:1
Professional 51:15
progressed 8:18
prompt 40:23
promptly 43:1
provide 47:15
provided 6:12, 10:8, 16:17, 16:20, 21:15, 26:5, 48:4
provisional 38:24, 45:6
Public 1:13, 3:11, 3:20, 52:4, 52:23
purchase 15:13, 16:7, 19:4, 19:7, 19:11, 19:19, 19:19, 24:5, 24:9, 26:10, 29:1, 29:3, 29:16, 29:18, 29:22, 30:7, 30:20, 31:10, 32:2, 34:10, 37:4, 39:19, 43:25, 45:11
purchased 45:14
purchases 12:24, 18:23, 19:23
purpose 15:22
purposes 9:1, 31:19
pursuant 1:14, 1:16
putting 48:9

**Q**
qualified 52:6
questions/answer 5:20

**R**
rather 7:4, 7:6
real 24:16
really 39:20
reason 25:10, 42:24
receipt 39:5
receive 43:4
received 49:1
recess 47:25
recognize 18:7
recollection 15:23, 16:1
record 7:25, 11:9, 20:1, 47:18
records 32:21, 41:20
reduced 41:25
referred 41:17
reflect 20:24
regard 20:10, 23:13
regarding 17:9, 34:12, 36:8, 36:24
Region 2:19
Registered 51:15
regular 35:9
regularly 42:22
reimburse 32:8
reimbursed 25:5, 46:15, 46:19, 48:21
reimbursing 25:2
reissued 20:4
relate 22:21
relationship 10:15
relative 52:14
Relatively 36:1
rely 47:20
renewing 48:24
repeat 27:5
rephrase 6:19
report 11:14, 14:15, 14:19, 20:6, 20:11, 20:15, 22:15, 22:21, 23:13, 23:22, 32:23, 34:14, 38:2, 40:23, 44:16, 44:22, 44:24
reported 43:1
reporter 5:19, 47:15, 51:15
REPORTER'S 51:5
reporting 44:20
reports 36:22
represent 5:13, 6:2, 6:7, 40:3
representative 43:24, 48:18
represents 5:23, 6:3
request 38:24, 44:7, 48:6, 48:8, 48:24
reservation 13:20, 14:1, 14:22, 15:10, 15:19, 16:15, 26:12, 28:8, 28:9, 28:16, 28:20,

29:24, 31:7, 37:11, 37:15, 38:1, 38:20, 42:14, 42:18, 42:25, 44:3, 44:6, 44:8, 44:12
reservations 15:13, 28:5, 44:8
resident 7:20
resolved 33:19
resort 15:18, 18:25
responding 6:22
response 33:13
responses 22:21
restate 6:19
restaurant 35:17, 35:18, 35:22, 35:23
restore 20:7
restoring 25:1
result 30:6
results 48:20
reversed 39:17
reversing 25:10
review 47:8
Route 3:8
Rule 48:14, 48:22
Rules 1:16

**S**
safe 30:3
Salvation 8:6, 8:8, 8:11, 8:14, 9:4, 35:6
sanctions 48:11
satisfaction 46:2
saying 32:22, 43:5
says 5:7, 18:15, 32:13
Scott 5:13, 5:14, 6:2, 6:4, 13:21, 14:1, 14:22, 15:4, 26:10, 26:13, 48:5
Scott's 1:9, 2:7, 2:12, 40:4
seal 52:19
Sean 2:17
seeing 43:1
seek 48:11
seem 37:19,
37:20
sent 33:18, 39:15, 48:22
separate 47:9, 47:11, 47:13
September 22:19, 33:18
served 21:9
setting 6:13
several 21:22
shake 7:4
share 33:25, 37:17
she's 5:19, 25:17, 29:5
sheet 47:11, 47:13
shipped 46:5
shorthand 3:11
showed 13:13, 19:16
shown 51:10
Shurney 1:6, 5:15, 5:24, 6:10, 10:16, 10:18, 10:19, 10:22, 10:25, 16:18, 23:2, 30:24, 31:3
signature 3:14, 20:16, 20:16, 49:2, 52:11
signed 20:19, 22:12
simply 44:8, 45:1
site 27:20
Smith 11:3, 37:11
somebody 29:13, 30:4
somehow 40:15
someone 28:16, 40:15, 43:24
sorry 10:5
Sort 37:6
speak 15:13, 16:3, 16:6, 39:20
speaking 34:15
specific 15:23, 16:1, 29:10
specified 1:15
speculate 7:15, 33:9, 33:12
Splash 2:12, 5:13, 6:2, 6:5, 13:15, 13:21, 14:1, 14:22, 15:2, 15:4, 15:10, 15:11,
15:18, 17:5, 18:25, 24:4, 25:2, 25:23, 26:10, 26:13, 27:8, 27:12, 27:16, 27:19, 28:24, 29:11, 32:8, 33:6, 33:18, 38:23, 39:2, 39:3, 39:3, 39:5, 39:14, 39:15, 39:21, 41:3, 41:23, 42:11, 42:15, 43:11, 43:13, 43:19, 43:20, 43:24, 44:13, 48:5
spoke 15:15, 17:5, 24:4, 24:9, 24:23, 26:9, 27:23, 29:16, 29:18, 29:22, 32:9
spoken 7:4, 10:19
SS 52:1
stack 21:4
started 42:4
state 1:13, 2:14, 3:7, 3:12, 5:10, 6:7, 6:9, 9:21, 23:23, 24:1, 36:3, 36:8, 36:12, 36:16, 36:23, 41:21, 45:23, 52:1, 52:5
statement 18:7, 18:8, 18:10, 18:15, 18:18, 18:22, 19:25, 20:25, 32:14, 39:9, 40:16, 43:5, 45:11
States 1:1, 1:18, 5:16
status 48:19, 48:25
steal 37:9
stenotype 51:11, 52:10
stipulated 3:4, 3:9
STIPULATIONS 3:2
stolen 17:16, 17:17,
17:17, 48:16
stopped 14:17
store 45:17
street 2:5, 2:14, 6:4, 35:8
Streetsboro 3:7, 3:8, 7:21, 11:14, 16:24, 17:20, 18:19, 23:12, 25:16
strike 33:13
stuck 35:17
stuff 37:4, 37:9
submit 36:22
subpoena 1:15, 21:9
subscribed 3:19
subsequent 38:9
subsequently 46:15, 46:19
sued 6:10
suing 5:24, 25:17
Suite 2:10, 2:15
sum 27:25, 28:2, 28:4, 29:2, 29:7
summary 40:5
surprised 37:22
surrounding 22:15
Susan 2:18, 6:6
sworn 5:4, 52:7
symbol 21:23

