# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TANIELLE SHURNEY,

              *Plaintiff,*

vs.                                                                 No. CA 05-196 Erie

SCOTT'S ECONO INN, INC.
SCOTT'S SPLASH LAGOON, INC.

SEAN PIERCE, INDIVIDUALLY AND
IN HIS CAPACITY AS A TROOPER OF
THE PENNSYLVANIA STATE POLICE

JOHN DOE, INDIVIDUALLY AND IN
HIS CAPACITY AS THE SUPERVISOR
OF TROOPER SEAN PIERCE OF THE
PENNSYLVANIA STATE POLICE

              *Defendants*

## NOTICE OF DEPOSITION

NOTICE IS HEREBY GIVEN that the deposition of **Tonya Traylor** will be taken on oral examination at Streetsboro Police Department, 2080 State Route 303, Streetsboro OH 44241, commencing at 1:30 p.m., Wednesday, January 11, 2006, and any and all adjournments thereof.

                      _____
                      Attorney for Scott's Splash Lagoon, Inc.

The undersigned hereby certifies that on the 5th day of January, 2006 a copy of the within Notice was duly served on the person(s) stated below at address(es) as indicated.

COPIES TO:

A. J. Adams, Esq.
602 West 9th Street
Erie, PA 16502



DEFENDANT'S EXHIBIT 1 — Traylor

Gerald J. Hutton, Esq.
Bashline & Hutton
One Oliver Plaza
Suite 3500
210 Sixth Ave.
Pittsburgh, PA 15222

Christian D. Bareford, Esq.
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219

Nagy Baker Court Reporting
26 Market St., Suite 810
Youngstown, OH 44503

                            Respectfully submitted,

                            MURPHY TAYLOR, L.L.C.

By: _____
                            Gary D. Bax, Esq.
                            900 State Street, Suite 202
                            Erie, Pennsylvania 16501
                            Telephone: (814) 459-0234
                            Fax: (814)456-2540
                            Email: G_Bax@msn.com
                            PA38520
                            *Attorneys for Scott's Splash Lagoon, Inc.*

# Issued by the
## UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

Tanielle Shurney

**SUBPOENA IN A CIVIL CASE**

V.

Scott's Econo Inn, Inc., Scott's Splash Lagoon, Inc., Sean Pierce, Indiv. and in his capacity as a Trooper of the PA State Police, John Doe, indiv. and in his capacity as the supervisor of Trooper Pierce

CASE NUMBER: [1] No. CA 05-196 Erie

TO: Tonya Traylor

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Streetsboro Police Dept. 2020 State Route 303, Streetsboro, OH 44241 | January 11, 2006 1:30 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Gary D. Bax, Esq., Attorney for Scott's Splash Lagoon | 1/5/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

900 State Street, Suite 202, Erie, PA 16501    814 459-0234

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.