# Streetsboro Police Department

2080 SR 303 330-626-4976

*Uniform Incident / Offense Report*

**Incident Number**

**04-02502**

| In Progress | Method Received | Time Received | Time Dispatched | Time Arrived | Time Cleared |
|---|---|---|---|---|---|
| NO | IN PERSON | 2033 | 2040 | 2050 | 2116 |

| Report Date / Time | | Incident Occurred From | | Incident Occured To | |
|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time |
| 06/30/2004 | 2050 | 06/29/2004 | 0000 | 06/29/2004 | 0000 |

| Location of the Incident (Street #, Street, Apt. #, City, State, Zip) | Zone |
|---|---|
| 10039 DELORES  STREETSBORO OH 44241 - | S |

| Persons Involved: 4 | Property: CREDIT CARD CHARGES |
|---|---|
| TONYA Y TRAYLOR - VIC<br>TANIELLE L SHURNEY - SUS<br>TRACY SMITH - SUS<br>LISA CHAMPMAN - SUS | 1<br>Amount:<br>0.00 |

| | Units: | Officers: | Officers: | | |
|---|---|---|---|---|---|
| 1st: | | PTL JON HURLEY M | | | |
| 2nd: | | PTL TROY BEAVER W | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| 5th: | | | | | |
| Report: | 538 | PTL JON HURLEY M | Photos:  0 | Arrests: | 0 |

**OFFENSES**

| Codes: | Descriptions: |
|---|---|
| 2699 | FRAUD (FREE TEXT) |

| Weapons Used: | Trade Marks: | Hate Bias |
|---|---|---|
| NO WEAPON USED | | NO |

| Entry: | Location Type:<br>Apartment Building |
|---|---|

| Refer to Arrest: | Incident #: | Tow#: | Dispatcher: 593 | Officer in Charge: 509 | Entry Id: 593 |
|---|---|---|---|---|---|

| Case Status: | Refer To Other Agency | Cleared Date: 07/17/2004 | Cleared By: 507 |
|---|---|---|---|

**Narrative:**  04-02502    **Page:**  1

The victim came to the Streetsboro Police Department to report someone using her bank/credit card.
The victim filled out a statement. Officers took the report and will begin the follow up on any leads and suspects.

DEFENDANT'S EXHIBIT 2

| Reviewing Supervisor: | Bureau Supervisor: | Officer: |
|---|---|---|

# Streetsboro Police Department

*Persons Involved with Incident*

Page # 1

**Incident Number**

*04-02502*

---

| Incident #: | Master Number: | Relation: | | | | | Arrest #: | Date of Contact: |
|---|---|---|---|---|---|---|---|---|
| 0402502 | 001 | VICTIM | | | | | | 06/30/2004 |

| Last Name: | First Name: | Mi: | Til: | DOB: | SSN: | Cell Phone: | Pager: |
|---|---|---|---|---|---|---|---|
| TRAYLOR | TONYA | Y | | 07/21/1967 | 279721113 | | |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Phone: | Employee Phone: |
|---|---|---|---|---|---|---|---|
| 10039 | DELORES | | STREETSBORO | OH | 44241 | 330-422-0141 | |

| Hgt: | Wgt: | Hair: | Eyes: | Race: | Sex: | Physical Marks: |
|---|---|---|---|---|---|---|
| 503 | 160 | BLK | BRO | B | F | |

**Offenses:** 2699   FRAUD (FREE TEXT)

**Resident Class:**   **Suspected of using:**   /   /   **Victim Type:** Individual

---

| Incident #: | Master Number: | Relation: | | | | | Arrest #: | Date of Contact: |
|---|---|---|---|---|---|---|---|---|
| 0402502 | 002 | SUSPECT | | | | | | 06/29/2004 |

| Last Name: | First Name: | Mi: | Til: | DOB: | SSN: | Cell Phone: | Pager: |
|---|---|---|---|---|---|---|---|
| SHURNEY | TANIELLE | L | | 04/12/1972 | 277726839 | | |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Phone: | Employee Phone: |
|---|---|---|---|---|---|---|---|
| 12626 | BRACKLAND UP | | CLEVELAND | OH | 44108 | 216-323-6004 | |

| Hgt: | Wgt: | Hair: | Eyes: | Race: | Sex: | Physical Marks: |
|---|---|---|---|---|---|---|
| | | | | B | F | |

