SP 7-0050 (12-94)

**PENNSYLVANIA STATE POLICE**
**INCIDENT REPORT**

| REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|
| ☒ INITIAL ☐ CONTINUATION ☐ SUPPLEMENTAL | 07/03/04  SAT | E01-1097681 |

| TIME(S) OF INCIDENT | JUVENILE | DOMESTIC VIOLENCE |
|---|---|---|
| 1357HRS | ☐ | ☐ |

**ATTACHMENTS:**  ☐ MISSING PERSON CHECKLIST

DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE

☐ FELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S)
A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE

☒ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☒ RIGHTS WARNING AND WAIVER
B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY

☐ PROPERTY RECORD ☐ OTHER
C ☐ EXTRADITION DENIED    N ☒ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION | 2. LOCATION | ZONE |
|---|---|---|
| PAPSP2500/ERIE | Econo Lodge 8050 Peach St. | 07 |

| 3. CITY/TWP/BORO | CODE | 4. COUNTY | CODE |
|---|---|---|---|
| Summit Twp. | 216 | ERIE | 25 |

| 5. VICTIM NO. 1  NAME | ADDRESS | HOME PHONE |
|---|---|---|
| Econo Lodge | 8050 Peach St. Erie, PA 16509 | 814-866-5544 |

| 6. EMPLOYER NAME | ADDRESS | WORK PHONE |
|---|---|---|
| | | |

| 7. RACE/ETHY. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | R | ST | | | 01 | B | 01 |

| 5. VICTIM NO. 2  NAME | ADDRESS | HOME PHONE |
|---|---|---|
| | | |

| 6. EMPLOYER NAME | ADDRESS | WORK PHONE |
|---|---|---|
| | | |

| 7. RACE/ETHY. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | | |

**18. OFFENSE**

___ SIMPLE ASSAULT ___ CRIMINAL MISCHIEF ___ TERRORISTIC THREATS ___ THEFT BY UNLAWFUL TAKING OR DISPOSITION

___ BURGLARY ___ MISSING PERSON ___ HARASSMENT ___ CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT

___ ESCAPE ___ AGGRAVATED ASSAULT ___ ARSON BY RELATED OFFENSES ___ HARASSMENT BY COMMUNICATION OR ADDRESS

01 OTHER **THEFT BY DECEPTION, 02 ACCESS DEVICE FRAUD**

| 19. NO. | 20. STATUTE | 21. SECTION NO. | 22. UCR | 23. HATE/BIAS | 24. OFF. USED | 25. OFF. LOC | 26. ETY. METH. | NO. | 27. ACTY. TYPE | 28. WPN/FC | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | CC | 3922 | 110 | 88 | N | 14 | | | P | | |
| 02 | CC | 4106 | 110 | 88 | N | 14 | | | P | | |

| 29. VEHICLE: | ☐ STOLEN | ☐ RECOVERED | ☐ SUSPECT | ☒ OTHER | | |
|---|---|---|---|---|---|---|

| 30. LIC | 31. LIS | 32. LIY | 33. LIT | 34. VIN | 35. VYR | 36. VMA |
|---|---|---|---|---|---|---|
| DAA8438 | OH | 05 | PC | 1MEFM53S4XG615112 | 1999 | MERCURY |

| 37. VMO | 38. VST | 39. VCO | 40. DOT | 41. MIS | 42. MILEAGE |
|---|---|---|---|---|---|
| | SDN | | | | |

| 43. NO. | 44. PROPERTY DESCRIPTION | 45. PRD. DESC. | 46. TYPE LOSS | 47. QTY. | 48. VALUE | 49. DATE REC. |
|---|---|---|---|---|---|---|
| 01 | HOTEL ROOM FEE | 77 | 07 | 1 | $198.79 | |
| | TOTAL STOLEN | | | | $198.79 | |
| 01 | HOTEL ROOM FEE | 77 | 05 | 1 | $198.79 | 07/03/04 |
| | TOTAL RECOVERED | | | | 198.79 | |

**50.**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| INCIDENT PROMPTLY REPORTED BY VICTIM | ☒ | ☐ | NEIGHBORHOOD/AREA CANVASS | ☐ | ☒ |
| CAN A SUSPECT BE NAMED | ☒ | ☐ | ANY WITNESSES LOCATED | ☒ | ☐ |
| EVIDENCE AT SCENE TO LINK OFFENDER | ☒ | ☐ | OFFENDER INFORMATION AVAILABLE | ☒ | ☐ |
| CAN A VEHICLE BE IDENTIFIED WITH CRIME | ☐ | ☒ | IDENTIFIABLE/TRACEABLE PROPERTY | ☒ | ☐ |
| SCENE PROCESSED FOR LATENT PRINTS | ☐ | ☒ | UNIQUE/UNUSUAL METHOD OF OPERATION | ☐ | ☒ |
| LATENT PRINTS DISCOVERED | ☐ | ☒ | THOUGHT TO BE CONNECTED WITH KNOWN CRIME PATTERN | ☐ | ☒ |
| SCENE CHECKED FOR WITNESSES | ☒ | ☐ | CLEAN/STATISTICAL NARCOTICS MESSAGE SENT | ☐ | ☐ |

| 51. DATE/TIME OFFICER ARRIVED | 52. DATE/TIME OFFICER DEPARTED | 53. DATE OF REPORT | 54. PART ONE ONLY | 55. LCE NOTIFIED | 56. SUPV. INIT./BADGE NO. |
|---|---|---|---|---|---|
| 07/03/04 / 1358 | 07/03/04 / 1630 | 07/05/04 | ☐ | ☐ YES ☐ NO | |

| 57. OFFICER'S NAME/SIGNATURE | BADGE NO. | 58. INVES. RECM. | 59. | 60. PAGE |
|---|---|---|---|---|
| Tpr Sean T. PIERCE | 8961 | ☒ CONT. ☐ TERM. | ☐ CONCUR ☐ NONCONCUR | 01 |

STATION

SP 7-0050 A (12-94)

**PENNSYLVANIA STATE POLICE**
**INCIDENT REPORT – PART II**

REPORT TYPE
☒ INITIAL ☒ CONTINUATION
☐ SUPPLEMENTAL

DATE(S)/DAY(S) OF INCIDENT

INCIDENT NO.
E01-1097681

TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐

ATTACHMENTS:
☐ FELONY CRIMES AGAINST THE PERSON
☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
☐ PROPERTY RECORD  ☐ OTHER
☐ MISSING PERSON CHECKLIST
☐ STATEMENT FORM(S)
☐ RIGHTS WARNING AND WAIVER

DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE
A ☐ DEATH OF ACTOR        D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED     N ☒ NOT APPLICABLE     ☐ MULTIPLE CLEAR-UP

| 61. ORI/STATION PAPSP2500/ERIE | 62. DATE OF REPORT 07/05/04 | 63. OFFENSE | THEFT BY DECEPTION |
|---|---|---|---|

| 64. ☒ ACCUSED ☐ SUSPECT | 65. OFFENDER NO. 1 | NAME Tanielle Latrice SHURNEY | 66. ADDRESS 12626 Brackland Up, Cleveland, OH 44108 |
|---|---|---|---|

| 67. HOME PHONE 216-323-6004 | 68. NICKNAMES/ALIAS | | 69. HEIGHT 504 | 70. WEIGHT 190 | 71. HAIR BLK | 72. EYES BRO | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|---|

| 74. RACE/ETHY. B / N | 75. SEX F | 76. DOB 04/12/72 | 77. AGE 32 | 78. RES. STAT. | 79. OFF. CODE N | 80. TYPE ARREST 110 | 81. DATE OF ARREST S 07/03/04 | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. L199405-3 |
|---|---|---|---|---|---|---|---|---|---|---|

| 84. FINGERPRINTED ☒ YES ☐ NO | 85. PHOTOGRAPHED ☒ YES ☐ NO | 86. DISP. UNDER 18 | 87. VIC. NO. REL 01 | 88. SSN 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 | 89. OLN RP839298 | | STATE OH |
|---|---|---|---|---|---|---|---|

| 90. BIRTHPLACE OHIO | 91. EMPLOYER/SCHOOL | 92. MISC. NO. QICNEG MNPOS |
|---|---|---|

| 64. ☐ ACCUSED ☐ SUSPECT | 65. OFFENDER NO. 2 | NAME | 66. ADDRESS |
|---|---|---|---|

| 67. HOME PHONE | 68. NICKNAMES/ALIAS | | 69. HEIGHT | 70. WEIGHT | 71. HAIR | 72. EYES | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|---|

| 74. RACE/ETHY. / | 75. SEX | 76. DOB | 77. AGE | 78. RES. STAT. | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|

| 84. FINGERPRINTED ☐ YES ☐ NO | 85. PHOTOGRAPHED ☐ YES ☐ NO | 86. DISP. UNDER 18 | 87. VIC. NO. REL | 88. SSN | 89. OLN | | STATE |
|---|---|---|---|---|---|---|---|

| 90. BIRTHPLACE | 91. EMPLOYER/SCHOOL | 92. MISC. NO. |
|---|---|---|

**93. NARRATIVE**

LATITUDE: 42 02:53.54        LONGITUDE: -80 04:47.83

This crime occurred as the accused used a stolen credit card, MasterCard #5449270911030937, to reserve a room at the Econo Lodge, Central Reservation # 411293, for the days of 07/03/04-07/04/04 at an amount of $198.79. The accused then arrived at the hotel at 1357hrs on 07/03/04 and signed for the room at the expense of using the stolen credit card, which belongs to a Tonya Y TRAYLOR of 10039 Delores, Streetsboro, OH 44241, and used said MasterCard without the authorization of TRAYLOR.

PHYSICAL EVIDENCE: Documents from Splash Lagoon Reservation Center with SHURNEY'S name and Account# of the stolen MasterCard. Receipt signed by SHURNEY for acceptance of the room rate by payment by stolen MasterCard.

On 07/03/04 at approx. 1400hrs, I interviewed in person, on scene, Guest Service Agent, Wendy Marie EMERY W/N/F-21YRS (10/14/1982), of 483 Washington St., Conneaut, OH 45030, 440-265-5290. EMERY related to me that SHURNEY arrived at the Econo Lodge to stay in a room she had reserved for the dates of 07/03/04-07/04/04 under MasterCard Account# 5449270911030937. EMERY related that SHURNEY signed for the room using that MasterCard Account#, but did not have the MasterCard on her person. EMERY then related that she completed the transaction as normal, made a photo copy of SHURNEY'S driver's license and receipt of payment that was signed by SHURNEY.

On 07/03/04 at   hrs, SHURNEY was placed under arrest and transported back to PSP Barracks Erie for processing.

On 07/03/04 at 1500hrs SHURNEY was read her Miranda Rights and she waived her rights.

(MORE)

| 94. OFFICER'S NAME/SIGNATURE Tpr Sean T. PIERCE | BADGE NO. 8961 | 95. INVES. RECM. ☒ CONT. ☐ TERM. | 96. SUPV. INIT./BADGE NO. | 97. ☒ CONCUR ☐ NONCONCUR | 96. PAGE 02 |
|---|---|---|---|---|---|

STATION

ATTACHMENT: 8

PAGE: 2 OF 12

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. E01-1094336 |
|---|---|---|---|
| **PENNSYLVANIA STATE POLICE** | ☒ INCIDENT | | |
| CONTINUATION SHEET ☒ | ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |
| SUPPLEMENTAL INVESTIGATION REPORT ☐ | | | |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR          D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED     E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD    ☐ OTHER | | C ☐ EXTRADITION DENIED       N ☒ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION    PAPSP2500/ERIE | 2. DATE OF REPORT    07/05/04 |
|---|---|

| 3. OFFENSE          THEFT BY DECEPTION | 4. VICTIM          Econo Lodge |
|---|---|

**5. NARRATIVE**

On 07/03/04 at 1510hrs, I interviewed in person, at PSP Barracks, Tanielle L. SHURNEY B/N/F-32YRS (04/12/1972) of 12626 Brackland Up, Cleveland, OH 44108. SHURNEY related to me that she did not have the credit card on her, and that the reservations were made through a friend, Tracy SMITH of 2117 East 74th St, Cleveland, OH 44106. SHURNEY then related to me that she did not attempt to call to confirm the reservations for the room, and that she just showed up on 07/03/04 at the Econo Lodge under the assumption that everything was taken care of.

FS QIC:NEG
FS MN: POS
Criminal history has been destroyed.

Arrest Questionnaire sheet was not completed, accused was out of state resident.

A copy of this report was faxed to Streetsboro PD, to Officer HURLEY who is heading the investigation of the stolen credit card. SP 7-0100 attached.

This case is to remain open pending disposition.

| 6. OFFICER'S NAME/SIGNATURE    Tpr. Sean T. PIERCE | BADGE NO.    8961 | 7. INVEST. RECM.    ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☒ CONCUR ☐ NONCONCUR | 10. PAGE    03 |
|---|---|---|---|---|---|
| | | STATION | | | |

| SP 7-0051 (3-98) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT 07/03/04 / Saturday | INCIDENT NO. E01-1097681 |
|---|---|---|---|

**PENNSYLVANIA STATE POLICE**
CONTINUATION SHEET ☐
SUPPLEMENTAL INVESTIGATION REPORT ☒

REPORT TYPE
☒ INCIDENT
☐ OTHER _____

| | TIME(S) OF INCIDENT 1357 hours | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

ATTACHMENTS:
☐ MISSING PERSON CHECKLIST
☐ FELONY CRIMES AGAINST THE PERSON     ☐ STATEMENT FORM(S)
☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT     ☐ RIGHTS WARNING AND WAIVER
☐ PROPERTY RECORD     ☐ OTHER

DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED
A ☐ DEATH OF ACTOR          D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED      N ☒ NOT APPLICABLE     ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION PAPSP2500/ERIE | | 2. DATE OF REPORT 7/3/04 |
|---|---|---|
| 3. OFFENSE   THEFT BY DECEPTION | 4. VICTIM   ECONO LODGE | |

5. NARRATIVE

On 07/03/04 I was assigned to transport Tanielle L. SHURNEY from PSP-Erie to her arraignment at District Court 06-3-02. She was arraigned by D. J. ABATE and committed to Erie Co. Jail in lieu of $5,000.00 straight bail. She was then transported to Erie Co. Jail.

I was accompanied by Tpr. ANGELO.

| 6. OFFICER'S NAME/SIGNATURE/BADGE/NO. Tpr. Linda M. MARTON/8400 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. 5850 | 9. ☑ CONCUR   ☐ NONCONCUR | 10. PAGE 04 |
|---|---|---|---|---|

STATION

ATTACHMENT: 4 - 12

| SP 7-0051 (3-96) | | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | | INCIDENT NO. E01-1097681 |
|---|---|---|---|---|---|
| **PENNSYLVANIA STATE POLICE** CONTINUATION SHEET ☐ SUPPLEMENTAL INVESTIGATION REPORT ☒ | | ☒ INCIDENT ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR          D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD   ☐ OTHER | | C ☐ EXTRADITION DENIED     N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION PAPSP2500/ERIE | 2. DATE OF REPORT 08/14/04 |
|---|---|

| 3. OFFENSE                    THEFT BY DECEPTION | 4. VICTIM                        Econo Lodge |
|---|---|

5. NARRATIVE

    On 08/13/04 at 1100hrs, the preliminary hearing for SHURNEY took place at District Justice James J. DWYER'S office, District No. 06-3-05. District Justice DWYER dismissed both charges; theft by deception and access device fraud. DWYER dismissed the charges because of the States inability to prove that SHURNEY was the one that made the reservation for the room and there was no evidence to link SHURNEY with the stolen credit card, other than the fact that she was the one who signed for the room that was reserved with the stolen credit card.

