## F

**Facsimiles**
[1] 22:18
**Fact**
[17] 7:2 13:9 13:10 13:11 17:12 17:20 18:18 20:18 20:20 21:3 22:1 26:25 28:3 36:8 39:11 46:2 48:7
**Facts**
[2] 13:17 48:7
**Fair**
[8] 7:15 37:12 39:4 39:7 39:15 39:18 41:22 44:12
**Familiar**
[1] 22:6
**Fastly**
[1] 21:22
**Fax**
[5] 10:12 22:10 22:11 22:15 22:16
**Faxed**
[3] 22:21 47:1 47:8
**February**
[1] 1:18
**Federal**
[2] 4:9 47:21
**Fees**
[2] 9:16 9:18
**Female**
[3] 7:14 7:19 7:23
**Ferguson**
[1] 1:25
**Fifth**
[1] 2:16
**Filed**
[1] 21:12
**Finalized**
[2] 14:9 14:10
**Finalizes**
[1] 37:16
**Fire**
[1] 23:10
**First**
[12] 4:1 8:15 11:21 15:9 15:16 15:20 16:13 16:16 16:22 17:14 37:6 41:19
**Flag**
[6] 18:13 18:20 18:25 28:12 28:14 39:19
**Flagged**
[1] 19:10
**Flags**
[1] 18:7
**Floor**
[2] 2:16 5:5
**Folio**
[2] 10:12 35:18
**Follow**
[3] 41:19 42:6 44:21
**Follow-up**
[1] 44:21
**Follows**
[1] 4:2
**Forbes**
[1] 2:16
**Form**
[17] 4:18 7:6 7:16 8:1 10:7 10:10 13:1 13:2 17:8 18:14 24:13 27:19 30:17 32:11 35:6 43:12 47:6
**Forms**
[1] 10:8
**Frame**
[1] 10:11
**Friend**
[1] 43:11
**Front**
[9] 29:22 29:23 31:25 32:1 32:4 33:3 33:15 33:24 41:1
**Funds**
[7] 6:7 37:19 37:21 38:1 38:

## G

**Gary**
[3] 2:11 4:4 13:20
**General**
[4] 2:15 6:3 30:5 30:22
**Gerald**
[1] 2:7
**Given**
[11] 9:14 14:19 16:2 18:19 18:20 19:18 26:5 42:7 44:22 47:2 47:11
**Gleaned**
[2] 11:16 11:17
**Ground**
[1] 4:20
**Guess**
[8] 37:6 38:11 38:22 39:6 40:14 42:6 43:1 43:25
**Guest**
[2] 5:15 24:3

## H

**Handed**
[2] 17:20 33:21
**Handled**
[1] 46:18
**Handling**
[1] 42:8
**Hear**
[3] 6:23 6:25 8:10
**Hearing**
[1] 23:15
**Herself**
[8] 14:15 21:10 26:7 26:12 27:3 27:13 42:15 45:25
**Himself**
[1] 22:5
**History**
[1] 8:12
**Hold**
[4] 5:21 5:23 14:14 16:1
**Holder**
[1] 37:22
**Holder's**
[1] 37:20
**Holdback**
[1] 1:25
**Holiday**
[1] 11:9
**Homicide**
[2] 48:14 48:18
**Hotel**
[8] 5:22 5:22 6:3 10:12 11:3 26:18 34:19 41:8
**Hotels**
[2] 10:14 11:10
**Hourly**
[1] 17:1
**Hurley**
[20] 21:15 21:21 22:2 22:22 23:2 23:3 23:21 28:4 36:6 36:13 40:7 40:19 41:1 41:6 41:11 41:21 42:7 47:1 47:3 47:6
**Hutton**
[12] 2:7 2:7 8:6 8:14 13:1 13:7 14:24 18:14 37:2 37:4 42:16 44:14
**Hutton.........................37**
[1] 3:5
**Hypothetical**
[1] 13:9

