# MURPHY TAYLOR, L.L.C.
ATTORNEYS AT LAW

FACSIMILE:
(814) 456-2540
E-MAIL:
g_bax@msn.com

SUITE 202
900 STATE STREET
ERIE, PENNSYLVANIA 16501
(814) 459-0234

326 THIRD AVENUE
PITTSBURGH, PA 15222
(412) 255-0200

1401/6070
REF NO.

February 24, 2006

James Senyo
Deputy Warden of Security
Erie County Prison
1618 Ash Street
Erie, PA 16503

    Re: Shurney v. Scott Enterprises, Inc. et al.
       No. CA 05-196 Erie

Dear Deputy Warden Senyo:

  I represent Scott's Splash Lagoon, Inc., a defendant in the above-referenced civil rights lawsuit filed in United States District Court for the Western District of Pennsylvania. The lawsuit claims that Plaintiff Tanielle Shurney's civil rights were violated as a result of her July 3, 2004 arrest, and subsequent confinement in the Erie County Prison.

  Enclosed please find a Subpoena in a Civil Case issued by the United States District Court for the Western District of Pennsylvania, which requests the Erie County Prison's production of the documents noted thereon. The Subpoena requests that you produce the documents by March 10, 2006. Please mail or deliver the documents to my office. Please let me know if there is any reasonable photocopy charge for copying of the documents.

  Thank you again for your anticipated cooperation in this important matter.

            Very truly yours,

            Gary D. Bax

GDB:pac
Enclosure

cc: Gerald J. Hutton, Esq.
   Susan H. Malone, Esq.
   A. J. Adams, Esq.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

TANIELLE SHURNEY,
        Plaintiff

V.

SCOTT"S ECONO INN, INC., SCOTT"S SPLASH LAGOON, INC., SEAN PIERCE individually and in his capacity as a Trooper of the PSP, et al.
        Defendants

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: CA 05-196 Erie

TO: James Senyo, Deputy Warden of Security
Erie County Prison

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): all documents and records relating to the confinement of Tanielle Shurney (date of arrest 7/3/04) including property inventory, medical records, intake records, release/discharge records, and any other documents.

| PLACE | DATE AND TIME |
|---|---|
| Murphy Taylor, L.L.C.<br>900 State Street, Suite 202<br>Erie, PA 16501 | 3/10/06  5:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Gary D. Bax, Esq.<br>Murphy Taylor, L.L.C., 900 State Street, Suite 202<br>Erie, PA 16501    (814) 459-0234 | 2/24/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

# Erie County Prison
## Inmate Commitment Summary Report

**Today's Date:** 7/3/2004

| | | | |
|---|---|---|---|
| **Booking #** | 2004-29310 | **FBI #:** | |
| **Master ID#:** | 21758 | **State ID #:** | |
| **Property #:** | | **Officer ID #:** | MADURDKI DAVID |

**FULL NAME:** SHURNEY, TANIELLE LATRICE  
**Line 1:** 13411 6TH AVE  
**Line 2:**  
**ity, State Zip:** E. CLEVEVLAND, OH  
**Phone #:** (216)268-4172  

**Birth Date:** 04/12/1972  
**Age:** 32  
**Social Security #:** 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  
**Sex:** F  
**Race:** B  

**Place of Birth:** CLEVEVLAND    **Citizen of:** USA    **Country of Birth:** USA  
**Height:** 5'4"    **Weight:** 250    **Eye Color:** BRO    **Hair Color:** BLK    **Complexion:** BLK    **Build:** HVY  
**Marital Status:** S    **Highest Grade Completed:** 12    **Read English?** Y    **Write English?** Y  

**Drivers License State:**    **Religion:** NONE  

**Committed By:** DJFA    **Date/Time:** 07/03/2004    **Admission Type:** BA    **Shift:** 2  
**Transported By:** PSPE    **Arrested By:** PSPE    **Gang:** NONE  

