IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY,            ) | |
|                              ) | |
|        Plaintiff,            ) | |
|                              ) | Civil Action No. 05-196E |
|     V.                       ) | Judge Sean J. McLaughlin |
|                              ) | |
| SCOTT ENTERPRISES, INC.;     ) | |
| TROOPER SEAN PIERCE;         ) | |
| JOHN DOE,                    ) | |
|                              ) | |
|        Defendants.           ) | |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Deputy Attorney General Mariah L. Passarelli on behalf of defendant Trooper Sean Pierce in conjunction with the above-captioned case.

                                        Respectfully submitted,

                                        **Thomas W. Corbett, Jr.**
                                        Attorney General

BY:    __/s/ Mariah L. Passarelli_____
            MARIAH L. PASSARELLI
            Deputy Attorney General
            PA I.D. No. 202469

            SUSAN J. FORNEY
            Chief Deputy Attorney General
            Chief Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3579

Date:  May 25, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANIELLE SHURNEY,                )<br>                                                    )<br>            Plaintiff,              )<br>                                                    )     Civil Action No. 05-196E<br>V.                                              )     Judge Sean J. McLaughlin<br>                                                    )<br>SCOTT ENTERPRISES, INC.;    )<br>TROOPER SEAN PIERCE;         )<br>JOHN DOE,                               )<br>                                                    )<br>            Defendants.          ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Entry of Appearance** was electronically served on all counsel of record, this 25th day of May, 2006, as follows:

A.J. Adams, Esq.
Attorney for Plaintiff
Aj4aj@aol.com

Gary D. Bax, Esq.
Attorney for Scott's Splash Lagoon, Inc.
G_Bax@msn.com

Gerald J. Hutton, Esq.
Gerald.Hutton@libertymutual.com
Attorney for Scott's Econo Inn, Inc.

　　　　　　　　　　　　　　　　　　　　　　BY:   __/s/ Mariah L. Passarelli_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIAH L. PASSARELLI
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

(412) 565-3579

Date:  May 25, 2006