```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 06000425 - DM
         July 20, 2006

  Code    Case #    Qty    Amount

  APPEAL D 05-196 E   1 @  455.00
                           455.00 CH


  TOTAL →            455.00


  FROM: AJ ADAMS
        602 WEST 9 STREET
        ERIE PA  16502
```

CA 05-196 E
appeal filing fee
receipt # 06000425