UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 4, 2007
BCO-47

No. **06-3480**

TANIELLE SHURNEY, Appellant

v.

SCOTT ENTERPRISES INCORPORATED ET AL.

(Western District of Pennsylvania (Erie) D.C. No.05-cv-00196)

**Present: MCKEE, FUENTES and ROTH, Circuit Judges**

1. Motion by Appellee Scott Econo Inn, Inc to Quash Appeal.

2. Motion by Appellee Pennsylvania State Police Trooper Pierce and Supervisor John Doe to Join in Motion to Quash Appeal of Scott Econo Inn. Inc.

3. Motion by Appellee Scott' Splash Lagoon Inc to Join in Motion to Quash Appeal of Scott's Econo Inn Inc.

Chiquita Dyer
Case Manager   267-299-4919

**O R D E R**
The foregoing motions are hereby granted.

By the Court,

**/s/ Theodore A. McKee
Circuit Judge**

A True Copy:

Marcia M. Waldron, Clerk

**Dated:** April 10, 2007
CMD/cc: A.J. Adams, Esq.
Gary D. Bax, Esq.
Gerald J. Hutton, Esq.
Kemal A. Mericli, Esq.