**T**
taken 1:12, 3:6, 3:10, 32:10, 44:19, 46:24, 47:25, 51:11, 51:12
taking 51:9
Tanielle 1:6, 5:15, 5:23, 6:10, 10:16, 10:18, 10:19, 10:21, 10:25, 16:18, 23:2, 30:24, 31:3
telephone 26:23, 39:15, 44:14
terms 30:18
testified 44:6
testify 5:4, 52:7
testimony 6:13, 10:9, 21:12, 26:5, 40:5, 48:4, 48:23, 51:8, 51:10, 51:11, 52:9
Thank 26:16, 39:25, 49:1
Thanks 7:20
theft 22:22
there's 20:15, 43:15, 45:8
therefore 39:17
therein 1:15
thereupon 3:16
thing 27:17
third 19:7
Thirty-eight 7:24
though 24:18
three-page 22:6
throughout 39:21
today 9:8, 12:3, 21:4, 21:9, 21:12, 21:14, 26:2, 26:5, 39:17, 48:5, 48:9
today's 36:13
Tonya 1:9, 5:2, 5:11, 18:16, 20:16, 22:10, 48:3
total 27:25, 28:2, 28:4, 29:3, 29:7
trace 34:8
Tracy 11:3, 37:11
tragedy 37:8
trans 25:23
transaction 13:15, 14:5, 15:12, 28:3, 32:14, 33:1, 33:6, 34:5, 39:22
transactions 13:13, 13:14, 14:5
transcribed 3:12
transcript 3:14, 5:20, 7:3, 7:7, 47:8, 47:12, 47:15, 51:8
transcription 3:13
Traylor 1:9, 5:2, 5:11, 5:12, 18:16, 20:16, 21:5, 21:7, 21:7, 22:10, 26:19, 48:3
trooper 6:8, 6:9, 36:11
true 51:8
trust 47:14
truth 5:4, 5:5, 5:5, 52:8, 52:8, 52:8
twice 25:4, 25:5
two-page 18:10, 20:15
type 6:13
typed 27:16, 27:19
typographical 47:10

**U**
uh-huh 7:6
unauthorized 12:24, 14:6, 17:9, 18:23, 19:4, 19:7, 19:11, 22:16, 22:22, 43:20
understand 6:18, 6:21, 6:24, 27:4, 31:23, 40:5
understanding 43:14
unfortunate 37:8
United 1:1, 1:18, 5:16
University 9:21
unreasonable 48:20
unusual 35:12
upon 21:9, 27:1
upset 30:3, 30:6
uses 38:9
using 12:5, 15:19, 28:16, 28:20, 29:24, 42:18, 44:13

**V**
vague 23:16
vaguely 32:5
valid 40:12, 41:8, 41:12
verbal 7:4
verify 27:18
victim 44:17, 44:18, 48:3
violation 48:14
visit 18:19
voluntarily 48:7

### W
wait 7:9, 27:17, 34:6, 43:4
waited 43:23
waive 47:14, 47:17, 47:22, 47:24
waived 3:15, 49:2, 52:11
wanted 17:10, 31:7, 40:5
we'll 29:10, 47:20
we're 6:20, 7:2, 9:2, 26:20, 47:7, 48:9
we've 21:4, 26:22, 38:10, 48:1
web 27:19
weekend 42:19
weight 46:1
weren't 14:11, 33:20
West 2:5
Western 1:2, 1:19, 2:19, 5:16
what's 11:25, 47:12
whatever 17:7, 25:17, 41:4
WHEREOF 52:18
whereupon 5:1, 11:10, 11:24, 47:19, 47:25
whether 38:4, 42:10
whoever 17:11, 28:1, 31:15
whole 5:4, 15:22, 52:8
whose 29:23
Wilson 9:15
within 1:13, 3:11, 52:5
within-named 52:6
witness 3:19, 3:19, 47:20, 47:24, 52:10, 52:18
witness's 3:14
witnesses 48:5
woman 5:15, 10:16, 23:2, 37:11
wonder 35:16, 35:19
Woodrow 9:15
wouldn't 33:25, 46:11, 46:12
writing 26:23
written 3:18, 11:22, 52:9
wrote 32:4

### Y
yeah 20:9, 37:6, 37:7
yet 20:5
Youngstown 9:16, 9:21, 9:23, 52:19
yours 44:9

### Z
zip 35:11, 46:8