**Offenses:** 2699   FRAUD (FREE TEXT)

**Resident Class:**   **Suspected of using:**   /   /   **Victim Type:**

---

| Incident #: | Master Number: | Relation: | | | | | Arrest #: | Date of Contact: |
|---|---|---|---|---|---|---|---|---|
| 0402502 | 003 | SUSPECT | | | | | | 06/30/2004 |

| Last Name: | First Name: | Mi: | Til: | DOB: | SSN: | Cell Phone: | Pager: |
|---|---|---|---|---|---|---|---|
| SMITH | TRACY | | | / / | | | |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Phone: | Employee Phone: |
|---|---|---|---|---|---|---|---|
| 2117 | EAST 7TH ST | | CLEVELAND | OH | 44106 | | |

| Hgt: | Wgt: | Hair: | Eyes: | Race: | Sex: | Physical Marks: |
|---|---|---|---|---|---|---|
| | | | | | | |

**Offenses:** 2699   FRAUD (FREE TEXT)

**Resident Class:**   **Suspected of using:**   /   /   **Victim Type:**

---

| Reviewing Supervisor: | Bureau Supervisor: | Officer: |
|---|---|---|
| | | |

# Streetsboro Police Department

*Persons Involved with Incident*

Page # 2

Incident Number

*04-02502*

| Incident #: | Master Number: | Relation: | | | | Arrest #: | Date of Contact: | |
|---|---|---|---|---|---|---|---|---|
| 0402502 | 004 | SUSPECT | | | | | 06/29/2004 | |

| Last Name: | First Name: | Mi: | Til: | DOB: | SSN: | Cell Phone: | Pager: |
|---|---|---|---|---|---|---|---|
| CHAMPMAN | LISA | | | / / | | | |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Phone: | Employee Phone: |
|---|---|---|---|---|---|---|---|
| 13411 | 6TH AVE | | CLEVELAND | OH | 44112 | 216-421-6050 | |

**Hgt:**   **Wgt:**   **Hair:**   **Eyes:**   **Race:**   **Sex:**   **Physical Marks:**

**Offenses:**   2699   FRAUD (FREE TEXT)

**Resident Class:**   **Suspected of using:**   /   /   **Victim Type:**

---

**Reviewing Supervisor:**   **Bureau Supervisor:**   **Officer:**

# Streetsboro Police Department

*Property Involved with Incident*

**Incident Number**

*04-02502*

| Item #: | Item | | | | Property Tag # |
|---|---|---|---|---|---|
| 001 | CREDIT CARD CHARGES | | | | |
| **Make:** | **Model:** | **Serial #:** | | **Quanity:** | **Unit Messure:** |
| | | | | | 4.00 |
| **Value:** | **Owner Applied Number:** | **Type:** | **UCR Property Code:** | | **NCIC#** |
| 416.70 | | Counterfeited/for | | | |
| **Notes:** | | | | | |

**Reviewing Supervisor:**    **Bureau Supervisor:**    **Officer:**

| Streetsboro Police Department | | Incident Number |
|---|---|---|
| Investigative Report  001   Title / Subject: credit card fraud | Page #:  1 | **04-02502** |

    On June 30, 2004 Tonya Traylor came to the Streetsboro Police Department to report someone using her bank/credit card without her permission.