    It is the recommendation of this Trooper that this case remain open pending further investigation.

| 6. OFFICER'S NAME/SIGNATURE Tpr. Sean T. PIERCE | BADGE NO. 8961 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 05 |
|---|---|---|---|---|---|

STATION

ATTACHMENT: ___

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT 07/03/04 SAT | INCIDENT NO. E01-1097681 |
|---|---|---|---|
| **PENNSYLVANIA STATE POLICE** CONTINUATION SHEET ☐ SUPPLEMENTAL INVESTIGATION REPORT ☒ | ☒ INCIDENT ☐ OTHER | TIME(S) OF INCIDENT 1357HRS | JUVENILE ☐  DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR          D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT  ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD   ☐ OTHER | | C ☐ EXTRADITION DENIED      N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION      PAPSP2500/ERIE | 2. DATE OF REPORT  10/10/04 |
|---|---|

| 3. OFFENSE      Theft by Deception, Access Device Fraud | 4. VICTIM      Econo Lodge |
|---|---|

5. NARRATIVE

On 10/04/04 at approx. 0030hrs, I spoke with Officer John HURLEY of the Streetsboro, OH, Police Department, 330-626-5282, who was heading up the investigation on the on the stolen credit card that was used to reserve the hotel room at the Econo Lodge. Officer HURLEY related to me that he was unable to gain any leads to the stolen credit card after the arrest of Tanielle SHURNEY. Officer HURLEY then related that he had made not arrest in regards to the stolen credit card and he has closed his investigation.

It is the recommendation of the TROOPER that this case be terminated do to a lack of investigative leads.

| 6. OFFICER'S NAME/SIGNATURE  Tpr. Sean T. PIERCE | BADGE NO. 8961 | 7. INVEST. RECM. ☐ CONT. ☒ TERM. | 8. SUPV INIT./BADGE NO. | 9. ☒ CONCUR ☐ NONCONCUR | 10. PAGE 06 |
|---|---|---|---|---|---|
| | | STATION | | | |

ATTACHMENT: _____

PAGE 6 OF 12

SP 7-0019 (9-99)

PENNSYLVANIA STATE POLICE
# RIGHTS WARNING AND WAIVER

INCIDENT NO. _E01- 1097681_

TIME _1500 Hrs_ DATE _07/03/04_. PLACE _ERIE BARRACKS_

My name is _TPR. SEAN T. PIERCE_ of the Pennsylvania State Police.
(OFFICER'S NAME)

You have an absolute right to remain silent and anything you say can and will be used against you in a court of law. You also have the right to talk to an attorney before and have an attorney present with you during questioning. If you cannot afford to hire an attorney, one will be appointed to represent you without charge before questioning, if you so desire. If you do decide to answer questions, you may stop any time you wish and you cannot be forced to continue.

## WAIVER

I fully understand the statement warning me of my rights and I am willing to answer questions. I do not want an attorney, and I understand that I may stop answering questions any time during the questioning. No promises have been made to me, nor have I been threatened in any manner.

_Danielle Soury_
SIGNATURE

WITNESS(ES)

_Tpr. Carrie A. Bailey_

SIGNATURE OF WITNESS(ES)

_Pierce_
SIGNATURE OF OFFICER

ATTACHMENT: _8_

PAGE: _7_ OF: _12_

## ACKNOWLEDGEMENT OF RECEIPT OF AND CONSENT TO RELEASE INFORMATION

I acknowledge that I have received a copy of the Victim/Witness Assistance Guide concerning information on the basic services available for victims of crime. My name and telephone number may be provided to the appropriate agency listed on page 5.

_____
Signature

8050 PEACH ST ERIE PA 16509   814-866-5544
Address                              Telephone No.

07 / 07 / 04
Date

E01-1097681
Incident No.

SP 1-518 (11-2003)

**PENNSYLVANIA STATE POLICE**
## PUBLIC INFORMATION RELEASE REPORT

| 1. STATION | 2. INCIDENT NO. |
|---|---|
| ERIE | E01-1097681 |

3. INVESTIGATING OFFICER
Tpr. Sean T. PIERCE

| 4. NATURE OF INCIDENT | 5. DATE/TIME OF INCIDENT |
|---|---|
| THEFT BY DECEPTION | 07/03/04  1357HRS |

6. LOCATION
Econo Lodge
Summit Twp. Erie Co.

7. PERSON(S) INVOLVED
VICTIM:  Econo Lodge
Summit Twp. Erie Co.

ACTOR:  Tanielle SHURNEY-B/N/F 32YRS
12626 Brackland Up
Cleveland, OH 44108

8. INCIDENT DETAILS

On the above date and time, SHURNEY attempted to obtain a room at the Econo Lodge using a stolen credit card.  SHURNEY was placed under arrest and arraigned in front of District Justice ABATE, and was committed to Erie Co. Prison in lieu of $5000.00 straight bail.

ATTACHMENT: 8

PAGE: 9 OF: 12

SP 7-0100 (1-97)




# PENNSYLVANIA STATE POLICE
## INVESTIGATIVE REPORT TRANSMITTAL SHEET

DATE SENT: _07/09/04_

TO: _STREETSBORO (OHIO)_
_POLICE DEPARTMENT_

_ATTN: OFFICER HURLEY_
_(330) 626-5282_ 

RE: _TANIELLE L. SHORNEY_
CHARGE: _THEFT BY DECEPTION_

INCIDENT NUMBER: _E01-1097681_
TROOP/STATION: _TROOP E - ERIE_
ADDRESS: _4320 IROQUOIS AVE_
_ERIE, PA 16511_

TELEPHONE NUMBER: _814-898-1641_
INVESTIGATOR: _TPR. SEAN T. PIERCE_

REMARKS:_____

YOU SHOULD RECEIVE _____ PAGES, INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL THE TELEPHONE NUMBER LISTED ABOVE.

CONFIDENTIALITY NOTE: The documents attached to this transmittal sheet contain information that is confidential and privileged and is intended only for the use of the addressee designated above. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of the attached documents is strictly prohibited. If you receive these documents in error, please notify the Pennsylvania State Police at the telephone number listed above and return all documents to our office by mail.

ATTACHMENT: _8_

PAGE: _10_ OF: _12_

# POLICE
# CRIMINAL COMPLAINT

| COMMONWEALTH OF PENNSYLVANIA | |
|---|---|
| COUNTY OF: | ERIE |

Magisterial District Number: 06-3-05
District Justice Name: Hon. James J. DWYER
Address: 8900 Old French Rd
Erie, PA 16509

Telephone:

| Docket No: | |
|---|---|
| Date Filed: | |
| OTN: | L199405-3 |

## COMMONWEALTH OF PENNSYLVANIA
## VS.
## DEFENDANT:

Tanielle L SHURNEY
12626 Brackland Up
Cleveland, OH 44108

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D. O. B. | Defendant's Social Security Number | Defendant's SID (State Identification Number) |
|---|---|---|---|---|
| White ☑  Black  Asian  Native American  Hispanic  Unknown | Female ☑  Male | 04/12/1972 | 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 | |

| Defendant's A.K.A (also known as) | Defendant's Vehicle Information | | | Defendant's Driver's License Number |
|---|---|---|---|---|
| | Plate Number | State | Registration Sticker (MM/YY) | State OH  RP839298 |

| Complaint/Incident Number | LiveScan Tracking Number | Complaint/Incident Number if other Participants | UCR/NIBRS Code |
|---|---|---|---|
| E01-1097681 | | | |

Office of the Attorney for the Commonwealth ☐ Approved ☐ Disapproved because:_____
(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crim.P.507.)