## I

**ID**
[1] 11:20
**Idea**
[2] 16:21 47:8
**Identified**
[9] 16:5 20:17 20:25 26:12 42:13 42:15 43:10 45:25
**Identify**
[4] 4:21 25:10 42:17 43:4
**Identifying**
[3] 27:3 27:12 39:22
**Identity**
[1] 13:14
**Immediately**
[2] 28:15 29:18
**Impede**
[2] 28:6 28:17
**Impeding**
[1] 27:25
**Improperly**
[1] 41:20
**Inaccurate**
[1] 39:20
**Inbound**
[1] 5:15
**Inc**
[7] 1:5 1:5 1:25 2:6 2:10 4:5 9:4
**Incident**
[6] 6:8 30:10 35:5 35:9 37:6 45:14
**Incidentals**
[2] 25:23 45:21
**Indicate**
[5] 19:6 20:7 45:4 46:15 48:7
**Indicated**
[11] 11:24 12:11 16:24 21:12 25:22 30:12 38:10 45:17 46:1 46:12 48:13
**Indicates**
[2] 14:16 14:22
**Indicating**
[8] 8:23 13:20 17:13 18:20 19:17 23:6 47:3 48:17
**Indication**
[3] 14:1 23:4 23:20
**Individual**
[2] 38:6 43:6
**INDIVIDUALLY**
[2] 1:6 1:8
**Individuals**
[1] 7:10
**Industry**
[2] 5:24 6:2
**Infer**
[1] 17:9
**Information**
[50] 5:18 8:7 9:12 10:5 10:13 10:16 10:21 11:16 12:17 12:25 13:15 14:3 14:7 15:5 15:20 15:21 16:17 17:5 17:21 17:22 17:25 18:2 19:18 19:22 20:11 21:10 21:18 21:25 22:9 22:11 27:11 33:25 34:22 35:8 37:18 37:19 38:3 38:7 38:23 39:21 43:5 44:21 45:19 46:7 46:9 46:16 46:20 46:22 47:1 47:5
**Informed**
[3] 23:19 35:20 47:17
**Initial**
[2] 10:25 11:5
**Initiated**
[1] 48:5
**Inn**
[2] 1:5 2:6
**Inquiries**
[1] 7:24
**Inside**
[2] 29:18 29:20
**Instance**
[1] 38:6
**Instigated**
[2] 44:7 48:5
**Instruct**
[3] 41:1 41:6 43:21
**Instructed**
[3] 28:1 28:2 28:5
**Instructions**
[3] 30:15 30:19 41:10
**Intelligent**
[1] 28:6
**Intentional**
[1] 27:9
**Interfere**
[1] 28:8
**Interoffice**
[2] 7:8 19:25
**Interrupted**
[1] 25:19
**Intuition**
[1] 28:16
**Investigating**
[1] 40:8
**Investigation**
[13] 22:9 24:1 27:24 27:25 28:5 28:8 28:9 28:17 36:1 41:21 44:3 44:6 46:5
**Involved**
[2] 24:2 41:22
**Involvement**
[2] 8:21 39:6
**Involving**
[2] 14:3 16:14
**It'll**
[1] 5:10
**Items**
[1] 22:12
**Itself**
[2] 9:5 22:7

## J

**Jeff**
[1] 31:6
**Jeffrey**
[4] 20:17 29:12 30:3 35:12
**Jerry**
[1] 37:4
**John**
[2] 1:8 40:7
**Join**
[1] 8:14
**July**
[9] 6:9 9:20 21:7 24:8 24:10 36:8 39:7 41:15 42:21
**June**
[26] 5:10 5:11 11:8 11:22 12:22 14:1 16:4 16:14 16:25 17:2 18:12 19:4 19:11 19:11 19:13 19:16 20:7 20:22 37:10 37:14 37:24 38:22 43:1 47:7 47:7 47:12
**Jurisdiction**
[1] 23:5
**Justice**
[1] 23:16

## K

**Keep**
[1] 11:10
**Kim**
[5] 8:25 19:6 19:16 20:7 20:24
**Knowing**
[2] 24:1 27:5
**Knowledge**
[5] 6:1 8:8 12:5 12:7 19:9
**Known**
[1] 46:20
**Kristen**
[19] 12:15 12:16 12:19 12:25 14:2 14:22 15:7 15:12 16:3 16:14 16:15 16:24 17:13 17:17 25:5 38:10 43:7 45:13 46:25
**Kristen's**
[3] 14:16 15:13 17:22