## CHARGES

| OFFDATE | CHCODE | CHDESC | CASENUM |
|---|---|---|---|
| 7/3/2004 6:46:1 | 183922A1 | THEFT BY DECEP-FALSE IMPRESSIO | CR--82-04 |

| MORF | DEGREE | DISPOSIT | SENDATE |
|---|---|---|---|
| | | APH | |

| MINDATE | MAXDATE | DISDATE | COMDATE | HEARDATE |
|---|---|---|---|---|
| | | | 7/3/2004 6:40 | 7/12/2004 12 |

**JUDGE** DJFA  
**NOTE** 5,000 STRAIGHT 7/12/04 3:00PM ABATE

| OFFDATE | CHCODE | CHDESC | CASENUM |
|---|---|---|---|
| 7/3/2004 6:46:1 | 184106A1II | USE CR CARD W/O AUTHOR | CR--82-04 |

| MORF | DEGREE | DISPOSIT | SENDATE |
|---|---|---|---|
| | | APH | |

| MINDATE | MAXDATE | DISDATE | COMDATE | HEARDATE |
|---|---|---|---|---|
| | | | 7/3/2004 6:40 | 7/12/2004 12 |

**JUDGE** DJFA  
**NOTE** SEE ABOVE

## BONDS

**Bond Amount**    5,000.00

**Grand Total of all Bonds:**    5,000.00

| COMMONWEALTH OF PENNSYLVANIA | COMMITMENT |
|---|---|
| COUNTY OF: **ERIE** | |

Mag. Dist. No.: **06-3-02**
DJ Name: Hon. **FRANK ABATE, JR.**
Address: **10300 WEST MAIN ROAD**
**P.O. BOX 8**
**NORTH EAST, PA**
Telephone: **(814) 725-9693   16428-0008**

**COMMONWEALTH OF PENNSYLVANIA**

**VS.**

DEFENDANT: NAME and ADDRESS
**SHURNEY, TANIELLE L.**
**1262 BRACKLAND UP**
**CLEVELAND, OH 44108**

**ERIE COUNTY PRISON**
**1618 ASH ST**
**ERIE, PA 16503**

Docket No.: **CR-0000082-04**
Date Filed: **7/03/04**
OTN: **L 199405-3**
Date of Birth: **4/12/72**
SSN: **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**

Charge(s):

**S 18 §3922 §§A1 THEFT BY DECEPTION**
**S 18 §4106 §§A1II ACCESS DEVICE FRAUD**

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:
You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

☐ A PERIOD OF _____ DAYS UNTIL _____

☒ A HEARING AT

| Date: | 7/12/04 | Place: **DISTRICT COURT 06-3-05** |
|---|---|---|
| Time: | 3:00 PM | **8900 OLD FRENCH RD.** |
| | | **SUITE 110** |
| | | **ERIE, PA 16509** |

☐ A FURTHER HEARING

| Date: | | Place: |
|---|---|---|
| Time: | | |

☐ COMMON PLEAS COURT ACTION

☐ OTHER: _____

CURRENT AMOUNT OF BAIL: **5,000.00   STRAIGHT BAIL**
COMMITMENT REASON: **BAIL NOT POSTED**

Witness my hand and official seal this ___ day of _____, ____.

_Frank Abate Jr._ District Justice

My commission expires first Monday of January, **2006**.

AOPC 609-02   **DATE PRINTED: 7/03/04   4:45:39 PM**

COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF: **ERIE**

**CERTIFICATE TO FACILITATE BAIL**

Mag. Dist. No.: **06-3-02**  
DJ Name: Hon.  
**FRANK ABATE, JR.**  
Address: **10300 WEST MAIN ROAD**  
**P.O. BOX 8**  
**NORTH EAST, PA**  
Telephone: **(814) 725-9693    16428-0008**

**COMMONWEALTH OF PENNSYLVANIA**

**VS.**

DEFENDANT:       NAME and ADDRESS  
**SHURNEY, TANIELLE L.**  
**1262 BRACKLAND UP**  
**CLEVELAND, OH 44108**

**TANIELLE L. SHURNEY**  
**1262 BRACKLAND UP**  
**CLEVELAND, OH 44108**

Docket No.: **CR-0000082-04**  
Date Filed:   **7/03/04**  
OTN:        **L 199405-3**