    Traylor stated she checked her Key Bank account, master card( 5449270911030937), on June 30, 2004 and noticed it was overdrawn. When she checked the account, there were charges that she did not make. The first charge was on 06/25/04 to Splash Lagoon Resort in Erie P.A. The amount was for $198.79. Traylor called the costumer service number, (814) 217-1111. They stated they are researching their records and they will contact Traylor when they have more information. The second charge was on 06/26/04 to Adelphia Oh. The amount was for $40.00. Traylor called the costumer service number, (888) 683-1000. They told Traylor to go to an Adelphia office to find out what account the charge was posted to. At this point, Traylor called a Key Bank representative at 1-800-key-2-you. The representative advised Traylor to file a fraud report at a Key Bank. While Traylor was at the bank she noticed two more charges on her account. The first charge was on 06/28/04 to Direct Marketing cosmetic. The amount was for $4.95. Traylor called the costumer service number, 888-415-4308. They reversed the charges and told Traylor that a Lisa Champman made the purchase. The second charge was on 06/29/04 to Direct Marketing Brylane Home. The amount was for $172.96. Traylor called the costumer service number, 800-528-5156. They stated Lisa Champman made the purchase through Lane Bryant.com. They stated Champman used a 44112 zip code.

    Traylor stated she cancelled her card, 5449270911030937, on 06/30/04. Traylor will also be closing her bank account on 07/01/04.

    On July 2, 2004, Traylor called me to say Direct Marketing Brylane Home was going to reverse the charges. She also stated she was able to get in contact with a Patty Purchase, the reservation manager at Splash Lagoon, 8041 Peach St. Erie P.A. 16509. Purchase gave Traylor a phone number, (814) 868-9568, and told her to have the police call that number. I called Purchase at that number on July 2, 2004. Purchase is the manager for Splash Lagoon which is a part of Scott Enterprise. She stated that there was a reservation for 07/03/04 at the Econo Lodge, 8050 Peach St. Erie P.A. 16509, under the name of Tanielle Shurney. The Econo Lodge is also a part of Scott Enterprise. The reservation was made with Traylor's account number. She stated check in time was between 12pm and 4pm. I asked her to notify the State Police when Shurney came to check in. I called the State Police, (814) 898-1641, and spoke to Trooper Angelo. I advised him that a representative from Scott Enterprise might call him about a suspect checking into the Econo Lodge and if he could go and identify the suspect

    On July 3, 2004 at approximatley 2pm, I spoke with Trooper Gilson of The Penn. State Police. He stated the suspect was at the Econo Lodge. He needed the information on the victim, Tonya Traylor, sent to him. I had dispatch send a tele-type containing her information. On July 3, 2004 at approximately 4pm., I spoke with Trooper Pirce of The Penn. State Police. He stated they had the suspect, Tanielle Shurney, in custody and were charging her with fraud and theft by deception. He also stated Shurney told the police that a friend, Tracy Smith, made the reservation. Trooper Pirce is going to fax their report to me with all their information. I received a copy of the Penn. State Police report on July 9, 2004, ( see attached report ). I spoke with Traylor and asked her if she knew a Tanielle Shurney. Traylor stated she did not know anyone by that name. Traylor did not know anyone by the name of Tracy Smith or Lisa Champman either. No further action taken.

| By: PTL JON M. HURLEY | Badge# 538 | Date: 06/30/2004 | Time: 2050 |
|---|---|---|---|
| Reviewing Supervisor:_____ | | Date: _____ | |

| **Streetsboro Police Department** | | | Incident Number |
|---|---|---|---|
| Investigative Report  002   Title / Subject: fraud | | Page #:   1 | *04-02502* |

On 2/2/2005, Corporal Normandy from the Erie PA State Police spoke with me over the phone. The conversation was in regaurd to this report. He stated that Trooper Pierce was being investigated for the arrest of the suspect that went to the hotel to check in under the reservation. I am faxing a copy of this report to Corporal Normandy, at (814) 871-4782, on 2/2/2005.