_____  _____  _____
(Name of Attorney for Commonwealth)  (Signature of Attorney for Commonwealth)  (Date)

I, TPR. SEAN PIERCE  08961/00543369
(Name of Affiant)  (Officer Badge Number/I.D.)

of the Pennsylvania State Police,  Troop E - Erie Station    2500    E01-1097681
(Agency Represented)    (Police Agency or ORI Number)    (Originating Agency Case Number (OCA))

do hereby state: (check appropriate box)

1 .    ☑  I accuse the above named defendant who lives at the address set forth above

☐  I accuse the defendant whose name is unknown to me but who is described as

☐  I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at
8050 Peach St. Erie, PA 16509 Summit Twp.
(Place-Political Subdivision)

in    ERIE County on or about 07/03/04 at 1357hrs

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)
Tanielle L SHURNEY

☑    Lab user fee applies

AOPC-412SPA (7/3/2003)



# POLICE
# CRIMINAL COMPLAINT

| Defendant's Name: | Tanielle L SHURNEY |
|---|---|
| Docket Number: | |

2. The acts committed by the accused were:

CC 3922(a)(1) Theft by Deception, M1,

IN THAT, on or about said date, THE DEFENDANT intentionally obtained or withheld property, namely, deprived the hotel of $198.79 for cost of room, belonging to Econo Lodge, by creating or reinforcing a false impression, namely using a stolen credit card to cover the purchase price of the hotel room, in violation of Section 3922(a)(1) of the PA Crimes Code.

CC 4106(a)(1)(ii) Access Device Fraud, M1,

IN THAT, or about said date, THE DEFENDANT did use an access device to obtain or attempt to obtain accommodations at the Econo Lodge located at 8050 Peach St. Erie, PA 16509, with knowledge that the access device was issued to another person, namely, Tonya Y TRAYLOR of 10039 Delores, Streetsboro OH , who did not authorize its use, in violation of Section 4106(a)(1)(ii) of the PA Crimes Code.

## AFFIDAVIT OF PROBABLE CAUSE
The accused did try to use a stolen credit card, MasterCard account# 5449270911030937 to gain accommodations at the Econo Lodge located at 8050 Peach St Erie, PA 16509. The accused then went to the Econo Lodge on 07/03/04, and signed for the room under the name SHURNEY, Tanielle attempting to pay for the room by using a credit card that did not belong to her.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| | Section(SubSection) | | (PA Statute) | (counts) | (grade) |
|---|---|---|---|---|---|
| 1. | 3922(a)(1) | of the | Title 18, PA Crimes Code | 1 | M1 |
| 2. | 4106(a)(1)(ii) | of the | Title 18, PA Crimes Code | 1 | M1 |
| 3. | ____ | of the | ____ | ____ | ____ |
| 4. | ____ | of the | ____ | ____ | ____ |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)**

4. I verify that the facts set forth in the complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.§4904) relating to unsworn falsification to authorities.

July 3, 2004 , _____
(Date)                              (Signature of Affiant)

AND NOW, on this date, _____, _____ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

# SEAL

_____          _____
(Magisterial District)                        (Issuing Authority)

AOPC-412SPB (7/3/2003)

ATTACHMENT: 8

PAGE: 12 OF 12

-03-2005  01:49    FROM-STREETSBORO POLICE                +330-626-5239    T-423  P 001   F-412



**STREETSBORO POLICE DEPARTMENT**
2080 State Route 303
Streetsboro, OH  44241

Phone: 330-626-4976

FAX Number: 330-626-5239

TO:   ORGANIZATION: PA State Police

NAME: Corporal Normandy

VOICE PHONE: (814) 898 - 1641

SEND TO FAX: (814) 871 - 4782

[ ]  PRIORITY TRANSMISSION

FROM:   NAME: Ptl Hurley

VOICE PHONE: (330) 626 - 4978

PAGE(S) TO FOLLOW: 15

MESSAGE: GIVE TO CPL AMES.

_____

_____

_____

_____

_____

RETURN NOTIFICATION:        [ ]  REGULAR

                            [ ]  ASAP

                            [ ]  IMMEDIATE

ATTACHMENT: 9

PAGE: 1 OF: 16

FEB 03 '05 07:24 PR    TO 918146638053    P.02
02-03-2005  01:49    FROM-STREETSBORO POLICE    +330-626-5239    T-423  P.002  F-412

# Streetsboro Police Department
*Uniform Incident / Offense Report*

Incident Number
**04-02502**

| In Progress | Method Received | Time Received | Time Dispatched | Time Arrived | Time Cleared |
|---|---|---|---|---|---|
| NO | IN PERSON | 2033 | 2040 | 2050 | 2116 |

| Report Date / Time | | Incident Occurred From | | Incident Occured To | |
|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time |
| 06/30/2004 | 2050 | 06/29/2004 | 0000 | 06/29/2004 | 0000 |

Location of the Incident (Street #, Street, Apt. #, City, State, Zip)    Zone

10039 DELORES  STREETSBORO OH 44241 -    S

| Persons: | TONYA Y TRAYLOR - VIC | Property: CREDIT CARD CHARGES |
| Involved: | TANIELLE L SHURNEY - SUS | 1 |
| 4 | TRACY SMITH - SUS | Amount: |
|  | LISA CHAMPMAN - SUS | $0.00 |

| | Units: | Officers: | | Officers: |
|---|---|---|---|---|
| 1st: | | PTL JON HURLEY M | | |
| 2nd: | | PTL TROY BEAVER W | | |
| 3rd: | | | | |
| 4th: | | | | |
| 5th: | | | | |
| Report: | 538 | PTL JON HURLEY M | Photos: 0    Arrests: 0 | |

### OFFENSES

| Codes: | Descriptions: |
|---|---|
| 2699 | FRAUD (FREE TEXT) |

| Weapons Used: | Trade Marks: | Hate Bias: |
|---|---|---|
| NO WEAPON USED | | NO |

| Entry: | Location Type: |
|---|---|
| | Apartment Building |

| Refer to Arrest: | Incident #: | Tow#: | Dispatcher: 593 | Officer in Charge: 509 | Entry Id: 593 |
|---|---|---|---|---|---|

Case Status: **Refer To Other Agency**    Cleared Date: 07/17/2004    Cleared By: 507

| Narrative: | 04-02502 | Page: | 1 |
|---|---|---|---|

The victim came to the Streetsboro Police Department to report someone using her bank/credit card.
The victim filled out a statement. Officers took the report and will begin the follow up on any leads and suspects.

| Reviewing Supervisor: | Bureau Supervisor: | Officer: |
|---|---|---|

ATTACHMENT    9

FEB 03 '05 00:44

02-03-2005  01:50    FROM-STREETSBORO POLICE                +330-626-5239              T-423   P.003   F-412

# Streetsboro Police Department

*Persons Involved with Incident*                                   Page #      1                          **04-02502**