## L

**Lagoon**
[18] 1:5 2:10 4:5 5:8 9:4 9:5 10:3 19:6 19:16 21:12 28:22 37:15 38:1 39:1 40:12 43:20 44:1 48:5
**Lagoon's**
[1] 38:12
**Last**
[3] 9:15 9:19 48:17
**Lawsuit**
[3] 4:11 47:25 48:2
**Leading**
[1] 27:11
**Least**
[2] 7:13 12:22
**Leaving**
[1] 12:1
**Lessens**
[1] 9:17
**License**
[2] 32:12 41:3
**Line**
[1] 41:14
**Linked**
[1] 10:13
**Listed**
[1] 9:4
**Live**
[1] 23:13
**LLC**
[1] 2:12
**Lobby**
[1] 32:3
**Local**
[1] 4:10
**Located**
[3] 23:6 31:23 33:1
**Lodge**
[24] 6:15 7:1 23:25 29:8 29:9 29:10 29:14 29:18 29:20 29:24 30:5 30:16 30:20 30:21 31:25 33:2 37:5 41:2 41:7 43:21 44:1 44:12 44:13 48:4
**Look**
[5] 11:6 14:24 15:1 19:9 23:24
**Looking**
[2] 40:14 41:14

## M

**M-O-N-A**
[1] 20:18
**Mail**
[2] 5:17 40:16
**Maintain**
[2] 24:20 24:24
**Malone**
[2] 2:15 44:15
**Manager**
[10] 5:8 29:9 29:24 30:5 30:22 33:14 33:18 33:25 34:9 34:23
**Manner**
[1] 23:1
**Manor**
[1] 2:16
**Materials**
[1] 22:21
**Matter**
[5] 23:19 38:18 40:4 41:25 42:8
**Mean**
[9] 5:20 15:22 23:2 27:10 31:11 34:1 34:19 39:7 46:6
**Meaning**
[1] 5:21
**Meet**
[1] 6:11
**Members**

**Memo**
[5] 7:8 7:14 8:25 14:16 36:3
**Memorandums**
[1] 35:4
**Memorialize**
[2] 9:10 35:8
**Memos**
[1] 47:11
**Message**
[3] 18:10 19:19 48:15
**Might**
[2] 10:2 10:11
**Millcreek**
[2] 23:7 23:9
**Minute**
[3] 16:5 45:25 46:14
**Missed**
[1] 41:18
**Mistake**
[1] 39:17
**Mona**
[15] 20:17 20:19 20:20 21:17 29:12 29:25 30:1 30:3 30:9 31:7 31:12 31:23 32:7 35:12 35:13
**Money**
[2] 35:22 35:25
**Months**
[1] 47:10
**Mooney**
[4] 15:7 43:7 45:13 46:25
**Morning**
[3] 37:17 48:12 48:16
**Most**
[2] 5:23 34:21
**Multiple**
[1] 21:11
**Murphy**
[1] 2:12

## N

**Name**
[23] 4:4 5:16 8:25 9:21 10:16 11:24 13:20 14:3 14:17 14:19 15:13 17:24 19:7 21:14 25:16 25:17 26:1 26:21 31:17 37:4 44:25 45:4 45:11
**Named**
[3] 38:24 46:14 46:16
**Necessary**
[3] 24:10 24:20 24:24
**Need**
[2] 21:24 45:20
**Needed**
[2] 19:9 33:22
**Never**
[1] 23:17
**New**
[3] 9:16 9:18 11:10
**Next**
[12] 14:17 19:1 19:8 20:13 20:22 22:20 23:22 29:6 35:15 37:17 41:14 42:3
**Night**
[7] 16:3 16:24 24:3 29:3 34:14 36:16 48:17
**Ninth**
[2] 1:19 2:4
**None**
[2] 39:21 44:16
**Noon**
[3] 26:17 28:21 34:15
**Notary**
[1] 1:16
**Note**
[4] 14:24 15:1 40:14 40:15
**Noted**
[1] 14:5
**Notes**
[3] 11:2 14:6 35:18
**Nothing**

[3] 31:24 30:24 40:24
**Noticed**
[1] 47:20
**Notified**
[1] 48:11
**Number**
[25] 5:17 9:11 9:13 9:18 11:12 12:8 12:9 12:12 12:20 13:20 15:14 18:3 18:19 18:20 21:1 22:8 24:7 25:14 25:18 26:13 27:17 27:18 28:12 28:13 45:11
**Numbers**
[3] 9:14 10:2 10:16