---

DEFENDANT NAME: **SHURNEY, TANIELLE L.**

Charge(s):

```
S 18 §3922 §§A1 THEFT BY DECEPTION
S 18 §4106 §§A1II ACCESS DEVICE FRAUD
```

PLACE OF DETENTION: **ERIE COUNTY PRISON** *TANIELLE*  
(Name)  
**1618 ASH ST**  
(Address)  
**ERIE, PA 16503**

AMOUNT OF BAIL (if set): **5,000.00**

— **STRAIGHT BAIL**

BAIL MUST BE POSTED BEFORE: _____

AOPC 607-97          DATE PRINTED: 7/03/04   4:45:39 PM

# POLICE CRIMINAL COMPLAINT

| COMMONWEALTH OF PENNSYLVANIA | |
|---|---|
| COUNTY OF: | ERIE |

Magisterial District Number: 06-3-05
District Justice Name: Hon. James J. DWYER
Address: 8900 Old French Rd
Erie, PA 16509

Telephone:

| Docket No: | |
|---|---|
| Date Filed: | |
| OTN: | L199405-3 |

## COMMONWEALTH OF PENNSYLVANIA
## VS.
## DEFENDANT:

Tanielle L SHURNEY
12626 Brackland Up
Cleveland, OH 44108

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID (State Identification Number) |
|---|---|---|---|---|
| ☐ White  ☑ Black  ☐ Asian  ☐ Native American  ☐ Hispanic  ☐ Unknown | ☑ Female  ☐ Male | 04/12/1972 | 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 | |

| Defendant's A.K.A (also known as) | Defendant's Vehicle Information Plate Number / State / Registration Sticker (MM/YY) | Defendant's Driver's License Number State / OH / RP839298 |
|---|---|---|

| Complaint/Incident Number E01-1097681 | LiveScan Tracking Number | Complaint/Incident Number if other Participants | UCR/NIBRS Code |
|---|---|---|---|

Office of the Attorney for the Commonwealth  ☐ Approved  ☐ Disapproved because: _____
(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crim.P.507.)

_____ (Name of Attorney for Commonwealth)  _____ (Signature of Attorney for Commonwealth)  _____ (Date)

I, TPR. SEAN PIERCE  08961/00543369
(Name of Affiant)  (Officer Badge Number/I.D.)

of the Pennsylvania State Police, Troop E - Erie Station  2500  E01-1097681
(Agency Represented)  (Police Agency or ORI Number)  (Originating Agency Case Number (OCA))

do hereby state: (check appropriate box)

1. ☑ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as
   ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at
   8050 Peach St, Erie, PA 16509 Summit Twp.
   (Place-Political Subdivision)

in   ERIE County on or about 07/03/04 at 1357hrs

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)
   Tanielle L SHURNEY

☑ Lab user fee applies

AOPC-412SPA (7/3/2003)

| Defendant's Name: | Tanielle L SHURNEY |
|---|---|
| Docket Number: | |

# POLICE CRIMINAL COMPLAINT

2. The acts committed by the accused were:

CC 3922(a)(1) Theft by Deception, M1,

IN THAT, on or about said date, THE DEFENDANT intentionally obtained or withheld property, namely, deprived the hotel of $196.79 for cost of room, belonging to Econo Lodge, by creating or reinforcing a false impression, namely using a stolen credit card to cover the purchase price of the hotel room, in violation of Section 3922(a)(1) of the PA Crimes Code.

CC 4106(a)(1)(ii) Access Device Fraud, M1,

IN THAT, or about said date, THE DEFENDANT did use an access device to obtain or attempt to obtain accommodations at the Econo Lodge located at 8050 Peach St. Erie, PA 16509, with knowledge that the access device was issued to another person, namely, Tonya Y TRAYLOR of 10039 Delores, Streetsboro OH , who did not authorize its use, in violation of Section 4106(a)(1)(ii) of the PA Crimes Code.