By: PTL JON M. HURLEY    Badge# 538    Date: 02/02/2005    Time: 2253
Reviewing Supervisor:_____    Date: _____

| **Streetsboro Police Department** | | | Incident Number |
|---|---|---|---|
| Investigative Report  003   Title / Subject: Fraud | Page #: | 1 | *04-02502* |

    I received a message, on my voice mail at work, from a Jerry ( Gerald ) Huton on Monday 8/29/2005 at 1:18p.m. He stated he represents Scott Enterprises and Econo Lodge. He stated Ms Shurney is suing the P.A. State Police and Scott Enterprises for discrimination. He requested for me to call him and set up a time to give a deposition. His number is (412) 434-0201. I also received a letter from Huton's office requesting the same.

    I also received a call from Jerry Bax on Tuesday, 8/30/2005 at 9:40 a.m. He stated he represents Scott Enterprise, Splash lagoon. He requested I call him to answer some questions he has about my involvement in the matter dealing with Ms Shurney. His number is (814) 459-0234.

    I will be giving this information to Chad Murdock, the City Law Director.

By: PTL JON M. HURLEY     Badge# 538     Date: 09/02/2005     Time: 0602

Reviewing Supervisor: _____     Date: _____

| **Streetsboro Police Department** | | | Incident Number |
|---|---|---|---|
| Investigative Report  004  Title / Subject: Fraud | | Page #:  1 | *04-02502* |

    I spoke with Chad Murdock and he advised me to contact Mr. Huton and Mr. Bax. I spoke with Mr. Huton on 9/08/2005 at 8:15 a.m. He stated he would contact me again if I was needed to give a deposition. I also spoke with Mr. Bax on 9/09/2005 at 8:45 a.m. He advised me of the same, that he would contact me if I was needed.

| By: PTL JON M. HURLEY | Badge# 538 | Date: 09/19/2005 | Time: 0336 |
|---|---|---|---|
| Reviewing Supervisor: | | Date: | |

| **Streetsboro Police Department** | | **Incident Number** |
|---|---|---|
| Investigative Report  005   Title / Subject: fraud | Page #:  1 | *04-02502* |

I received a call from Gary Bax, Econolodge attorney, on 12-7-2005 at 10:51 a.m. He requested I contact him to set up a time for me to give a discovery deposition. The number he left for me to call was (814)459-0234. I called that number on 12-13-2005, at 8:00 a.m. and left a message stating I called and for Gary to call me back. I have not heard from Gary since the call on 12-7-2005.

**By:** PTL JON M. HURLEY    **Badge#** 538    **Date:** 12/20/2005    **Time:** 2117
**Reviewing Supervisor:**_____    **Date:** _____

| Streetsboro Police Department | Incident Number |
|---|---|
| Investigative Report  006   Title / Subject: fraud       Page #:  1 | **04-02502** |

   I received a call from Gary Bax on 12-23-2005 at 3:52p.m. He was requesting to come to the SPD to take my deposition on 12-29-2005. I returned his call and told him I would check with my supervisors. After checking with LT. Mosley and Chief Taiclet, I called Gary back and left a message stating the 29th would not work. I told him Monday through Friday after 1-7-2006 would be better. I have not yet confirmed a new date.

By: PTL JON M. HURLEY         Badge# 538    Date: 12/31/2005    Time: 0506
Reviewing Supervisor:_____   Date: _____

## STREETSBORO POLICE DEPARTMENT
### STREETSBORO, OH 44241

| CR 0402502 | STATEMENT | INCIDENT Credit Card Fraud |
|---|---|---|

On 6/30/04 I checked my Key Bank acct on line as I do on most days. My acct was overdrawn & when I looked at the details there were to charges to my acct which I did not make. The charges were:

1) Splash Lagoon Resort Erie, PA    $198.79
   Phone number 814.217.1111 - They are researching their records & will call me back

2) Adelphia OH    $40.00
   Phone number 888-683-1000 - told me to go to an office & find at what acct it was posted to.

I went to the bank to file a fraud report after speaking with a customer rep for Key 1800-key-2-you. While at the bank, my account showed two additional charges which had not yet been posted to my acct. They are as follows:

3) Direct Marketing - Cosmetique    $4.95
   Phone number 888-415-4308
   They reversed the charge on my acct & told me a Lisa Champman made the purchase. I do not know who she is.