---

| Incident #: | Master Number: | Relation: | | | | Arrest #: | Date of Contact: |
|---|---|---|---|---|---|---|---|
| 0402502 | 001 | VICTIM | | | | | 06/30/2004 |

| Last Name: | First Name: | Mi: | Til: | DOB: | SSN: |
|---|---|---|---|---|---|
| TRAYLOR | TONYA | Y | | 07/21/1967 | 279721113 |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Phone: | Employee Phone: |
|---|---|---|---|---|---|---|---|
| 10039 | DELORES | | STREETSBORO | OH | 44241 | 330-422-0141 | |

| Hgt: | Wgt: | Hair: | Eyes: | Race: | Sex: | Physical Marks: |
|---|---|---|---|---|---|---|
| 503 | 160 | BLK | BRO | B | F | |

Offenses:    2699       FRAUD (FREE TEXT)

Resident Class:        Suspected of using:          /                    /            Victim Type: Individual

---

| Incident #: | Master Number: | Relation: | | | | Arrest #: | Date of Contact: |
|---|---|---|---|---|---|---|---|
| 0402502 | 002 | SUSPECT | | | | | / / |

| Last Name: | First Name: | Mi: | Til: | DOB: | SSN: |
|---|---|---|---|---|---|
| SHURNEY | TANIELLE | L | | 04/12/1972 | 277726839 |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Phone: | Employee Phone: |
|---|---|---|---|---|---|---|---|
| 12626 | BRACKLAND UP | | CLEVELAND | OH | 44108 | 216-323-6004 | |

| Hgt: | Wgt: | Hair: | Eyes: | Race: | Sex: | Physical Marks: |
|---|---|---|---|---|---|---|
| | | | | B | F | |

Offenses:    2699'       FRAUD (FREE TEXT)

Resident Class:        Suspected of using:          /                    /            Victim Type:

---

| Incident #: | Master Number: | Relation: | | | | Arrest #: | Date of Contact: |
|---|---|---|---|---|---|---|---|
| 0402502 | 003 | SUSPECT | | | | | 06/30/2004 |

| Last Name: | First Name: | Mi: | Til: | DOB: | SSN: |
|---|---|---|---|---|---|
| SMITH | TRACY | | | / / | |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Phone: | Employee Phone: |
|---|---|---|---|---|---|---|---|
| 2117 | EAST 7TH ST | | CLEVELAND | OH | 44106 | | |

| Hgt: | Wgt: | Hair: | Eyes: | Race: | Sex: | Physical Marks: |
|---|---|---|---|---|---|---|
| | | | | | | |

Offenses:    2699       FRAUD (FREE TEXT)

Resident Class:        Suspected of using:          /                    /            Victim Type:

---

Reviewing Supervisor:          Bureau Supervisor:          Officer:

ATTACHMENT:   9
3  of  16

02-03-2005   01:50    FROM-STREETSBORO POLICE                    +330-626-5238          T-423   P.004/016   F-412

# Streetsboro Police Department

*Persons Involved with Incident*                                    Page #      2                **04-02502**

---

| Incident #: | Master Number: | Relation: | | | Arrest #: | Date of Contact: |
|---|---|---|---|---|---|---|
| 0402502 | 004 | SUSPECT | | | | / / |

| Last Name: | First Name: | Mi: | Til: | DOB: | SSN: |
|---|---|---|---|---|---|
| CHAMPMAN | LISA | | | / / | |

| Street #: | Street Name: | Apt: | City: | St: | Zip: | Phone: | Employee Phone: |
|---|---|---|---|---|---|---|---|
| 13411 | 6TH AVE | | CLEVELAND | OH | 44112 | 216-421-6050 | |

Hgt:    Wgt:    Hair:    Eyes:    Race:    Sex:    Physical Marks:

Offenses:    2699       FRAUD (FREE TEXT)

Resident Class:    Suspected of using:                          Victim Type:
                              /                    /

---

Reviewing Supervisor: _____    Bureau Supervisor: _____    Officer: _____

ATTACHMENT: ___

FEB 03 '05 00:45

02-03-2005  01:50    FROM-STREETSBORO POLICE    +330-626-5239    T-423  P.005/016  F-412

# Streetsboro Police Department

*Property Involved with Incident*

*04-02502*

| Item #: | Item | | | Property Tag # | |
|---|---|---|---|---|---|
| 001 | CREDIT CARD CHARGES | | | | |

Make:          Model:          Serial #:          Quanity:    Unit Messure:
                                                              4.00

Value:        Owner Applied Number:        Type:          UCR Property Code:          NCIC#
    416.70                                Counterfeited/for

Notes:

Reviewing Supervisor:          Bureau Supervisor:          Officer:

ATTACHMENT 9

FEB 03 '05 00:45

02-03-2005  01:50    FROM-STREETSBORO POLICE    +330-626-5239    T-423  P.006/016  F-412

# Streetsboro Police Department

**Incident Number**

**04-02502**

Investigative Report  001  Title / Subject: credit card fraud    Page #:    1

On June 30,2004 Tonya Traylor came to the Streetsboro Police Department to report someone using her bank/credit card without her permission.

Traylor stated she checked her Key Bank account, master card( 5449270911030937), on June 30,2004 and noticed it was overdrawn. When she checked the account, there were charges that she did not make. The first charge was on 06/25/04 to Splash Lagoon Resort in Erie P.A. The amount was for $198.79. Traylor called the costumer service number, (814) 217-1111. They stated they are researching their records and they will contact Traylor when they have more information. The second charge was on 06/26/04 to Adelphia Oh. The amount was for $40.00. Traylor called the costumer service number, (888) 683-1000. They told Traylor to go to an Adelphia office to find out what account the charge was posted to. At this point, Traylor called a Key Bank representative at 1-800-key-2-you. The representative advised Traylor to file a fraud report at a Key Bank. While Traylor was at the bank she noticed two more charges on her account. The first charge was on 06/28/04 to Direct Marketing cosmetic. The amount was for $4.95. Traylor called the costumer service number, 888-415-4308. They reversed the charges and told Traylor that a Lisa Champman made the purchase. The second charge was on 06/29/04 to Direct Marketing Brylane Home. The amount was for $172.96. Traylor called the costumer service number, 800-528-5156. They stated Lisa Champman made the purchase through Lane Bryant. com. They stated Champman used a 44112 zip code.

Traylor stated she cancelled her card, 5449270911030937, on 06/30/04. Traylor will also be closing her bank account on 07/01/04.

On July 2,2004, Traylor called me to say Direct Marketing Brylane Home was going to reverse the charges. She also stated she was able to get in contact with a Patty Purchase, the reservation manager at Splash Lagoon, 8041 Peach St. Erie P.A. 16509. Purchase gave Traylor a phone number, (814) 868-9568, and told her to have the police call that number. I called Purchase at that number on July 2, 2004. Purchase is the manager for Splash Lagoon which is a part of Scott Enterprise. She stated that there was a reservation for 07/03/04 at the Econo Lodge, 8050 Peach St. Erie P.A. 16509, under the name of Tanielle Shurney. The Econo Lodge is also a part of Scott Enterprise. The reservation was made with Traylor's account number. She stated check in time was between 12pm and 4pm. I asked her to notify the State Police when Shurney came to check in. I called the State Police, (814) 898-1641, and spoke to Trooper Angelo. I advised him that a representative from Scott Enterprise might call him about a suspect checking into the Econo Lodge and if he could go and identify the suspect

On July 3,2004 at approximatley 2pm, I spoke with Trooper Gilson of The Penn. State Police. He stated the suspect was at the Econo Lodge. He needed the information on the victim, Tonya Traylor, sent to him. I had dispatch send a tele-type containing her information. On July 3,2004 at approximately 4pm., I spoke with Trooper Pirce of The Penn. State Police. He stated they had the suspect, Tanielle Shurney, in custody and were charging her with fraud and theft by deception. He also stated Shurney told the police that a friend, Tracy Smith, made the reservation. Trooper Pirce is going to fax their report to me with all their information. I received a copy of the Penn. State Police report on July 9, 2004, ( see attached report ). I spoke with Traylor and asked her if she knew a Tanielle Shurney. Traylor stated she did not know anyone by that name. Traylor did not know anyone by the name of Tracy Smith or Lisa Champman either. No further action taken.