## O

**Object**
[12] 7:6 7:16 8:1 13:1 13:2 13:16 17:8 24:13 27:19 30:17 35:6 43:12
**Objecting**
[1] 42:12
**Objection**
[2] 8:5 18:14
**Objections**
[1] 4:18
**Objects**
[1] 13:7
**Observe**
[1] 33:9
**Observed**
[1] 33:6
**Obtain**
[2] 7:24 10:21
**Obviously**
[4] 7:8 18:6 19:10 45:13
**Occurred**
[2] 6:8 37:24
**Offense**
[1] 40:8
**Office**
[9] 2:15 6:15 29:20 32:24 35:1 35:2 35:15 44:10 48:16
**Officer**
[31] 20:5 21:13 21:15 21:21 22:1 22:22 23:2 23:3 23:21 27:25 28:4 28:9 31:14 31:15 31:16 31:19 31:22 32:5 34:17 36:6 36:13 40:19 40:20 41:1 41:6 41:11 41:20 42:7 47:1 47:3 47:6
**Offices**
[1] 1:19
**Ohio**
[2] 12:2 48:8
**Oliver**
[1] 2:8
**Once**
[1] 14:10
**One**
[6] 2:8 8:10 12:16 21:11 29:16 42:16
**Opposed**
[2] 6:2 23:7
**Opposing**
[1] 48:14
**Order**
[5] 7:14 7:24 24:20 24:24 33:2
**Orlando**
[1] 4:22
**Outside**
[5] 6:23 32:23 33:13 33:21 34:16
**Overhang**
[1] 29:16
**Overhear**
[1] 6:20
**Own**
[2] 15:3 38:14
**Owned**
[1] 39:11
**Owner**

## P

**P.m.**
[1] 48:21
**Packet**
[1] 10:24
**Page**
[2] 23:25 46:24
**Pages**
[1] 11:4
**Paid**
[1] 26:21
**Paper**
[1] 47:2
**Papers**
[2] 33:20 34:10
**Paperwork**
[1] 32:9
**Park**
[4] 8:18 8:23 9:1 9:5
**Parked**
[2] 29:16 33:3
**Parks**
[1] 5:24
**Part**
[2] 27:8 31:19
**Particular**
[8] 7:10 7:25 8:16 19:2 22:21 25:6 31:1 42:20
**Party**
[2] 17:20 25:3
**Party's**
[1] 26:21
**Passes**
[2] 26:17 28:22
**Passing**
[1] 32:25
**Past**
[3] 32:25 33:10 33:12
**Patricia**
[6] 1:15 3:3 4:6 4:22 48:3 48:6
**Pause**
[2] 16:11 47:16
**Paying**
[2] 34:18 45:20
**PB**
[1] 44:25
**PD**
[1] 23:7
**Peak**
[1] 6:5
**Peek**
[1] 6:5
**Pending**
[2] 16:6 16:8
**Pennsylvania**
[17] 1:1 1:7 1:10 1:17 1:20 2:14 4:11 22:24 23:7 38:20 41:7 41:15 41:22 41:24 42:7 43:22 44:2
**People**
[4] 24:19 30:6 31:7 31:9
**Period**
[3] 33:19 34:3 34:21
**Person**
[31] 6:13 9:21 9:24 11:17 11:19 11:21 12:12 12:20 12:23 12:24 13:13 14:11 14:15 17:10 17:14 17:24 20:4 24:4 24:25 25:10 25:13 26:7 26:9 26:12 27:3 27:12 28:17 38:13 38:17 42:14 45:4
**Personal**
[1] 8:8
**Persons**
[1] 8:9
**Phone**
[25] 5:17 9:13 10:16 11:17 11:18 12:9 12:12 12:13 12:24 13:15 14:17 14:21 14:23