### AFFIDAVIT OF PROBABLE CAUSE

The accused did try to use a stolen credit card, MasterCard account# 5449270911030937 to gain accommodations at the Econo Lodge located at 8050 Peach St Erie, PA 16509. The accused then went to the Econo Lodge on 07/03/04, and signed for the room under the name SHURNEY, Tanielle attempting to pay for the room by using a credit card that did not belong to her.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| | Section(SubSection) | | (PA Statute) | (counts) | (grade) |
|---|---|---|---|---|---|
| 1. | 3922(a)(1) | of the | Title 18, PA Crimes Code | 1 | M1 |
| 2. | 4106(a)(1)(ii) | of the | Title 18, PA Crimes Code | 1 | M1 |
| 3. | ___ | of the | ___ | ___ | ___ |
| 4. | ___ | of the | ___ | ___ | ___ |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. (In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)

4. I verify that the facts set forth in the complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.§4904) relating to unsworn falsification to authorities.

July 3, 2004 , _____
(Date)                    (Signature of Affiant)

AND NOW, on this date, _____, _____ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_____    _____    _____ SEAL
(Magisterial District)                    (Issuing Authority)

AOPC-412SPB (7/3/2003)

Erie County Department of Corrections - Location: MAIN
Seized Property Receipt
Date: 07/03/2004 20:47
Booking#: 2004-29310
PCP#: 21758
Name: SHURNEY, TANIELLE LATRICE

Section: 18TH STREET
Block: A/R
Cell: 01
Bed: HOLD

| Qty | Description | Color | Property# | Warehouse | Location | Confiscation Date |
|---|---|---|---|---|---|---|
| **Facility: MAIN** | | | | | | |
| 1 | SHIRT | | 599 | PROPERTY ROOM | BAG 599 | 07/03/2004 |
| 1 | PANTS | | 599 | PROPERTY ROOM | BAG 599 | 07/03/2004 |
| 1 | SHOES | | 599 | PROPERTY ROOM | BAG 599 | 07/03/2004 |
| 1 | BRA AND PANTIES | | 599 | PROPERTY ROOM | BAG 599 | 07/03/2004 |
| 2 | PHOTO ID'S (ONE IS NOT HERS) | | 599 | PROPERTY ROOM | BAG 599 | 07/03/2004 |
| 1 | EARRINGS | | 599 | PROPERTY ROOM | BAG 599 | 07/03/2004 |
| 1 | HAIR TIE | | 599 | PROPERTY ROOM | BAG 599 | 07/03/2004 |

_[signature]_
Inmate Signature

------------------------------------------------
Witness Signature      Page 1 of 1

**Screen Print Listing**

**Erie County Department of Corrections - Location: MAIN**

Today's Date: 02/27/2006

Page 1 of 1

| Last Name | First Name | Middle Name | Affix | Booking# | Permanent ID# | Social Security# | State ID# |
|---|---|---|---|---|---|---|---|
| SHURNEY | TANIELLE | LATRICE | | 2004-29310 | 21758 | 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 | OHB940595 |

# Inmate Classification Test Result
## Erie County Department of Corrections - Location: MAIN

Today's Date: 02/27/2006     Initial Classification     Page 1 of 2

**Inmate Name**     **Inmate Housing Area**

| Last Name | First Name | Middle Name | Affix | Section | Block | Cell | Bed | Booking# |
|---|---|---|---|---|---|---|---|---|
| SHURNEY | TANIELLE | LATRICE | | | | | | 2004-29310 |

Date of Birth: 04/12/1972    Sex: F    Race: B    Booking Date: 07/03/2004    PCP#: 21758    SS#: 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

| | | | |
|---|---|---|---|
| Date of Initial Classification | 07/06/2004 | Initial Classification Result | Officer |
| | | GENERAL POPULATI | JASAJ |
| Date of 1st Review | 08/05/2004 | Override Classification Result | Override Officer |
| Date of 2nd Review | 09/04/2004 | Reason for Override | |