4) Direct Marketing - Brylane Home    $172.96
   Phone number 800.528.5156
   I was told again that Lisa Champman made the purchase through LaneBryant.com & her zip →

| STATEMENT MADE BY – NAME Tonya Traylor | DATE OF BIRTH 7.21.1967 | SSN 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 |
|---|---|---|
| ADDRESS 10039 Delores Dr Apt B | CITY Streetsboro | STATE OH / PHONE NUMBER 330.422.0141 |
| WITNESSED BY | UNIT 5150 | DATE 6/30/04 / PAGE 1 |

code is 44112. They gave me a number to call their fraud dept. which I will call on 7/1/04.

I closed my debit card & will be reissued a new card & number. I plan to close my bank acct, but have not done so yet.
I was told to file a police report so that the bank could continue with their attempt to restore my hard earned money back to me.

**NOTICE – MIRANDA WARNING:** To anyone under arrest, detained for investigation, a suspect in a crime or being investigated as a suspect or possible suspect in a crime.

This statement is made of my own free will and accord, subsequent to the advisement of the following facts by the undersigned police office. I understand that: 1. I have the right to remain silent. 2. Anything I say can/will be used against me in a court of law. 3. I have the right to talk to a lawyer before any questioning and have him present with me while I am being questioned. 4. If I cannot afford to hire a lawyer, one will be appointed to represent me before any questioning if I wish. 5. I can decide at any time to exercise these rights and not answer any questions or make any statements.

Signed _Tonya Traylor_

Date _6/30/04_   Time _8:40 pm_   Location _Streetsboro Police Dept._

Witness _____

0402502

# PENNSYLVANIA STATE POLICE

TROOP E, ERIE
4320 IROQUOIS AVENUE
ERIE, PA 16511
(814) 898-1641



Fax: (814) 217-0059

## FAX TRANSMISSION COVER SHEET

Date: July 9, 2004

To: Officer HURLEY

From: Tpr. PIERCE

Re: ACCESS DEVICE FRAUD

Memo: This is the report regarding SHURNEY for the stolen credit card of Tracy TRAYLOR.

**YOU SHOULD RECEIVE _05_ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (814) 871-4682, EXT. 217.**

CONFIDENTIALITY NOTE: The document(s) accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressee designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Pennsylvania State Police and return the original message to our office by mail.

# PENNSYLVANIA STATE POLICE
## INCIDENT REPORT

SP 7-0030 (12-94)

**REPORT TYPE:** ☒ INITIAL ☐ CONTINUATION ☐ SUPPLEMENTAL

**DATE(S)/DAY(S) OF INCIDENT:** 07/03/04 SAT
**TIME(S) OF INCIDENT:** 1357HRS
**INCIDENT NO.:** E01-1097681
**JUVENILE:** ☐
**DOMESTIC VIOLENCE:** ☐

**ATTACHMENTS:**
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☒ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☐ PROPERTY RECORD ☐ OTHER
- ☐ MISSING PERSON CHECKLIST
- ☐ STATEMENT FORM(S)
- ☒ RIGHTS WARNING AND WAIVER

**DISP.:** ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED - DATE
- A ☐ DEATH OF ACTOR
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSED TO COOPERATE
- E ☐ JUVENILE/NO CUSTODY
- N ☒ NOT APPLICABLE
- ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION | 2. LOCATION | ZONE |
|---|---|---|
| PAPSP2500/ERIE | Econo Lodge 8050 Peach St. | 07 |

| 3. CITY/TWP/BORO | CODE | 4. COUNTY | CODE |
|---|---|---|---|
| Summit Twp. | 216 | ERIE | 25 |

| 5. VICTIM NO. 1 NAME | ADDRESS | HOME PHONE |
|---|---|---|
| Econo Lodge | 8050 Peach St. Erie, PA 16509 | 814-866-5544 |