By:  PTL JON M. HURLEY    Badge#  538    Date: 06/30/2004    Time: 2050 ATTACHMENT:    9

Reviewing Supervisor:_____    Date: _____

PAGE: 6 OF 16

# Streetsboro Police Department

**Incident Number**

Investigative Report  002   Title / Subject: fraud                    Page #:   1          *04-02502*

On 2/2/2005, Corporal Normandy from the Erie PA State Police spoke with me over the phone. The conversation was in regaurd to this report. He stated that Trooper Pierce was being investigated for the arrest of the suspect that went to the hotel to check in under the reservation. I am faxing a copy of this report to Corporal Normandy, at (814) 871-4782, on 2/2/2005.

---

By:  PTL JON M. HURLEY          Badge#  538      Date: 02/02/2005      Time: 2253  ATTACHMENT:  9

Reviewing Supervisor: _____          Date: _____          PAGE: 7   OF 16

02-03-2005  01:51    FROM-STREETSBORO POLICE    +330-626-5239    T-423  P.008/016  F-412

## STREETSBORO POLICE DEPARTMENT
### STREETSBORO, OH 44241

| CR 0402502 | STATEMENT | INCIDENT Credit Card Fraud |

On 6/30/04 I checked my Key Bank acct on line as I do on most days. My acct was overdrawn & when I looked at the details there were to charges to my acct whom I did not make. The charges were:

1) Splash Lagoon Resort Erie PA $ 198.79
   Phone number 814.217.1111 - They are researching their records & will call me back

2) Adelphia OH $ 40.00
   Phone number 888-683-1000 - told me to go to an office & find out what acct it was posted to.

I went to the bank to file a fraud report after speaking with a customer rep for key 1800-key-2-you. While at the bank, my account showed two additional charges which had not yet been posted to my acct. They are as follows:

3) Direct Marketing - Cosmetique $ 4.95
   Phone number 888-415-4308
   They reversed the charge on my acct & told me a Lisa Champman made the purchase. I do not know who she is.

4) Direct Marketing - Brylane Home $ 172.96
   Phone number 800-528-5156.
   I was told again that Lisa Champman made the purchase through LaneBryant.com & her zip →

| STATEMENT MADE BY—NAME Tonya Traylor | DATE OF BIRTH 7.21.1967 | SSN 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 |
| ADDRESS 10039 Delores Dr Apt B | CITY Streetsboro | STATE OH | PHONE NUMBER 330.422.0141 |
| WITNESSED BY | UNIT 5150 | DATE 6/30/04 | PAGE 1 |

ATTACHMENT: 9

PAGE: 8 OF: 16

02-03-2005    01:52    FROM-STREETSBORO POLICE                    +330-626-5239          T-423    P.011/016    F-412

TXT: MESSAGE ROUTER
STRPD0002 00009 AT 14:23    07/03/2004
MRI-353143

TXT: AGY/STREETSBORO POLICE DEPT
AGY/PA STATE POLICE
INT/XMS
DAT/20040703
TIM/0703
ATTN: TROOPER PIRCE

REGARDING THEFT OF CREDIT CARD REPORT TAKEN BY OFFICER J HURLEY
VICTIM IS TONYA Y TRAYLOR  DOB/072167  SOC/279721113 ADDRESS IS 10039 DELORES
STREETSBORO OH  330 422 0141 OUR REPORT NUMBER IS 0402002  THANKS

MRI: 353143 SENT TO:PAPSP2SD0,OH0671200
IN: OH0671200 #28 AT 03JUL2004 14:23:32
OUT: OH0671200 #589 AT 03JUL2004 14:23:32

0410362

ATTACHMENT: 9
PAGE 11 OF 16

02-03-2005  01:52    FROM-STREETSBORO POLICE                    +330-626-5239        T-423  P.013/016  F-412

SP 7-005N (12-94)

| PENNSYLVANIA STATE POLICE **INCIDENT REPORT** | ☒ INITIAL ☐ CONTINUATION ☐ SUPPLEMENTAL | 07/03/04 SAT | E01-1097681 |
|---|---|---|---|
| | | TIME(S) OF INCIDENT **1357HRS** | JUVENILE ☐  DOMESTIC VIOLENCE ☐ |

**ATTACHMENTS:**  ☐ MISSING PERSON CHECKLIST  |  DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE

☐ FELONY CRIMES AGAINST THE PERSON  ☐ STATEMENT (SWORN)  A ☐ DEATH OF ACTOR   B ☐ VICTIM REFUSED TO COOPERATE

☒ VICTIM/WITNESS ASSISTANCE SUBC RECEIPT  ☒ RIGHTS WARNING AND WAIVER  B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY

☐ PROPERTY RECORD  ☐ OTHER   C ☐ EXTRADITION DENIED   N ☒ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP

| 1. ORISTATION PAPSP2500/ERIE | 2. LOCATION Econo Lodge 8050 Peach St. | | ZONE 07 |
|---|---|---|---|
| 3. CITY/MUN/BORO Summit Twp. | | CODE 216 | 4. COUNTY ERIE  CODE 25 |

| 5. VICTIM NO. 1  NAME: Econo Lodge | ADDRESS 8050 Peach St. Erie, PA 16509 | HOME PHONE 814-866-5544 |
|---|---|---|
| 6. EMPLOYER NAME | ADDRESS | WORK PHONE |

| 7. RACE/ETH. / | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. R | 12. REL TO OFFENDER(S) ST | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. 01 | 16. TYPE VICT. B | 17. OFF. REL. Q1 |
|---|---|---|---|---|---|---|---|---|---|---|

| 5. VICTIM NO. 2  NAME | ADDRESS | HOME PHONE |
|---|---|---|
| 6. EMPLOYER NAME | ADDRESS | WORK PHONE |

| 7. RACE/ETH. / | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|

18. OFFENSE

| ___ SIMPLE ASSAULT | ___ CRIMINAL MISCHIEF | ___ TERRORISTIC THREATS | ___ THEFT BY UNLAWFUL TAKING OR DISPOSITION |
|---|---|---|---|
| ___ BURGLARY | ___ MISSING PERSON | ___ HARASSMENT | ___ CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT |
| ___ ESCAPE | ___ AGGRAVATED ASSAULT | ___ ARSON BY RELATED OFFENSES | ___ HARASSMENT BY COMMUNICATION OR ADDRESS |