15:5 15:15 16:17 17:7
17:20 21:1 21:8 21:23 25:18
27:13 45:18
**Physically**
[2] 9:7 31:20
**Pick**
[1] 28:21
**Piece**
[1] 47:2
**Pierce**
[15] 1:6 1:9 2:14 4:16 31:
16 31:22 32:4 32:6 32:6 32:
19 34:5 34:17 34:22 34:23
36:6
**Pierce's**
[1] 31:19
**Pittsburgh**
[2] 2:9 2:17
**Place**
[1] 40:11
**Placed**
[4] 37:13 37:13 39:12 43:1
**Places**
[1] 6:5
**Plaintiff**
[4] 1:3 2:3 4:8 47:18
**Plaza**
[1] 2:8
**PM**
[1] 48:23
**Point**
[3] 25:7 25:8 47:9
**Police**
[38] 1:7 1:10 2:14 20:5 21:
12 21:13 22:6 22:24 23:7 23:
10 23:11 24:1 24:2 29:8 29:
13 33:1 36:10 40:3 40:7 41:
7 41:11 41:15 41:22 41:25
42:8 43:22 44:2 44:3 44:8
45:14 45:22 45:24 46:6 46:8
46:9 46:18 46:24 48:19
**Policy**
[2] 12:19 13:12
**Possible**
[5] 12:23 19:17 20:9 37:8
38:23
**Possibly**
[2] 19:22 23:25
**Preauthorization**
[2] 37:16 45:2
**Predeposit**
[4] 5:18 5:20 5:23 6:6
**Preliminary**
[1] 23:15
**Prevent**
[1] 13:19
**Previously**
[1] 4:15
**Print**
[3] 10:10 10:12 14:18
**Printable**
[1] 10:8
**Problem**
[2] 27:16 37:7
**Procedurally**
[1] 20:12
**Procedure**
[8] 4:10 9:16 9:18 12:21 19:
21 19:25 27:8 47:21
**Proceed**
[3] 27:25 41:16 42:3
**Proceedings**
[2] 16:11 47:16
**Produced**
[1] 10:23
**Program**
[1] 45:1
**Progressing**
[1] 21:22
**Provide**
[1] 13:15
**Provided**

15:5 15:15 16:17 17:7 17:14
12:15 17:21 17:25 18:2 32:
10 37:18 38:3 46:16
**Providing**
[2] 5:16 12:25
**Public**
[1] 1:16
**Purchase**
[9] 1:15 3:3 4:6 4:22 5:4
17:10 37:4 48:4 48:6
**Purchases**
[1] 21:11
**Purposes**
[4] 9:10 17:2 47:25 48:13
**Pursuant**
[2] 4:9 47:20
**Put**
[10] 5:22 10:7 10:13 15:4
35:18 39:24 44:22 45:18 47:
3 48:1

**Q**

**Questions**
[8] 13:9 13:11 16:6 17:9 37:
5 42:12 44:14 44:15
**Quickly**
[1] 21:23

**R**

**Range**
[1] 17:1
**Rather**
[1] 48:6
**Read**
[1] 40:17
**Reading**
[1] 47:14
**Real**
[1] 40:2
**Really**
[1] 6:4
**Reason**
[6] 24:9 25:23 27:15 32:23
42:19 46:4
**Reasons**
[1] 42:22
**Receive**
[6] 8:22 19:21 20:11 21:3
21:6 22:1
**Received**
[17] 9:2 9:21 9:24 14:2 16:
16 19:11 20:7 21:17 23:20
24:3 25:3 25:5 35:19 41:11
43:5 43:7 48:15
**Recent**
[1] 48:14
**Receptionist**
[1] 37:7
**Recollection**
[1] 15:2
**Reconvene**
[1] 47:23
**Record**
[6] 4:4 15:6 16:12 17:13 31:
18 48:1
**Recorded**
[1] 18:3
**Records**
[1] 46:15
**Red**
[7] 18:7 18:13 18:20 18:25
19:10 28:12 28:14
**Redirect**
[2] 3:6 44:18
**Reference**
[2] 7:9 13:23
**Referring**
[1] 15:6
**Reflect**
[1] 31:18
**Reflected**
[1] 24:25