**Notes**

Catagory  SEVERITY OF CURRENT CHARGES/CONVICTIONS    Logical Answer:    Numeric Answer: 2
- LOW (0)
- MODERATE (2)     Inmate here on theft related charges.
- HIGH (5)
- HIGHEST (7)

**Notes**

Catagory  Summary of Questions 1-3    Logical Answer:    Numeric Answer: 0
- Total Score 7 or above (50)

**Notes**

Catagory  Total 1-5 =<5 (w/Pending Dispositions- General Pop)    Logical Answer:    Numeric Answer: 4
- Current Total Under 5 - GP (4)     Pnd theft related charges.

**Notes**

Catagory  SERIOUS OFFENSE HISTORY    Logical Answer:    Numeric Answer: 0
- LOW (0)     Reports no past incarceration hx.
- MODERATE (2)
- HIGH (4)
- HIGHEST (7)

**Notes**

Catagory  INSTITUTIONAL DISCIPLINARY HISTORY    Logical Answer:    Numeric Answer: 0
- NONE OR MINOR MISCONDUCTS (0)     Reports no past incarceration hx.
- ONE OR MORE MAJ. MISCOND. (3)

**Notes**

Catagory  ESCAPE HISTORY    Logical Answer:    Numeric Answer: 0
- NO ESCAPE OR ATTEMPTS (0)     Reports no past incarceration hx.
- WALKAWAY (3)
- ESCAPE OR ATTEMPT MED/MAX (7)

**Notes**

Catagory  Special Management Concerns    Logical Answer:    Numeric Answer: 0
- Physical Impairment

**Notes**

Catagory  PRIOR ASSAULT FELONY CONVICTIONS Exclude Curre    Logical Answer:    Numeric Answer: 0
- NONE (0)     Reports none.
- ONE (2)
- TWO OR MORE (4)

**Notes**

Catagory  ALCOHOL/DRUG ABUSE    Logical Answer:    Numeric Answer: 0
- NO SOCIAL,ECONOMIC OR LEGAL PB
- ABUSE RESULTING IN S/E/L PROB
- ABUSE RESULING IN AGGRESSIVE

# Inmate Classification Test Result
## Erie County Department of Corrections - Location: MAIN

Today's Date: 02/27/2006  Initial Classification  Page 2 of 2

**Inmate Name**  |  **Inmate Housing Area**

| Last Name | First Name | Middle Name | Affix | Section | Block | Cell | Bed | Booking# |
|---|---|---|---|---|---|---|---|---|
| SHURNEY | TANIELLE | LATRICE | | | | | | 2004-29310 |

Date of Birth: 04/12/1972  Sex: F  Race: B  Booking Date: 07/03/2004  PCP#: 21758  SS#: 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

| Date of Initial Classification | 07/06/2004 | Initial Classification Result | GENERAL POPULATI | Officer | JASAJ |
|---|---|---|---|---|---|
| Date of 1st Review | 08/05/2004 | Overide Classification Result | | Override Officer | |
| Date of 2nd Review | 09/04/2004 | Reason for Override | | | |

| | | | | Notes | |
|---|---|---|---|---|---|
| **Catagory** | **Special Management Concerns** | | Logical Answer: | Numeric Answer: | 0 |

  Administrative Segregation — Reports no keep separates.
  Other — Reports alcohol use only w/in the past 30 days. No w/d.
  Protective Custody — No.
  Psychological Impairment — No.
  Mental Deficiency — Reports no MH hx.
  Escape Risk — Reports no risk.
  Serious Violence Threat — No.
  Known Gang Affiliation — Reports no gang affiliation.
  Substance Abuse Problem — Reports being a casual drinker on weekends, alcohol only.
  Known Management Problem — Reports no past incarceration hx.
  Suspected Drug Trafficker — No.
  Suicide Risk — Reports no present ideation, no past suic hx reported.
  Medical Problems — Reports no medical hx.