| 6. EMPLOYER NAME | ADDRESS | WORK PHONE |
|---|---|---|
| | | |

| 7. RACE/ETHN. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | R | ST | | | 01 | B | 01 |

| 5. VICTIM NO. 2 NAME | ADDRESS | HOME PHONE |
|---|---|---|
| | | |

| 6. EMPLOYER NAME | ADDRESS | WORK PHONE |
|---|---|---|
| | | |

| 7. RACE/ETHN. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | | |

**18. OFFENSE**
- ___ SIMPLE ASSAULT ___ CRIMINAL MISCHIEF ___ TERRORISTIC THREATS ___ THEFT BY UNLAWFUL TAKING OR DISPOSITION
- ___ BURGLARY ___ MISSING PERSON ___ HARASSMENT ___ CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT
- ___ ESCAPE ___ AGGRAVATED ASSAULT ___ ARSON BY RELATED OFFENSES ___ HARASSMENT BY COMMUNICATION OR ADDRESS
- 01 OTHER **THEFT BY DECEPTION, 02 ACCESS DEVICE FRAUD**

| 19. NO. | 20. STATUTE | 21. SECTION NO. | 22. UCR | 23. HATE/BIAS | 24. OFF. USED | 25. OFF. LOC. | 26. ETY. METH. | NO. | 27. ACTY. TYPE | 28. WPN/FC | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | CC | 3922 | 110 | | 88 | N | 14 | | P | | |
| 02 | CC | 4106 | 110 | | 88 | N | 14 | | P | | |

**29. VEHICLE:** ☐ STOLEN ☐ RECOVERED ☐ SUSPECT ☒ OTHER

| 30. LIC | 31. LIS | 32. LIY | 33. LIT | 34. VIN | 35. VYR | 36. VMA |
|---|---|---|---|---|---|---|
| DAA8438 | OH | 05 | PC | 1MEFM53S4XG615112 | 1999 | MERCURY |

| 37. VMO | 38. VST | 39. VCO | 40. DOT | 41. MIS | 42. MILEAGE |
|---|---|---|---|---|---|
| | SDN | | | | |

| 43. NO. | 44. PROPERTY DESCRIPTION | 45. PRO. DESC. | 46. TYPE LOSS | 47. QTY. | 48. VALUE | 49. DATE REC. |
|---|---|---|---|---|---|---|
| | | | | | | |

**50.**
| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| INCIDENT PROMPTLY REPORTED BY VICTIM | ☒ | ☐ | NEIGHBORHOOD/AREA CANVASS | ☐ | ☒ |
| CAN A SUSPECT BE NAMED | ☒ | ☐ | ANY WITNESSES LOCATED | ☒ | ☐ |
| EVIDENCE AT SCENE TO LINK OFFENDER | ☒ | ☐ | OFFENDER INFORMATION AVAILABLE | ☒ | ☐ |
| CAN A VEHICLE BE IDENTIFIED WITH CRIME | ☐ | ☒ | IDENTIFIABLE/TRACEABLE PROPERTY | ☒ | ☐ |
| SCENE PROCESSED FOR LATENT PRINTS | ☐ | ☒ | UNIQUE/UNUSUAL METHOD OF OPERATION | ☐ | ☒ |
| LATENT PRINTS DISCOVERED | ☐ | ☒ | THOUGHT TO BE CONNECTED WITH KNOWN CRIME PATTERN | ☐ | ☒ |
| SCENE CHECKED FOR WITNESSES | ☐ | ☒ | CLEAN/STATISTICAL NARCOTICS MESSAGE SENT | ☐ | ☒ |

| 51. DATE/TIME OFFICER ARRIVED | 52. DATE/TIME OFFICER DEPARTED | 53. DATE OF REPORT | 54. PART ONE ONLY | 55. LCE NOTIFIED | 56. SUPV. INIT./BADGE NO. |
|---|---|---|---|---|---|
| 07/03/04 / 1358 | 07/03/04 / 1630 | 07/05/04 | ☐ | ☐ YES ☐ NO | |

| 57. OFFICER'S NAME/SIGNATURE | BADGE NO. | 58. INVES. RECM. | 59. | 60. PAGE |
|---|---|---|---|---|
| Tpr Sean T. PIERCE | 8961 | ☒ CONT. ☐ TERM. | ☐ CONCUR ☐ NONCONCUR | 01 |