01 OTHER **THEFT BY DECEPTION**, 02 ACCESS DEVICE FRAUD

| 19. NO. | 20. SERIES | 21. SECTION NO. | 22. UCR | 23. MATERIAS | 24. OFF. USED | 25. OFF. LOC | 26. ETY. METH. | ISO. | 27. ACTY. TYPE | 28. W/TRAFC | ▲ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | CC | 3922 | 110 | 88 | N | 14 | | | P | | |
| 02 | CC | 4106 | 110 | 66 | N | 14 | | | P | | |

| 29. VEHICLE: ☐ STOLEN ☐ RECOVERED ☐ SUSPECT ☒ OTHER | | | | | | |
|---|---|---|---|---|---|---|
| 30. LIC DAA6438 | 31. LIS OH | 32. LIY 05 | 33. LIT PC | 34. VIN 1MEFM53S4XG515112 | 35. VYR 1998 | 36. VMA MERCURY |
| 37. VMO SDN | 38. VST | 39. VCO | 40. VOT | 41. VIS | | 42. MILEAGE |

| 43. NO. | 44. PROPERTY DESCRIPTION | 45. PRO. DESC. | 46. TYPE LOSS | 47. QTY. | 48. VALUE | 49. DATE REC. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 50. | | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|
| | INCIDENT PROMPTLY REPORTED BY VICTIM | ☒ | ☐ | NEIGHBORHOOD/AREA CANVASS | ☐ | ☒ |
| | CAN A SUSPECT BE NAMED | ☒ | ☐ | ANY WITNESSES LOCATED | ☒ | ☐ |
| | EVIDENCE AT SCENE TO LINK OFFENDER | ☒ | ☐ | OFFENDER INFORMATION AVAILABLE | ☒ | ☐ |
| | CAN A VEHICLE BE IDENTIFIED W/THE CRIME | ☐ | ☒ | IDENTIFIABLE/TRACEABLE PROPERTY | ☒ | ☐ |
| | SCENE PROCESSED FOR LATENT PRINTS | ☐ | ☒ | UNIQUE/UNUSUAL METHOD OF OPERATION | ☐ | ☒ |
| | LATENT PRINTS DISCOVERED | ☐ | ☒ | THOUGHT TO BE CONNECTED WITH KNOWN CRIME PATTERN | ☐ | ☒ |
| | SCENE CHECKED FOR WITNESSES | ☒ | ☐ | CLEAN/STATISTICAL NARCOTICS MESSAGE SENT | ☐ | ☒ |

| 51. DATE/TIME OFFICER ARRIVED 07/03/04 / 1358 | 52. DATE/TIME OFFICER DEPARTED 07/03/04 / 1630 | 53. DATE OF REPORT 07/05/04 | 54. PART ONE ONLY | 52. LOC NOTIFIED ☐ YES ☐ NO | 58. SUPV. UNIT /BADGE NO. |
|---|---|---|---|---|---|
| 57. OFFICER'S NAME/SIGNATURE Tpr Sean T. PIERCE | | BADGE NO. 8951 | 58. INVES. RSGN. ☒ CONT. ☐ TERM. | 59. ☐ CONCUR ☐ NONCONCUR | 60. PAGE 01 |

STATION

FEB 03  05 07:27 FR
02-03-2005   01:52    FROM-STREETSBORO POLICE              +330-626-5239         T-423  P.014/016  F-412
TO  918146638053     P.14

SP-74001 (12-7)
**PENNSYLVANIA STATE POLICE**

☑ INITIAL  ☑ CONTINUATION  ☐ SUPPLEMENTAL                    E01-1097681

## INCIDENT REPORT – PART II

| | TIME(S) OF INCIDENT | JUVENILE | DOMESTIC VIOLENCE |
|---|---|---|---|

**ATTACHMENTS:**

| | | DISP.: ☑ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED - DATE |
|---|---|---|
| ☐ MISSING PERSON CHECKLIST | | |
| ☐ FELONY CRIMES AGAINST THE PERSON  ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT  ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD  ☐ OTHER | C ☐ EXTRADITION DENIED | N ☑ NOT APPLICABLE  ☐ MULTIPLE CLEAR-UP |

| 61. CITATION | 62. DATE OF REPORT | 63. OFFENSE |
|---|---|---|
| PAPSP2500/ERIE | 07/06/04 | THEFT BY DECEPTION |

| 64. ☑ ACCUSED  ☐ SUSPECT | 65. OFFENDER NO. 1 | NAME | 66. ADDRESS |
|---|---|---|---|
| | | Tanielle L. SHURNEY | 12626 Brackland Up, Cleveland, OH 44108 |

| 67. HOME PHONE | 68. NICKNAME/ALIAS | 69. HEIGHT | 70. WEIGHT | 71. HAIR | 72. EYES | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|
| 216-323-6004 | | 504 | 190 | BLK | BRO | |

| 74. RACE/ETH. | 75. SEX | 76. DOB | 77. AGE | 78. RES. STAT. | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTHER/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| B / N | F | 04/12/72 | 32 | N | 110 | S | 07/03/04 | | | L199406-3 |

| 84. FINGERPRINTED ☑ YES ☐ NO | 85. PHOTOGRAPHED ☐ YES ☐ NO | 86. DISP. UNDER 18 | 87. VIC NO. REL 01 | 88. SSN 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 | 89. OLN RP639298 | STATE OH |
|---|---|---|---|---|---|---|

| 90. BIRTHPLACE | 91. EMPLOYER/SCHOOL | 92. MISC. NO. |
|---|---|---|
| OHIO | | |

| 64. ☐ ACCUSED  ☐ SUSPECT | 65. OFFENDER NO. 2 | NAME | 66. ADDRESS |
|---|---|---|---|
| | | | |

| 67. HOME PHONE | 68. NICKNAME/ALIAS | 69. HEIGHT | 70. WEIGHT | 71. HAIR | 72. EYES | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|
| | | | | | | |

| 74. RACE/ETH. | 75. SEX | 76. DOB | 77. AGE | 78. RES. STAT. | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTHER/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | | |

| 84. FINGERPRINTED ☐ YES ☐ NO | 85. PHOTOGRAPHED ☐ YES ☐ NO | 86. DISP. UNDER 18 | 87. VIC NO. REL | 88. SSN | 89. OLN | STATE |
|---|---|---|---|---|---|---|

| 90. BIRTHPLACE | 91. EMPLOYER/SCHOOL | 92. MISC. NO. |
|---|---|---|
| | | |

**93. NARRATIVE**

LATITUDE: 42 02:53.64      LONGITUDE: 80 04:47.83

   This crime occurred as the accused used a stolen credit card, MasterCard #5449270911030937, to reserve a room at the Econo Lodge, Central Reservation # 411293, for the days of 07/03/04-07/04/04 at an amount of $198.79.  The accused then arrived at the hotel at 1357hrs on 07/03/04 and signed for the room at the expense of using the stolen credit card, which belongs to a Tonya Y TRAYLOR of 10039 Delores, Streetsboro, OH 44241, and used said MasterCard without the authorization of TRAYLOR.

   PHYSICAL EVIDENCE:  Documents from Splash Lagoon Reservation Center with SHURNEY'S name and Account# of the stolen MasterCard.  Receipt signed by SHURNEY for acceptance of the room rate by payment by stolen MasterCard.

   On 07/03/04 at approx. 1400hrs, I interviewed in person, on scene, Guest Service Agent, Wendy Marie EMERY W/N/F-21YRS (10/14/1982), of 483 Washington St., Conneaut, OH 45030, 440-265-5290.  EMERY related to me that SHURNEY arrived at the Econo Lodge to stay in a room she had reserved for the dates of 07/03/04-07/04/04 under MasterCard Account# 5449270911030937.  EMERY related that SHURNEY signed for the room using that MasterCard Account#, but did not have the MasterCard on her person.  EMERY then related that she completed the transaction as normal, made a photo copy of SHURNEY'S driver's license and receipt of payment that was signed by SHURNEY.

   On 07/03/04 at 1421hrs, SHURNEY was placed under arrest and transported back to PSP Barracks Erie for processing.

   On 07/03/04 at 1500hrs SHURNEY was read her Miranda Rights and she waived her rights.