**Refresh**
[1] 15:2
**Refund**
[2] 35:24 36:9
**Regard**
[1] 19:2
**Regarding**
[14] 7:10 7:24 8:16 16:16
20:8 20:23 21:21 22:20 23:
22 28:3 35:5 35:9 35:25 45:
14
**Relate**
[1] 32:18
**Relating**
[1] 31:7
**Relation**
[2] 17:2 35:16
**Relationship**
[1] 43:16
**Relevant**
[1] 46:13
**Reliance**
[1] 38:2
**Relying**
[1] 38:13
**Remember**
[7] 20:21 21:20 32:9 32:13
32:21 32:21 32:22
**Repeat**
[3] 9:12 9:13 48:1
**Rephrase**
[2] 7:20 7:21
**Report**
[5] 11:7 18:23 21:13 43:3
45:17
**Reported**
[5] 1:25 18:8 18:15 18:16
18:21
**Reportedly**
[1] 27:1
**Reporting**
[1] 1:25
**Represent**
[2] 4:5 37:4
**Request**
[3] 44:1 48:2 48:9
**Requested**
[2] 4:8 41:4
**Requests**
[1] 42:6
**Required**
[1] 24:17
**Reservation**
[81] 5:8 5:16 5:19 5:22 7:
11 7:15 7:25 8:12 8:16 8:23
9:1 9:9 9:9 9:10 9:20 9:22
9:25 10:10 11:6 11:9 11:24
12:14 13:13 13:24 14:1 14:2
15:10 15:17 16:17 16:25 17:
11 17:17 18:8 18:9 18:12 18:
19 18:22 18:24 19:1 19:3 19:
22 20:1 20:8 22:21 23:23 24:
8 24:10 24:15 24:16 24:18
24:21 24:24 24:25 25:6 26:8
26:20 26:20 27:11 27:17 28:
3 28:11 28:18 29:7 31:1 31:
2 31:22 32:11 34:13 35:16
36:1 36:17 37:13 39:12 39:
14 39:15 39:18 40:11 42:11
42:20 42:25 46:15
**Reservations**
[5] 5:13 11:10 16:1 24:19
25:11
**Reserve**
[2] 4:18 47:23
**Reserved**
[3] 14:10 14:10 19:22
**Reside**
[2] 5:4 13:21
**Respect**
[1] 19:15
**Responding**
[1] 44:1