Notes

**Catagory  Custody Override Justification**  Logical Answer:  Numeric Answer:  0

  Mandatory Sentence
  No Bed Space Available
  Pending Litigation
  Prohibitive Detainers
  Protective Custody
  Serious Doubts of Adjustment
  Sexual History
  Time Served on Sentence Rqmnts
  Voluntary Protective Custody

**General Notes**  Total Score  6

Inmate here on pending theft charges. Reports no other incarcerations. Reports no medical or MH hx. Inmate hopes to bond out today. Will house in GP.

# CERTIFICATION OF BAIL AND DISCHARGE

| | |
|---|---|
| COMMONWEALTH VS. (Defendant Name and Address) | OTN L 1994053 |

**PENARILL SHURNEY**

13411 6th St E Cleveland Ohio 44112

- ☐ ROR (no surety)
- ☐ Nominal Bail
- ☒ Bail (total amount set, if any) $ **5000-straight**
- ☐ Conditions of Release (aside from appearing at court when required)

[ERIE COUNTY P... ERIE, PA stamp]

## SECURITY OR SURETY (IF ANY)
- ☒ Surety Company **BAIL USA**
- ☐ Professional Bondsman
- ☐ Realty
- ☐ Other

(attach addendum, if necessary)

**JUDGE OR ISSUING AUTHORITY**

## APPEARANCE OR BAIL BOND

THIS BOND IS VALID FOR THE ENTIRE PROCEEDINGS AND UNTIL FULL AND FINAL DISPOSITION OF THE CASE INCLUDING FINAL DISPOSITION OF ANY PETITION FOR WRIT OF CERTIORARI OR APPEAL TIMELY FILED IN THE SUPREME COURT OF THE UNITED STATES.

PLACE OF DETENTION

| POLICE CASE NO. | D.J. NO. |
|---|---|
| | C.P. TERM & NO. |

**CHARGE(S):** **THEFT BY DECEPTION USE CREDIT CARD W/O AUTHORIZATION**

DATE OF CHARGE(S)

### NEXT COURT ACTION

| DATE AND TIME | LOCATION |
|---|---|
| 7/12/04  3PM | DJ ABATE |

TO: ☐ Detention Center   ☐ Other

I hereby certify that sufficient bail has been entered.

**John Bykas Bail USA**
(Name & Address of Surety)

Bail US
_____ (License No.)

- Refund of cash bail will be made within 20 days after final disposition. (Pa.R.Cr.P. 4015(b))
- After the surety notifies Clerk of Courts Office, refunds of all other types of bail will be made 20 days following final disposition. (Pa.R.Cr.P. 4015(a))

**DISCHARGE THE ABOVE NAMED DEFENDANT FROM CUSTODY IF DETAINED FOR NO OTHER CAUSE THAN THE ABOVE STATED.**

Given under my hand and the Official Seal of this Court,

this ___9___ day of ___July___, 20_04_.

_____ (SEAL)
(Clerk of Court or Issuing Authority)

Erie County Department of Corrections - Location: MAIN
Released Property Receipt
Date: 07/09/2004 10:35
Book#: 2004-29310
PCP#: 21758
Name: SHURNEY, TANIELLE LATRICE

Section: 18TH STREET
Block: AA
Cell: 30
Bed: TOP

| Qty | Description | Color | Prop ID | Released On | Released To | Rel How |
|---|---|---|---|---|---|---|
| **Facility:** | **MAIN** | | | | | |
| 1 | PRISON UNIFORM | | 599 | 07/09/2004 | | |
| 1 | T-SHIRT | | 599 | 07/09/2004 | | |
| 2 | PANTIES | | 599 | 07/09/2004 | | |
| 1 | NIGHT SHIRT | | 599 | 07/09/2004 | | |
| 1 | INMATE HANDBOOK | | 599 | 07/09/2004 | | |
| 1 | BRA | | 599 | 07/09/2004 | | |
| 1 | SANDALS | | 599 | 07/09/2004 | | |
| 1 | SHIRT | | 599 | 07/09/2004 | | |
| 1 | PANTS | | 599 | 07/09/2004 | | |
| 1 | SHOES | | 599 | 07/09/2004 | | |
| 1 | BRA AND PANTIES | | 599 | 07/09/2004 | | |
| 2 | PHOTO ID'S (ONE IS NOT HERS) | | 599 | 07/09/2004 | | |
| 1 | EARRINGS | | 599 | 07/09/2004 | | |
| 1 | HAIR TIE | | 599 | 07/09/2004 | | |

By my signature, I agree that the above list of property was returned to me.