STATION

SP 7-0330A (12-04)
PENNSYLVANIA STATE POLICE
**INCIDENT REPORT – PART II**

REPORT TYPE: ☒ INITIAL ☒ CONTINUATION ☐ SUPPLEMENTAL

DATE(S)/DAY(S) OF INCIDENT:
TIME(S) OF INCIDENT:
JUVENILE: ☐
DOMESTIC VIOLENCE: ☐
INCIDENT NO.: E01-1097681

ATTACHMENTS:
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☐ PROPERTY RECORD ☐ OTHER
- ☐ MISSING PERSON CHECKLIST
- ☐ STATEMENT FORM(S)
- ☐ RIGHTS WARNING AND WAIVER

DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED – DATE
- A ☐ DEATH OF ACTOR
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSED TO COOPERATE
- E ☐ JUVENILE/NO CUSTODY
- N ☒ NOT APPLICABLE
- ☐ MULTIPLE CLEAR-UP

| 61. ORI/STATION | 62. DATE OF REPORT | 63. OFFENSE |
|---|---|---|
| PAPSP2500/ERIE | 07/05/04 | THEFT BY DECEPTION |

64. ☒ ACCUSED ☐ SUSPECT | 65. OFFENDER NO. 1 | NAME: Tanielle L. SHURNEY | 66. ADDRESS: 12626 Brackland Up, Cleveland, OH 44108

| 67. HOME PHONE | 68. NICKNAMES/ALIAS | 69. HEIGHT | 70. WEIGHT | 71. HAIR | 72. EYES | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|
| 216-323-6004 | | 504 | 190 | BLK | BRO | |

| 74. RACE/ETHY. | 75. SEX | 76. DOB | 77. AGE | 78. RES. STAT. | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| B / N | F | 04/12/72 | 32 | | 110 | S | 07/03/04 | | | L1994405-3 |

| 84. FINGERPRINTED | 85. PHOTOGRAPHED | 86. DISP. UNDER 18 | 87. VIC. NO. REL | 88. SSN | 89. OLN | STATE |
|---|---|---|---|---|---|---|
| ☒ YES ☐ NO | ☒ YES ☐ NO | | 01 | 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 | RP839298 | OH |

| 90. BIRTHPLACE | 91. EMPLOYER/SCHOOL | 92. MISC. NO. |
|---|---|---|
| OHIO | | |

64. ☐ ACCUSED ☐ SUSPECT | 65. OFFENDER NO. 2 | NAME | 66. ADDRESS

(second offender block empty)

**93. NARRATIVE**

LATITUDE: 42 02:53.54    LONGITUDE: -80 04:47.83

This crime occurred as the accused used a stolen credit card, MasterCard #5449270911030937, to reserve a room at the Econo Lodge, Central Reservation #411293, for the days of 07/03/04-07/04/04 at an amount of $198.79. The accused then arrived at the hotel at 1357hrs on 07/03/04 and signed for the room at the expense of using the stolen credit card, which belongs to a Tonya Y TRAYLOR of 10039 Delores, Streetsboro, OH 44241, and used said MasterCard without the authorization of TRAYLOR.

PHYSICAL EVIDENCE: Documents from Splash Lagoon Reservation Center with SHURNEY'S name and Account# of the stolen MasterCard. Receipt signed by SHURNEY for acceptance of the room rate by payment by stolen MasterCard.