(MORE)

| 94. OFFICER'S NAME/SIGNATURE | BADGE NO. | 95. INVES. RECM. | 96. SUPV. INIT/BADGE NO. | 97. ☐ CONCUR ☐ NONCONCUR | 98. PAGE |
|---|---|---|---|---|---|
| Tpr Sean T. PIERCE | 8961 | ☑ CONT. ☐ TERM. | STATION | | 02 |

FEB 03 '05 07:27 FR    TO 918146638653    P.16

02-03-2005   01:53    FROM-STREETSBORO POLICE    +330-626-5239    T-423   P.016/016   F-412

| PENNSYLVANIA STATE POLICE | ☒ INCIDENT | 07/03/04 / Saturday | | E01-109/881 |
|---|---|---|---|---|
| CONTINUATION SHEET ☐ | | TIME(S) OF INCIDENT | JUVENILE | DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT ☒ | ☐ OTHER | 1357 hours | ☐ | ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD  ☐ OTHER | | C ☐ EXTRADITION DENIED    N ☒ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORIGINATION | 2. DATE OF REPORT |
|---|---|
| PAPSP2500/ERIE | 7/3/04 |

| 3. OFFENSE | 4. VICTIM |
|---|---|

**5. NARRATIVE**

On 07/03/04 I was assigned to transport Tanielle L. SHURNEY from PSP-Erie to her arraignment at District Court 06-3-02.  She was arraigned by D. J. ABATE and committed to Erie Co. Jail in lieu of $5,000.00 straight bail.  She was then transported to Erie Co. Jail.

I was accompanied by Tpr. ANGELO.

| 6. OFFICER'S NAME/SIGNATURE/BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT/BADGE NO. | 9. ☐ CONCUR | 10. PAGE |
|---|---|---|---|---|
| Tpr. Linda M. MARTON/8600 | ☒ CONT. ☐ TERM. | | ☐ NONCONCUR | 24 |

STATION

SP 7-0050 (12-94)

**PENNSYLVANIA STATE POLICE**

**INCIDENT REPORT**

REPORT TYPE: ☒ INITIAL ☐ CONTINUATION ☐ SUPPLEMENTAL

DATE(S)/DAY(S) OF INCIDENT 07/03/04 SAT

TIME(S) OF INCIDENT 1357HRS

JUVENILE ☐

DOMESTIC VIOLENCE ☐

INCIDENT NO. E01-1097681

ATTACHMENTS:
- ☐ MISSING PERSON CHECKLIST
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ STATEMENT FORM(S)
- ☒ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☒ RIGHTS WARNING AND WAIVER
- ☐ PROPERTY RECORD ☐ OTHER

DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE

A ☐ DEATH OF ACTOR       D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED  E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED    N ☒ NOT APPLICABLE       ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION | 2. LOCATION | | ZONE |
|---|---|---|---|
| PAPSP2500/ERIE | Econo Lodge 8050 Peach St. | | 07 |

| 3. CITY/TWP/BORO | | CODE | 4. COUNTY | CODE |
|---|---|---|---|---|
| Summit Twp. | | 216 | ERIE | 25 |

| 5. VICTIM NO. 1 | NAME | ADDRESS | HOME PHONE |
|---|---|---|---|
| | Econo Lodge | 8050 Peach St. Erie, PA 16509 | 814-866-5544 |

| 6. EMPLOYER NAME | ADDRESS | WORK PHONE |
|---|---|---|
| | | |

| 7. RACE/ETHY. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | R | ST | | | 01 | B | 01 |

| 5. VICTIM NO. 2 | NAME | ADDRESS | HOME PHONE |
|---|---|---|---|
| | | | |

| 6. EMPLOYER NAME | ADDRESS | WORK PHONE |
|---|---|---|
| | | |

| 7. RACE/ETHY. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | | |

18. OFFENSE

__ SIMPLE ASSAULT     __ CRIMINAL MISCHIEF    __ TERRORISTIC THREATS      __ THEFT BY UNLAWFUL TAKING OR DISPOSITION
__ BURGLARY           __ MISSING PERSON       __ HARASSMENT               __ CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT
__ ESCAPE             __ AGGRAVATED ASSAULT   __ ARSON BY RELATED OFFENSES __ HARASSMENT BY COMMUNICATION OR ADDRESS

01 OTHER **THEFT BY DECEPTION, 02 ACCESS DEVICE FRAUD**

| 19. NO. | 20. STATUTE | 21. SECTION NO. | 22. UCR | 23. HATE/BIAS | 24. OFF. USED | 25. OFF. LOC | 26. ETY. METH. | NO. | 27. ACTY. TYPE | 28. WPN/FC | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | CC | 3922 | 110 | 88 | N | 14 | | | P | | |
| 02 | CC | 4106 | 110 | 88 | N | 14 | | | P | | |

29. VEHICLE: ☐ STOLEN ☐ RECOVERED ☐ SUSPECT ☒ OTHER

| 30. LIC | 31. LIS | 32. LIY | 33. LIT | 34. VIN | 35. VYR | 36. VMA |
|---|---|---|---|---|---|---|
| DAA8438 | OH | 05 | PC | 1MEFM53S4XG615112 | 1999 | MERCURY |

| 37. VMO | 38. VST | 39. VCO | 40. DOT | 41. MIS | 42. MILEAGE |
|---|---|---|---|---|---|
| | SDN | | | | |

| 43. NO. | 44. PROPERTY DESCRIPTION | 45. PRD. DESC. | 46. TYPE LOSS | 47. QTY. | 48. VALUE | 49. DATE REC. |
|---|---|---|---|---|---|---|
| 01 | HOTEL ROOM FEE | 77 | 07 | 1 | $198.79 | |
| | TOTAL STOLEN | | | | $198.79 | |
| 01 | HOTEL ROOM FEE | 77 | 05 | 1 | $198.79 | 07/03/04 |
| | TOTAL RECOVERED | | | | 198.79 | |
| | | | | | | |

| 50. | | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|
| | INCIDENT PROMPTLY REPORTED BY VICTIM | ☒ | ☐ | NEIGHBORHOOD/AREA CANVASS | ☐ | ☒ |
| | CAN A SUSPECT BE NAMED | ☒ | ☐ | ANY WITNESSES LOCATED | ☒ | ☐ |
| | EVIDENCE AT SCENE TO LINK OFFENDER | ☒ | ☐ | OFFENDER INFORMATION AVAILABLE | ☒ | ☐ |
| | CAN A VEHICLE BE IDENTIFIED WITH CRIME | ☐ | ☒ | IDENTIFIABLE/TRACEABLE PROPERTY | ☒ | ☐ |
| | SCENE PROCESSED FOR LATENT PRINTS | ☐ | ☒ | UNIQUE/UNUSUAL METHOD OF OPERATION | ☐ | ☒ |
| | LATENT PRINTS DISCOVERED | ☐ | ☒ | THOUGHT TO BE CONNECTED WITH KNOWN CRIME PATTERN | ☐ | ☒ |
| | SCENE CHECKED FOR WITNESSES | ☒ | ☐ | CLEAN/STATISTICAL NARCOTICS MESSAGE SENT | ☐ | ☒ |

| 51. DATE/TIME OFFICER ARRIVED | 52. DATE/TIME OFFICER DEPARTED | 53. DATE OF REPORT | 54. PART ONE ONLY | 55. LCE NOTIFIED | 56. SUPV. INIT./BADGE NO. |
|---|---|---|---|---|---|
| 07/03/04 / 1358 | 07/03/04 / 1630 | 07/05/04 | | ☐ YES ☐ NO | |

| 57. OFFICER'S NAME/SIGNATURE | BADGE NO. | 58. INVES. RECM. | 59. | 60. PAGE |
|---|---|---|---|---|
| Tpr Sean T. PIERCE | 8961 | ☒ CONT. ☐ TERM. | ☐ CONCUR ☐ NONCONCUR | 01 |

STATION

ATTACHMENT: 5

PAGE: 1 OF: 12