**Responsible**
[1] 26:9
**Road**
[1] 23:11
**Room**
[1] 5:21
**Rules**
[4] 4:9 4:10 4:20 47:21

**S**

**Safe**
[3] 7:3 33:23 34:20
**Sandy**
[5] 30:1 30:4 30:23 30:25
31:6
**Satisfied**
[1] 39:11
**Scene**
[1] 45:15
**Scott**
[2] 4:13 5:7
**Scott's**
[9] 1:5 1:5 2:6 2:10 4:5 27:
20 37:5 43:21 48:5
**Sean**
[3] 1:6 1:9 2:14
**Seat**
[1] 33:7
**Second**
[17] 5:5 13:23 14:4 14:5 14:
11 14:12 14:14 15:11 15:21
16:18 16:22 17:3 17:6 17:16
17:18 17:20 18:18
**Seconds**
[2] 33:17 33:23
**Secure**
[1] 7:15
**See**
[9] 11:11 12:9 14:25 15:1
22:12 23:4 32:3 32:13 45:17
**Seeing**
[1] 34:17
**Seem**
[1] 20:6
**Separate**
[2] 6:2 35:24
**September**
[1] 47:5
**Shift**
[2] 16:3 17:2
**Shortly**
[1] 34:15
**Showed**
[1] 22:25
**Shown**
[1] 29:12
**Shows**
[1] 11:8
**Shurney**
[47] 1:2 4:13 6:9 6:13 11:
25 12:24 14:13 14:15 15:4
17:20 23:21 24:5 24:15 25:
17 26:8 26:13 27:3 27:4 27:
13 27:16 27:16 28:2 32:1 32:
11 33:6 35:17 36:2 36:11 36:
14 36:16 39:14 39:22 41:2
42:10 42:14 42:15 42:18 42:
24 43:4 43:15 43:23 46:1 46:
10 46:15 47:18 48:11 48:20
**Shurney's**
[4] 4:8 7:4 14:3 38:7
**Sign**
[1] 34:10
**Signature**
[2] 32:11 47:15
**Signatures**
[1] 32:8
**Signed**
[1] 33:20
**Simple**
[1] 28:10
**Simply**

```
[1] 43:25
Sister
[1] 43:10
Sitting
[1] 6:22
Situation
[3] 21:21 26:25 27:9
Sixth
[2] 2:9 12:2
Smith
[13] 15:4 15:5 18:1 25:25
26:10 38:7 39:23 42:16 43:3
43:9 43:16 45:18 46:17
Smith's
[3] 14:17 45:19 46:2
Someone
[4] 35:7 39:1 45:25 48:17
Sometime
[2] 16:2 19:12
Somewhat
[1] 14:20
Son
[1] 48:14
Sondra
[2] 1:16 1:25
Sorry
[5] 14:20 25:19 27:16 32:1
40:25
Sort
[3] 6:1 10:7 15:23
Sounds
[1] 7:4
South
[1] 22:7
Speaking
[1] 25:12
Special
[1] 14:6
Specific
[1] 15:12
Specifically
[1] 9:11
Speculation
[3] 13:3 13:4 13:17
Spelled
[1] 25:25
Spelling
[3] 26:3 26:6 26:10
Spent
[1] 34:21
Splash
[19] 1:5 2:10 4:5 5:8 9:4 9:
5 10:3 19:6 19:16 21:12 28:
22 37:15 38:1 38:12 39:1 40:
12 43:20 44:1 48:5
Sprung
[1] 44:7
Squad
[4] 6:14 6:18 6:21 6:22
Staff
[1] 29:13
Stand
[1] 32:16
Standing
[1] 33:13
Start
[3] 44:10 44:12 44:13
Started
[2] 5:11 44:7
State
[25] 1:7 1:10 2:12 2:14 22:
24 23:7 23:10 23:11 24:1 29:
8 33:1 36:10 41:7 41:15 41:
22 41:25 42:7 43:22 44:3 45:
14 45:22 45:24 46:6 46:8 46:
23
Statement
[4] 7:15 15:7 16:19 17:23
Statements
[1] 9:2
States
[3] 1:1 4:12 8:25

Station
[1] 48:19
Stay
[1] 29:17
Step
[1] 20:13
Still
[3] 15:9 36:20 43:18
Stolen
[23] 8:18 8:23 18:8 18:13
18:15 18:16 18:21 19:12 19:
17 19:23 20:2 20:4 20:9 27:
1 27:5 27:12 27:18 28:4 28:
13 28:18 37:8 38:23 44:24
Stood
[1] 33:15
Stop
[1] 28:7
Street
[4] 1:19 2:4 2:12 12:2
Streetsboro
[13] 21:13 22:7 24:2 36:6
40:3 40:7 41:11 44:2 44:8
46:9 46:23 46:23 48:8
Strike
[2] 18:6 29:17
Subsequently
[2] 40:6 41:24
Substance
[5] 17:6 19:5 21:8 22:4 25:9
Suite
[2] 2:8 2:12
Sum
[5] 19:5 21:8 22:4 25:9 29:1
Summarize
[1] 8:11
Summit
[2] 23:12 23:13
Superior
[1] 20:15
SUPERVISOR
[1] 1:9
Supposed
[5] 19:23 20:2 20:12 20:13
30:15
Supposedly
[6] 17:19 17:25 27:5 28:4
28:18 36:16
Susan
[1] 2:15
Sworn
[1] 4:2
System
[10] 10:13 10:13 10:15 13:
19 14:18 18:5 18:7 18:11 24:
11 24:16
Systems
[2] 39:24 45:10

           T

T-R-A-C-E-Y
[1] 26:6
Tanielle
[34] 1:2 4:8 4:13 6:9 6:13
7:4 11:25 12:24 14:13 14:15
15:4 15:11 17:19 24:5 24:15