_[signature]_
Inmate Signature

------------------------------------------------
Witness Signature

Page 1 of 1

**Inmate: SHURNEY, TANIELLE LATRICE**
**Booking #: 2004-29310**          **Permanent ID: 21758**

### Release Verification Information

| Field | Value |
|---|---|
| Release Shift | 1 |
| Date and Time of Release | 07/09/2004 10:35 |
| Release Officer# | DELINSKI STEVE |
| Days Served this Sentence | 7 |

### Release Information

| Field | Value |
|---|---|
| Releasing Authority | CLERK OF COURTS |
| Release Type | BY BAIL |
| Released in Custody of | BONDSMAN |

### Release Identity Check Information

| Field | Value |
|---|---|
| NCIC Check Done | Yes |
| NCIC Check Result | Negative |
| Image Verified | Yes |
| Verifying Officer ID# | DELINSKI STEVE |

## ADMISSION DATA

Date: 7-3-04                    SS#: 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          Inmate I.D.#: _____
Inmate: Shurney, Tanielle L.
    (last)        (first)        (middle initial)
Alias: _____
Birthdate: 4-12-72                    Speak English  Y ✓   N ___

## MEDICAL HISTORY

Health Insurance  Y ___  N ✓   Type/# _____
Family Physician  Y ___  N ___  Name: _____
Allergies  Y ___  N ✓  What?: _____
Childhood Immunizations  Y ✓  N ___           Tetanus  Y ___  N ✓
Current Medications: none
Head Injury w/loc  Y ___  N ___  When _____
Tuberculosis:
  1) Have you ever been tested for TB?  Y ✓  N ___          4) Has anyone in your immediate household
  2) Have you ever been tested + positive for TB?            • Tested + positive for TB?        Y ✓ N ___
      Y ✓  N ___  When 1/02                             • Have prolonged productive cough  Y ✓ N ___
      INH x 1 yr.
  3) Have you ever had a                                      • Hemoptysis                       Y ✓ N ___
    • prolonged productive cough  Y ___ N ___ metro Health  • Night Sweats                   Y ✓ N ___
    • Hemoptysis                  Y ___ N ___ Cleveland, OH   If any yes: When _____
    • Night sweats (soaking)      Y ___ N ___

  If any yes: When _____
Past Hospitalization  Y ___ N ✓  For what _____     Surgery  Y ___ N ✓  What _____

## MENTAL HEALTH EVALUATION

Hospitalization for mental health reasons  Y ___ N ✓  If Yes, Why? _____
Where _____  When _____
  (location)   (street)   (city)   (state)   (zip)   (date)
Meds for Mental Health Reasons (Specify Type & Last Dose) none
Prior Counseling/Out-Patient Treatment for  denies
Where _____  When _____
  (location)   (street)   (city)   (state)   (zip)   (date)
Have you ever attempted suicide? denies  How _____  When _____ (date)
Are you thinking of suicide now?  Y ___ N ✓
Street Drugs  Y ___ N ✓  Type-Quantity _____
How often _____  How long _____  Smoker  denies   Etoh  occas
Orientation (person, Place, Time)  A+O x3
General appearance (motor behavior, mannerisms) _____
Affect (mood) _____

---

**Notify in Emergency**  Terry Shurney
  (Name)
  sister
  (Relationship)

Address _____
  (street)   (city)
Phone  216-268-0336
(state)   (zip)

**IF INTAKE SCREENING REFUSED**

inmate's signature _____  date _____

interviewer's signature _____  date _____

witness _____  date _____

# MEDICAL HISTORY AND PHYSICAL ASSESSMENT

Inmate's Name _____
(Last)          (First)        (M.I.)