On 07/03/04 at approx. 1400hrs, I interviewed in person, on scene, Guest Service Agent, Wendy Marie EMERY W/N/F-21YRS (10/14/1982), of 483 Washington St., Conneaut, OH 45030, 440-265-5290. EMERY related to me that SHURNEY arrived at the Econo Lodge to stay in a room she had reserved for the dates of 07/03/04-07/04/04 under MasterCard Account# 5449270911030937. EMERY related that SHURNEY signed for the room using that MasterCard Account#, but did not have the MasterCard on her person. EMERY then related that she completed the transaction as normal, made a photo copy of SHURNEY'S driver's license and receipt of payment that was signed by SHURNEY.

On 07/03/04 at 1421hrs, SHURNEY was placed under arrest and transported back to PSP Barracks Erie for processing.

On 07/03/04 at 1500hrs SHURNEY was read her Miranda Rights and she waived her rights.

(MORE)

| 94. OFFICER'S NAME/SIGNATURE | BADGE NO. | 95. INVES. RECM. | 96. SUPV. INIT./BADGE NO. | 97. ☐ CONCUR ☐ NONCONCUR | 98. PAGE |
|---|---|---|---|---|---|
| Tpr Sean T. PIERCE | 8961 | ☒ CONT. ☐ TERM. | | | 02 |

STATION

| SP 7-0331 (5-00) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | IN. NO. E01-1094336 |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☒ INCIDENT ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE ☐   DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED-DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD ☐ OTHER | | C ☐ EXTRADITION DENIED    N ☒ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP2500/ERIE | 07/05/04 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| THEFT BY DECEPTION | Econo Lodge |

**5. NARRATIVE**

On 07/03/04 at 1510hrs, I interviewed in person, at PSP Barracks, Tanielle L. SHURNEY B/N/F-32YRS (04/12/1972) of 12626 Brackland Up, Cleveland, OH 44108. SHURNEY related to me that she did not have the credit card on her, and that the reservations were made through a friend, Tracy SMITH of 2117 East 74th St, Cleveland, OH 44106. SHURNEY then related to me that she did not attempt to call to confirm the reservations for the room, and that she just showed up on 07/03/04 at the Econo Lodge under the assumption that everything was taken care of.

FS QIC:NEG
FS MN: POS
Criminal history has been destroyed.

This case is to remain open pending disposition.

| 6. OFFICER'S NAME/SIGNATURE Tpr. Sean T. PIERCE | BADGE NO. 8961 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT/BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 03 |
|---|---|---|---|---|---|

STATION

JUL. 9. 2004 1:30PM    PSP ERIE TROOP E    NO. 527    P. 5

| SP 7-00 | PENNSYLVANIA STATE POLICE<br>CONTINUATION SHEET ☐<br>SUPPLEMENTAL INVESTIGATION REPORT ☒ | REPORT TYPE<br>☒ INCIDENT<br>☐ OTHER ___ | DATE(S)/DAY(S) OF INCIDENT<br>07/03/04 / Saturday | | NO.<br>E01-1097681 |
|---|---|---|---|---|---|
| | | | TIME(S) OF INCIDENT<br>1357 hours | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD  ☐ OTHER | | C ☐ EXTRADITION DENIED    N ☒ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION<br>PAPSP2500/ERIE | | 2. DATE OF REPORT<br>7/3/04 |
|---|---|---|
| 3. OFFENSE | 4. VICTIM | |

5. NARRATIVE

On 07/03/04 I was assigned to transport Tanielle L. SHURNEY from PSP-Erie to her arraignment at District Court 06-3-02. She was arraigned by D. J. ABATE and committed to Erie Co. Jail in lieu of $5,000.00 straight bail. She was then transported to Erie Co. Jail.

I was accompanied by Tpr. ANGELO.

| 6. OFFICER'S NAME/SIGNATURE/BADGE NO.<br>Tpr. Linda M. MARTON/8400  /s/ Linda M. Marton | STATION | 7. INVEST. RECM.<br>☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR<br>☐ NONCONCUR | 10. PAGE |