25:17 26:7 32:10 38:7 39:14
39:22 41:2 42:10 42:14 42:
15 42:18 42:24 43:4 43:23
45:18 45:20 45:25 46:14 47:
18
Taylor
[1] 2:12
Technicalities
[1] 45:2
Telephone
[13] 10:2 11:12 12:8 12:22
14:12 16:16 17:14 22:8 25:3
25:14 44:22 48:12 48:15
Telephones
[1] 9:8
Testified
[2] 4:2 43:13

Testifying
[1] 41:18
Testimony
[3] 25:1 27:22 48:3
Theft
[1] 48:7
Themselves
[1] 25:10
Thinking
[1] 46:25
Third
[1] 26:21
Thousand
[1] 15:23
Three
[5] 4:17 5:10 9:15 11:4 47:
10
Timing
[1] 17:3
Today
[3] 4:17 47:19 47:22
Today's
[1] 10:17
Tonya
[17] 9:2 9:6 19:7 20:24 35:
20 36:7 38:24 39:1 39:8 39:
10 39:11 40:2 40:10 40:11
41:19 44:8 48:8
Took
[9] 12:16 14:2 14:21 17:10
17:14 25:6 25:8 43:8 45:18
Total
[1] 29:1
Township
[1] 23:12
Tracey
[20] 14:17 15:4 15:5 15:14
18:1 25:25 26:1 26:4 26:5
26:10 26:10 38:7 39:23 42:
16 43:3 43:9 45:18 45:19 46:
2 46:17
Traceys
[1] 26:2
Trade
[1] 6:3
Transaction
[2] 15:14 17:7
Transcribed
[1] 39:24
Transfer
[1] 38:15
Transferred
[1] 37:20
Transferring
[1] 38:11
Transpired
[2] 15:19 16:21
Traylor
[14] 9:3 19:7 20:24 21:4 21:
18 35:20 38:24 39:8 39:10
39:11 40:2 41:20 44:8 48:8
Traylor's
[3] 35:25 40:10 40:12
Trial
[1] 4:19
Trooper
[15] 1:7 1:9 4:16 32:4 32:6
32:19 33:20 33:25 34:5 34:
22 34:23 36:5 43:9 43:13 46:
14
Troopers
[1] 34:16
Truth
[1] 38:13
Truthful
[1] 38:4
Try
[2] 7:20 7:21
Trying
[2] 20:6 35:24
Tuesday
[1] 1:17

Turned
[1] 27:18
Turns
[1] 20:2
Two
[4] 30:6 31:7 31:9 32:14
Type
[1] 18:4
Typo
[1] 39:19

           U

Um-hum
[2] 10:1 40:21
Unauthorized
[1] 40:10
Under
[2] 29:16 44:4
United
[2] 1:1 4:12
Unless
[1] 20:4
Unnecessary
[1] 21:24
Unusual
[3] 26:19 26:23 26:24
Up
[13] 9:19 15:23 18:20 22:25
28:12 28:14 28:21 29:12 31:
14 31:15 31:22 38:22 44:21
Updated
[1] 11:10
Utilized
[2] 7:23 39:4

           V

Various
[3] 7:14 7:19 26:1
Vehicle
[3] 33:7 33:10 33:11
Verification
[1] 25:11
Verified
[2] 26:5 36:7
Verifies
[1] 45:2
Verify
[6] 24:8 24:10 25:6 25:15
25:21 45:9
Versus
[1] 26:4
Via
[1] 48:11
Victim
[2] 48:8 48:15
Voice
[3] 6:23 6:25 7:4
Voices
[4] 7:14 7:19 7:23 8:10

           W

Wait
[3] 21:20 45:25 46:14
Waiting
[2] 21:2 21:23
Waive
[1] 47:15
Walk
[3] 33:12 34:25 35:15
Walked
[6] 6:14 31:14 31:15 33:11
34:12 34:12
Walking
[1] 33:9
Walks
[1] 31:22
Water
[5] 5:24 8:17 8:23 9:1 9:5
Week's
[1] 10:11
```

**Weekend**
[4] 6:9 7:25 9:21 11:9

**West**
[2] 1:19 2:4

**Western**
[2] 1:1 4:11

**Whereas**
[1] 5:23

**Withdraw**
[1] 7:21

**Withdrawal**
[1] 38:1

**Witness**
[8] 4:22 8:8 11:1 13:10 13:10 13:11 15:8 24:14

**Witness'**
[1] 27:21

**Woman**
[5] 8:25 9:3 19:6 22:25 38:24

**Write**
[2] 18:3 18:4

**Written**
[1] 15:7

**Wrote**
[1] 36:3

## X

**Xerox**
[1] 32:11

## Y

**Year**
[1] 9:19

**Years**
[3] 5:10 26:19 32:14

**Yourself**
[2] 4:21 40:20

```
 1                    C E R T I F I C A T I O N
 2
 3        I, Sondra A. Black, a Court Reporter and Notary
 4    Public in and for the Commonwealth of Pennsylvania, do
 5    hereby certify that the foregoing is a true and accurate
 6    transcript of my stenographic notes in the
 7    above-captioned matter.
 8
 9
10
11                                  [signature: Sondra A Black]
12
13
14
15                            Dated: March 7, 2006
16
17
18
19
20
21
22
23
24
25
```