## HISTORY

| Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|
| 1. Vision | | ✓ | 23. Gall Bladder | | |
| 2. Hearing | | | 24. Liver | | |
| 3. Balance/Dizziness | | | 25. Hepatitis | | |
| 4. Blackouts | | | 26. Diabetes | | |
| 5. D.T.'s | | | 27. Kidney Disease | | |
| 6. Headaches | | | 28. Bladder Infection | | |
| 7. Seizures | | | 29. Trouble Voiding | | |
| 8. Nervous Disorder | | | 30. Pediculi (lice) | | |
| 9. Throat | | | 31. Gonorrhea | | |
| 10. Teeth | | | 32. Syphilis | | |
| 11. Asthma | | | 33. Muscle Problem | | |
| 12. Hay Fever | | | 34. Joint Problem | | |
| 13. Pneumonia | | | 35. Arthritis | | |
| 14. Tuberculosis | | | 36. Other: | | |
| 15. Heart | | | Menstrual Period: | ✓ | |
| 16. Hypertension | | | Regular | ✓ | |
| 17. Anemia | | | Irregular | | ✓ |
| 18. Blood | | | Duration Days | | |
| 19. Stomach Pain | | | LMP | now | |
| 20. Heartburn | | | Gravida/Para | 3/3 | |
| 21. Ulcer | | | Last Pap | 2 | |
| 22. Nausea/vomiting | | | | | |

Temp. 97.7   Pulse 80   BP 136/84
Ht. 5'4"   Wt. 250   Respiration 18
Comments: _____

## LABORATORY TESTS

| Date/Initial | Results |
|---|---|
| defer | |
| 7-3-04 | mother had T.B. |
| pos (+) | |

TINE / PPD (circled)
VDRL (circled)

Patient Education
on screen
at physical

## EXAM

Age ____ Sex ____ Race ____ Ht. ____ Wt. ____
Pulse ____ BP ____ Temp. ____
Respiration ____

| | | N | A / Comment |
|---|---|---|---|
| Skin | Color | | |
| | Condition | | |
| | Turgor | | |
| | Recent Injury | | |
| Head | Glasses | | |
| | Pupils | | |
| | Sclera | | |
| | Conjunctive | | |
| | Vision | | |
| Ears | Appearance | | |
| | Canals | | |
| | Hearing | | |
| Mouth | Teeth & Gums | | |
| | Dentures / Plates | | |
| | Throat | | |
| | Tongue | | |
| | Tonsils | | |
| Nose | | | |
| Neck | Veins | | |
| | Mobility | | |
| | Thyroid | | |
| | Carotids | | |
| | Lymph nodes | | |
| Chest (Breasts) | Configuration | | |
| | Auscultation | | |
| | Respirations | | |
| | Cough/Sputum | | |
| Heart | Auscultation | | |
| | Radial pulses | | |
| | Apical pulse | | |
| | Rhythm | | |
| Extremities | Pulses | | |
| | Edema | | |
| | Joints | | |
| Spine | | | |
| Abdomen | Shape | | |
| | Bowel sounds | | |
| | Palpation | | |
| | Hernia | | |
| Genital / Urinary System | | | |

* I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for professional services to be provided to me by and through Prison Health Services.

X _Amelia Snow_ (signature)     Date ____
Inmate's Signature

_Hawey_ (signature)   7-3-04 1800
Interviewer's Signature   Date        Examiner's Signature   Date

# Nurse Note

| Date / Time | Inmate's Name: Shurney, Tamielle | R.N.   D.O.B.: 4·12·72 |
|---|---|---|
| 7/3/04 1830 | O - VSS. Not on meds, no c/o's. A - Admission. PPD planted. RFA. R - flu pen. | /s/ J. Haureyon |